## IN THE UNITED STATES DISTRICT COURT
## FOR THE WESTERN DISTRICT OF OKLAHOMA

| | | |
|---|---|---|
| (1) JOSHUA FIELDS | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | 21-cv-00986-G |
| | ) | |
| (1) GREAT LAKES INSURANCE SE, | ) | *Removed from the District Court of* |
| (2) MJ KELLY COMPANY, and | ) | *Kay County, State of* |
| (3) CAPSTONE ISG, | ) | *Oklahoma, Case No. CJ-2021-00037* |
| | ) | |
| Defendants. | ) | |

## DEFENDANT GREAT LAKES INSURANCE SE'S FINAL WITNESS LIST

Defendant Great Lakes Insurance SE ("Defendant," or Great Lakes") hereby identifies witnesses who will be called and those who may be called at trial. Defendant will supplement, modify, or augment these submissions as necessary, due to any permissible changes by Plaintiff, additional discovery, and/or as otherwise provided by applicable rules or Court order.

## WITNESS LIST

| NO. | NAME | SUBJECT OF TESTIMONY | EXPECTED / MAY BE CALLED |
|---|---|---|---|
| 1. | Joshua Fields<br>c/o counsel for Plaintiff | To be deposed. | Will be called. |
| 2. | Jessica Fields<br>c/o counsel for Plaintiff | To be deposed. | Will be called. |
| 3. | Kevin Randall<br>Kevin Randall Insurance | Facts and circumstances relating to the issuance of Plaintiff's Policy with Great Lakes; facts and circumstances related to Plaintiff's claim submitted as a result of the | Will be called. |

|   |   | subject fire. |   |
|---|---|---|---|
| 4. | Representatives of Capstone ISG c/o counsel for Great Lakes | Facts, circumstances, and documents relating to the subjects of this litigation, including, but not limited to, facts alleged in Plaintiff's Petition, Plaintiff's loss claims under the Policy and subsequent claims investigations, claims handling, and determinations related thereto. | May be called. |
| 5. | Ashley Eadie Capstone ISG c/o counsel for Great Lakes | Facts, circumstances, and documents relating to the subjects of this litigation, including, but not limited to, facts alleged in Plaintiff's Petition, Plaintiff's loss claims under the Policy and subsequent claims investigations, claims handling, and determinations related thereto. | Will be called. |
| 6. | Kevin Wilson Capstone ISG c/o counsel for Great Lakes | Facts, circumstances, and documents relating to the subjects of this litigation, including, but not limited to, facts alleged in Plaintiff's Petition, Plaintiff's loss claims under the Policy and subsequent claims investigations, claims handling, and determinations related thereto. | Will be called. |
| 7. | Terry Nichols Capstone ISG c/o counsel for Great Lakes | Facts, circumstances, and documents relating to the subjects of this litigation, including, but not limited to, facts alleged in Plaintiff's Petition, Plaintiff's loss claims under the Policy and subsequent claims investigations, claims handling, and determinations related thereto. | May be called. |
| 8. | Representative(s) of Great Lakes c/o counsel for Great Lakes | Facts, circumstances, and documents relating to the subjects of this litigation, including, but not limited to, facts alleged in Plaintiff's Petition, Plaintiff's loss claims under the Policy and subsequent claims investigations, claims handling, and determinations related thereto. | Will be called. |
| 9. | Georgia Costin Bell & Clements Ltd. c/o counsel for Great Lakes | Facts and circumstances relating to supervisory duties regarding claims investigation and management/handling of Plaintiff's claims under Policy. | May be called. |
| 10. | Jack McNeal Reliable Reports | Facts, circumstances, and regarding property in question, including prior inspections and | Will be called. |

|     |     |     |     |
| --- | --- | --- | --- |
|     | 1760 South Stemmons Fwy, Suite 130<br>Lewisville TX<br>(800) 460-0723 | multi-peril property report prepared in 2015. |     |
| 11. | Philip Noah, IAAI-CFI Fire Division Manager<br>Rimkus Consulting Group, Inc.<br>c/o counsel for Great Lakes | Facts and opinion testimony relating to the subject fire, the damages resulting therefrom, and regarding investigation of cause of fire and investigation findings. | Will be called. |
| 12. | Cullen Fowler<br>Rimkus Consulting Group, Inc.<br>c/o counsel for Great Lakes | Facts and opinion testimony relating to the subject fire, the damages resulting therefrom, and regarding investigation of cause of fire and investigation findings. | Will be called. |
| 13. | Korey Pruitt<br>Property Inspector<br>City of Ponca City<br>516 E. Grand<br>Ponca City, OK<br>(580) 767-0383 | Facts and circumstances regarding property in question, including, but not limited to, the facts and circumstances relating to the subject fire and the subject property. | Will be called. |
| 14. | Fire Marshal Dereck Cassady<br>Ponca City Fire Department<br>516 East Grand Ave<br>Ponca City, OK<br>Tel: (580) 767-0361 | Facts and circumstances relating to the subject property and the fire, observations during response to fire, suppression services provided, any investigation of the incident and completion of incident reports pertaining to the incident at issue. | Will be called. |
| 15. | Members of the Ponca City Fire Department<br>516 East Grand Ave<br>Ponca City, OK<br>Tel: (580) 767-0361<br>Including:<br>Ron Cremers<br>Carson Combest<br>Christopher Jones<br>Tanner Toney<br>Benjamin Webb<br>Nicholas Fulton<br>Scott Garrett<br>Gary Whitehead | Facts and circumstances relating to the subject property and the fire, observations during response to fire, suppression services provided, any investigation of the incident and completion of incident reports pertaining to the incident at issue. | May be called. |

| | | | |
|---|---|---|---|
| | Benjamin Creech<br>Andre Stoll<br>Allan Fogle<br>Lane Leathers<br>Chad Cunningham<br>Cody Regier<br>Ptl. Kisen Sharp<br>Marcus Kincaid<br>Fabron Porter<br>Jeff Woodward<br>Jesus Lara<br>Tucker Hodgson | | |
| 16. | Sgt. Brian Dye<br>Ponca City Police Department<br>200 E. Oklahoma<br>Ponca City, OK<br>Tel: (580) 767-0370 | Facts and circumstances relating to the subject property and the fire, observations during response to fire, suppression services provided, any investigation of the incident and completion of incident reports pertaining to the incident at issue; facts and circumstances relating to his investigation of the incident, interactions with other agencies relating to possible arson investigation, and completion of incident reports pertaining to the incident at issue. | Will be called. |
| 17. | Investigator David Van Buskirk<br>McCord Volunteer Fire Department<br>22 Howard<br>Ponca City, OK<br>Tel: (580) 765-4700 | Facts and circumstances relating to the subject property and the fire, observations during response to fire, suppression services provided, any investigation of the incident and completion of incident reports pertaining to the incident at issue. | May be called. |
| 18. | Mr. Keith Alston<br>1501 E. Walnut<br>Ponca City, OK | Prior tenant at subject property; facts and circumstances about his tenancy in the building, subsequent vacation of the property, interactions with Plaintiff as landlord/landowner, and the condition of the building at or near the time of the fire. | May be called. |
| 19. | Mr. Keith Howard<br>Address Currently Unknown | Facts and circumstances regarding property in question; facts and circumstances relating to the subject fire and related property claim | May be called. |

4

|     |                                                                                           | filed with Great Lakes.                                                                                                                                                                         |              |
|-----|-------------------------------------------------------------------------------------------|-------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------|--------------|
| 20. | Keith Crawford<br>Property Manager                                                        | Facts and circumstances regarding property in question; facts and circumstances relating to the subject fire and related property claim filed with Great Lakes.                                  | May be called. |
| 21. | John Andrew<br>City Attorney for Ponca City<br>516 E. Grand<br>Ponca City, OK<br>Tel: (580) 767-0339 | City's interactions with Plaintiff as it relates to the preservation and demolition of Plaintiff's property after fire.                                                                          | May be called. |
| 22. | Blake Langfeldt<br>118 ½ N. Oak #2<br>Ponca City, OK (last known address)                 | Facts and circumstances surrounding the incident at issue in this case; facts and circumstances relating to his observations of the incident and any circumstances leading up to the incident at issue. | May be called. |
| 23. | Justin Burns<br>118 ½ N. Oak #2<br>Ponca City, OK (last known address)                    | Facts and circumstances surrounding the incident at issue in this case; facts and circumstances relating to his observations of the incident and any circumstances leading up to the incident at issue. | May be called. |
| 24. | Amy Dawn Baker<br>3200 N. 14th Street<br>Ponca City, OK<br>(580) 362-3868                 | Facts and circumstances surrounding the incident at issue in this case; facts and circumstances relating to her observations of the incident and any circumstances leading up to the incident at issue. | May be called. |
| 25. | All witnesses listed by Plaintiff, except as objected to by Defendant                     |                                                                                                                                                                                                 |              |
| 26. | All witnesses identified in subsequent discovery or further in the course of litigation   |                                                                                                                                                                                                 |              |
| 27. | Any witness necessary for authentication of exhibits, including custodian(s) of records.  |                                                                                                                                                                                                 |              |
| 28. | All witnesses necessary for rebuttal.                                                     |                                                                                                                                                                                                 |              |

Respectfully submitted,

*/s/ Sara E. Potts*
DOERNER SAUNDERS DANIEL
   & ANDERSON, LLP
Sara E. Potts, OBA No. 32104
Emily E. Allan, OBA No. 33456
210 Park Avenue, Suite 1200
Oklahoma City, OK 73102
T: (405) 898-8654 | F: (405) 898-8684
Email: spotts@dsda.com
       eallan@dsda.com

-and-

Michael Linscott, OBA No. 17266
Two West Second Street, Suite 700
Tulsa, OK  74103-3117
T: (918) 591-5288 | F: (918) 925-5288
Email:  mlinscott@dsda.com
**Attorneys for Defendant Great Lakes Insurance SE**

## CERTIFICATE OF SERVICE

This certifies that on August 18, 2022, a true and correct copy of the foregoing document was served via the Court's electronic notification system to the following counsel of record:

Scott R. Jackson
Scott R. Jackson
Martin Jean & Jackson
P.O. Box 2403
Ponca City, Oklahoma 74602
sjackson@mjjlawfirm.com
**Attorneys for Plaintiff**

*/s/ Sara E. Potts*

6102700.1