IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF OKLAHOMA

| | | |
|---|---|---|
| (1) JOSHUA FIELDS | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | 21-cv-00986-G |
| | ) | |
| (1) GREAT LAKES INSURANCE SE, | ) | *Removed from the District Court of* |
| (2) MJ KELLY COMPANY, and | ) | *Kay County, State of* |
| (3) CAPSTONE ISG, | ) | *Oklahoma, Case No. CJ-2021-00037* |
| | ) | |
| Defendants. | ) | |

## DEFENDANT GREAT LAKES INSURANCE SE'S OBJECTIONS TO PLAINTIFF'S FINAL WITNESS LIST

Defendant Great Lakes Insurance SE ("Defendant," or Great Lakes") hereby objects to Plaintiff's Final Exhibit List [Dkt. # 32] for the following reasons asserted herein. Great Lakes reserves its objections to any witness listed as "may call" by Plaintiff until the time of trial, in addition to any objections specifically stated below. As discovery is still ongoing and not yet completed, Great Lakes further respectfully reserves its right to add, modify or supplement its objections to any witness identified herein as part of the Pretrial Order or at trial, as may be appropriate and permitted by the Court.

| No. | Witness | Objections |
|---|---|---|
| 1. | Plaintiff Joshua Fields – Will be called. | To be deposed; further objections reserved until trial. |
| 2. | Jessica Fields – Will be called. | To be deposed; further objections reserved until trial. |
| 3. | Keith Alston – May be called. | Objections reserved until trial. |
| 4. | Keith Howard – May be called. | Objections reserved until trial. |

| | | |
|---|---|---|
| 5. | Kevin Wilson c/o Great Lakes – Will be called. | Limited admissibility – FRE 105. |
| 6. | Investigator David VanBuskirk – May be called. McCord Fire Department | May not have personal knowledge regarding matters within Plaintiff's proposed scope of testimony – FRE 602; cumulative, duplicative, and/or confusing – FRE 401-403; hearsay – FRE 801 – 802; further objections reserved until trial. |
| 7. | Ptl. Kisen Sharp<br>Det. Sgt. Brian Dye<br>Tucker Hodgson<br>Ptl. Kisen Sharp (duplicated)<br>Officer Kinkaid<br>Ponca City Policy Department<br>(all listed as may be called) | May not have personal knowledge regarding matters within Plaintiff's proposed scope of testimony – FRE 602; cumulative, duplicative, and/or confusing – FRE 401-403; hearsay – FRE 801 – 802; further objections reserved until trial. |
| 8. | Derek Cassidy – May be called Ponca City Fire Department | Limited admissibility – FRE 105; may not have personal knowledge regarding matters within Plaintiff's proposed scope of testimony – FRE 602; not previously identified or disclosed as an expert and expert report not previously produced as required by Fed. R. Civ. P. 26 and Court's Scheduling Order (Dkt. # 26); absence of qualifications, unreliable, improper legal conclusions, irrelevant, and improper opinions and should be excluded pursuant to FRE 701-706 and *Daubert v. Merrell Dow* and its progeny; improper presumption – FRE 301- |

| | | |
|---|---|---|
| | | 302; confusing and/or cumulative – FRE 401-403; hearsay – FRE 801-802; further objections reserved to be raised in additional motions and/or at trial. |
| 9. | Derek Cassidy (duplicated)<br>Ron Cremers<br>Carson Combest<br>Christopher Jones<br>Tanner Toney<br>Benjamin Webb<br>Nicholas Fulton<br>Scott Garrett<br>Gary Whitehead<br>Benjamin Creech<br>AndreStoll<br>Allan Fogle<br>Lane Lathers<br>Chad Cunningham<br>Cody Regier<br>Ponca City Fire Department<br>(all listed as may be called) | Objection renewed as to Derek Cassidy (see Objection to No. 8 above); witnesses may not have personal knowledge regarding matters within Plaintiff's proposed scope of testimony – FRE 602; cumulative, duplicative, and/or confusing – FRE 401-403; further objections reserved until trial. |
| 10. | Kevin Randall – May be called. | Objections reserved until trial. |
| 11. | Cullen Fowler – May be called.<br>Rimkus Consulting<br>c/o Great Lakes | Limited admissibility – FRE 105; further objections reserved until trial. |
| 12. | Terry Nichols<br>Tera Earp<br>Kevin Wilson (duplicated)<br>Catherine Aufderheide<br>Ashley Ead[i]e<br>c/o Great Lakes<br>(all listed as may be called) | Limited admissibility – FRE 105; witnesses may not have personal knowledge regarding matters within Plaintiff's proposed scope of testimony – FRE 602; cumulative, duplicative, and/or confusing – FRE 401-403; further objections reserved until trial. |
| 13. | Russ Didlake – May be called.<br>KW Realtor | Not previously identified or disclosed as an expert and expert report not previously produced as required by Fed. R. Civ. P. 26 and |

| | | |
|---|---|---|
| | | Court's Scheduling Order (Dkt. # 26); absence of qualifications, unreliable, improper legal conclusions, irrelevant, and improper opinions and should be excluded pursuant to FRE 701-706 and *Daubert v. Merrell Dow* and its progeny; improper presumption – FRE 301-302; irrelevant, confusing and/or cumulative – FRE 401-403; hearsay – FRE 801-802; no foundation or authentication – FRE 901; further objections reserved to be raised in additional motions and/or at trial. |
| 14. | Phillip Noah – May be called. Rimkus Consulting c/o Great Lakes | Limited admissibility – FRE 105; further objections reserved until trial. |
| 15. | John Andrew – May be called. City Attorney for City of Ponca City | Witness may not have personal knowledge regarding matters within Plaintiff's proposed scope of testimony – FRE 602; cumulative and/or confusing – FRE 401-403; irrelevant – FRE 401 – 403; hearsay – FRE 801-802; further objections reserved upon proper identification. |
| 16. | Any witnesses necessary for purposes of identification and authentication of evidence | Objections reserved until identified. |
| 17. | All witnesses identified by Defendant and not objected to by Plaintiff. | Limited admissibility – FRE 105; objections further reserved until identified. |

Respectfully submitted,

*/s/ Sara E. Potts*
DOERNER SAUNDERS DANIEL
    & ANDERSON, LLP
Sara E. Potts, OBA No. 32104
Emily E. Allan, OBA No. 33456
210 Park Avenue, Suite 1200
Oklahoma City, OK 73102
T: (405) 898-8654 | F: (405) 898-8684
Email: spotts@dsda.com
       eallan@dsda.com

-and-

Michael Linscott, OBA No. 17266
Two West Second Street, Suite 700
Tulsa, OK  74103-3117
T: (918) 591-5288 | F: (918) 925-5288
Email:  mlinscott@dsda.com
***Attorneys for Defendant Great Lakes Insurance SE***

## **CERTIFICATE OF SERVICE**

This certifies that on August 18, 2022, a true and correct copy of the foregoing document was served via the Court's electronic notification system to the following counsel of record:

Scott R. Jackson
Scott R. Jackson
Martin Jean & Jackson
P.O. Box 2403
Ponca City, Oklahoma 74602
sjackson@mjjlawfirm.com
***Attorneys for Plaintiff***

/s/ Sara E. Potts

6103124.1