## UNITED STATES DISTRICT COURT FOR THE
## WESTERN DISTRICT OF OKLAHOMA

| | | | |
|---|---|---|---|
| (1) | JOSHUA FIELDS | ) | |
| | | ) | |
| | Plaintiff, | ) | |
| | | ) | |
| v. | | ) | Case No. CIV-21-986-G |
| | | ) | |
| (1) | GREAT LAKES INSURANCE SE, | ) | Removed from the District Court of |
| (2) | MJ KELLY COMPANY, and | ) | Kay County, State of Oklahoma |
| (3) | CAPSTONE ISG, | ) | Case No. CJ-2021-00037 |
| | | ) | |
| | Defendants. | ) | |

**PLAINTIFF'S OBJECTIONS TO DEFENDANT'S FINAL WITNESS LIST**

Plaintiff, Joshua Fields, does not raise general or blanket objections to the identification fo those witnesses listed in Defendant Great Lakes Insurance SE's Final Witness List [Dkt. #33], but reserves objections as to proposed or offered testimony at trial. Plaintiff further reserves his right to add such objections to proposed or offered testimony by any witness as part of a Pretrial Order or at trial, as may be appropriate and allowed by this Court.

Respectfully submitted,

MARTIN JEAN & JACKSON

By: s/ Scott R. Jackson
Scott R. Jackson, OBA #17502
P.O. Drawer 2403
Ponca City, OK 74602
Phone (580) 765-9967
Fax (580) 765-5433
sjackson@mjjlawfirm.com
Attorney for Plaintiff

## CERTIFICATE OF SERVICE

      I hereby certify that on the 1st day of September 2022, I electronically transmitted the attached document to the Clerk of the Court using the ECF System for filing. Based on the records currently on file, the Clerk of the Court will transmit a Notice of Electronic Filing to the following ECF registrants, via email:

Doerner, Saunders, Daniel & Anderson, LLP
Sara E. Potts, OBA #32104
Emily E. Allen, OBA #33456
Michael Linscott, OBA #17266
spotts@dsda.com
eallan@dsda.com
mlinscott@dsda.com
*Attorneys for Defendants*
*Great Lakes Insurance SE*

                                              s/ Scott R. Jackson
                                              Scott R. Jackson