## UNITED STATES DISTRICT COURT FOR THE
## WESTERN DISTRICT OF OKLAHOMA

| | | | |
|---|---|---|---|
| (1) | JOSHUA FIELDS | ) | |
| | | ) | |
| | Plaintiff, | ) | |
| | | ) | |
| v. | | ) | Case No. CIV-21-986-G |
| | | ) | |
| (1) | GREAT LAKES INSURANCE SE, | ) | Removed from the District Court of |
| (2) | MJ KELLY COMPANY, and | ) | Kay County, State of Oklahoma |
| (3) | CAPSTONE ISG, | ) | Case No. CJ-2021-00037 |
| | | ) | |
| | Defendants. | ) | |

### PLAINTIFF'S OBJECTIONS TO DEFENDANT'S FINAL EXHIBIT LIST

Plaintiff, Joshua Fields, objects to Defendant Great Lakes Insurance SE's Final Exhibit List [Dkt. #34] as follows:

| EXHIBIT NO. | OBJECTION |
|---|---|
| 5 | FRE 105- Limited Admissibility;<br>FRE 403 – Confusing, cumulative, misleading and unfairly prejudicial evidence; |
| 6 | FRE 105- Limited Admissibility;<br>FRE 403 – Confusing, cumulative, misleading and unfairly prejudicial evidence; |
| 7 | FRE 105- Limited Admissibility;<br>FRE 403 – Confusing, cumulative, misleading and unfairly prejudicial evidence; |
| 10 | FRE 105- Limited Admissibility;<br>FRE 403 – Confusing, cumulative, misleading and unfairly prejudicial evidence;<br>FRE 802 - Hearsay |
| 11 | FRE 105- Limited Admissibility;<br>FRE 403 – Confusing, cumulative, misleading and unfairly prejudicial evidence;<br>FRE 802 - Hearsay |
| 12 | FRE 105- Limited Admissibility;<br>FRE 403 – Confusing, cumulative, misleading and unfairly prejudicial evidence; |
| 17 | FRE 105- Limited Admissibility;<br>FRE 403 – Confusing, cumulative, misleading and unfairly prejudicial evidence;<br>FRE 802 - Hearsay |
| 21 | FRE 105- Limited Admissibility; |

|    |                                                                                                                                     |
| -- | ----------------------------------------------------------------------------------------------------------------------------------- |
|    | FRE 403 – Confusing, cumulative, misleading and unfairly prejudicial evidence;                                                      |
| 22 | FRE 105- Limited Admissibility;<br>FRE 403 – Confusing, cumulative, misleading and unfairly prejudicial evidence;                   |
| 23 | FRE 105- Limited Admissibility;<br>FRE 403 – Confusing, cumulative, misleading and unfairly prejudicial evidence;                   |
| 24 | FRE 105- Limited Admissibility;<br>FRE 403 – Confusing, cumulative, misleading and unfairly prejudicial evidence;<br>FRE 802 – Hearsay |
| 25 | FRE 105- Limited Admissibility;<br>FRE 403 – Confusing, cumulative, misleading and unfairly prejudicial evidence;<br>FRE 802 – Hearsay |
| 26 | FRE 105- Limited Admissibility;<br>FRE 403 – Confusing, cumulative, misleading and unfairly prejudicial evidence;<br>FRE 802 – Hearsay |
| 27 | FRE 105- Limited Admissibility;<br>FRE 403 – Confusing, cumulative, misleading and unfairly prejudicial evidence;<br>FRE 802 – Hearsay |
| 28 | FRE 105- Limited Admissibility;<br>FRE 403 – Confusing, cumulative, misleading and unfairly prejudicial evidence;<br>FRE 802 – Hearsay |
| 29 | FRE 105- Limited Admissibility;<br>FRE 403 – Confusing, cumulative, misleading and unfairly prejudicial evidence;<br>FRE 802 – Hearsay |
| 30 | FRE 105- Limited Admissibility;<br>FRE 403 – Confusing, cumulative, misleading and unfairly prejudicial evidence;<br>FRE 802 – Hearsay |
| 31 | FRE 105- Limited Admissibility;<br>FRE 403 – Confusing, cumulative, misleading and unfairly prejudicial evidence;                   |
| 32 | FRE 105- Limited Admissibility;<br>FRE 403 – Confusing, cumulative, misleading and unfairly prejudicial evidence;<br>FRE 802 – Hearsay |
| 33 | FRE 105- Limited Admissibility;<br>FRE 403 – Confusing, cumulative, misleading and unfairly prejudicial evidence;<br>FRE 802 – Hearsay |
| 34 | FRE 105- Limited Admissibility;<br>FRE 403 – Confusing, cumulative, misleading and unfairly prejudicial evidence;<br>FRE 802 – Hearsay |

| | |
|---|---|
| 37 | FRE 105- Limited Admissibility;<br>FRE 403 – Confusing, cumulative, misleading and unfairly prejudicial evidence;<br>FRE 802 – Hearsay |
| 38 | FRE 105- Limited Admissibility;<br>FRE 403 – Confusing, cumulative, misleading and unfairly prejudicial evidence;<br>FRE 802 – Hearsay |
| 39 | Not sufficiently identified to raise proper objections |
| 40 | Not sufficiently identified to raise proper objections |
| 41 | Not sufficiently identified to raise proper objections |
| 42 | FRE 105- Limited Admissibility;<br>FRE 403 – Confusing, cumulative, misleading and unfairly prejudicial evidence; |
| 43 | FRE 105- Limited Admissibility;<br>FRE 403 – Confusing, cumulative, misleading and unfairly prejudicial evidence;<br>FRE 802 – Hearsay |
| 44 | FRE 105- Limited Admissibility;<br>FRE 403 – Confusing, cumulative, misleading and unfairly prejudicial evidence;<br>FRE 802 – Hearsay |
| 45 | Not sufficiently identified to raise proper objections |
| 46 | Not sufficiently identified to raise proper objections |
| 47 | Not sufficiently identified to raise proper objections |
| 48 | Not sufficiently identified to raise proper objections |
| 49 | Not sufficiently identified to raise proper objections |

Respectfully submitted,

MARTIN JEAN & JACKSON

By: s/ Scott R. Jackson
Scott R. Jackson, OBA #17502
P.O. Drawer 2403
Ponca City, OK 74602
Phone (580) 765-9967
Fax (580) 765-5433
sjackson@mjjlawfirm.com
Attorney for Plaintiff

## CERTIFICATE OF SERVICE

I hereby certify that on the 1st day of September 2022, I electronically transmitted the attached document to the Clerk of the Court using the ECF System for filing. Based on the records currently on file, the Clerk of the Court will transmit a Notice of Electronic Filing to the following ECF registrants, via email:

Doerner, Saunders, Daniel & Anderson, LLP
Sara E. Potts, OBA #32104
Emily E. Allen, OBA #33456
Michael Linscott, OBA #17266
spotts@dsda.com
eallan@dsda.com
mlinscott@dsda.com
*Attorneys for Defendants*
*Great Lakes Insurance SE*

s/ Scott R. Jackson
Scott R. Jackson