

**410 W Cleveland**                                                June 24th, 2022
**LEGAL: Block 15 Lots 4-7 MYATT Addition**
**Ponca City,  Ok 74601**


AGENT:
Russ Didlake
PO Box 1747
Ponca City, Ok 74602

I am a licensed real estate agent in the state of Oklahoma, and I am giving a Market Opinion for the evaluation on property listed above.  I am also a property manager for the Ponca City, Ok area and have experience in property values and rental rates for the market. I have visited property to determine my opinion.

Property is located inside the city limits of Ponca City, Ok and is on the west part of town. Property is 3,645 sf mol and is owned by the Josh Fields and Dilligaf of Oklahoma, LLC. The complex is comprised of 8-2 bedroom units.

The local economy and the national market have gradually improved the landscape and value of property in and around Ponca City over the last 3 years.

There are not many comps for subject property. My Market Opinion is based off comps available, location, assessed values and multi-family units.

I have inspected subject property, reviewed leasing activity for subject property.  I have also reviewed the valuation performed by Capstone ISG, Inc. on April 2nd, 2020.  I concur that the ACV (actual cash value) is sufficient for subject property.



_____
Russ Didlake
KW Select