# RRI
RELIABLEREPORTS.COM

# Limited Multi-Peril Survey

If you have any questions
about this report please
contact Customer Care at
1-800-460-0723 ext. 707.

| | | | | |
|---|---|---|---|---|
| Ref #: | 13009450 | Policy #: CP00058570 | Client Name: | M. J. Kelly of ARKANSAS - 202 |
| Name: | Joshua Fields | | Agt Name: | Zac Swords |
| Location: | 410 W Cleveland | | Requested By: | jbetts@mjkellyar.com |
| City: | PONCA CITY | | Effective Inception/Renewal Date: 01/01/1900 |
| State: | OK  Zip: 74601 | Coverage: $325,450.00 | Inspected By: | McNeal, Jack |

Code:

Date: 05/11/2015

Date: 05/20/2015

## Recommendation(s)

**2015-5-01**
**CH-2 During our survey there were deficiencies noted with the property. These included the following:**
Cracks in the exterior wall of the garage/storage buildings.  Trees touching the storage buildings need to be
trimmed.  A window on the main building has been boarded over.  A licensed contractor should be retained
to evaluate and repair these deficiencies. There are cracks in the concrete blocks and mortar in both of the
garage or storage buildings. The cracks are in the west side garage/storage building on the north and south
ends.

**2015-5-02**
A maintenance program should be implemented for the smoke detectors, with batteries being tested on a
monthly basis and the batteries being completely replaced every six months. Written documentation should
be retained regarding testing and replacement.

**2015-6-03**
All exterior stairs having three or more steps should be provided with handrails on both sides to reduce the
potential for falls. Handrails should be 34" to 38" in height with vertical members having no greater width
than 4".

## FOR COMPLETION BY THE INSURED:

By signing this form, I ___Josh Fields___ (print name), certify that all

required recommendations found during the recently conducted inspection have

been fully complied with as of ___7/23/15___ (date).

X _____
(Insured - Signature)

___7/22/15___
Date Signed



EXHIBIT

EXHIBIT 2

This report is made from limited observation and information that may have been obtained in whole or in part, from third parties. Reliable Reports, Inc. ("Reliable") disclaims any responsibility for, and assumes no liability as a result of,
inaccuracies or misinformation received by Reliable from third party sources. Any replacement cost valuations contained in this report are prepared using software and replacement cost information provided by third parties. No warranty,
express or implied, is made as to the accuracy or completeness of any replacement cost valuation. This report is not performed as an undertaking on behalf of, or for the benefit of, the named insured or others. By accepting this report, the
requesting company, its reinsures and its clients agree to hold Reliable free and harmless from any claims or liability whatsoever.



# Limited Multi-Peril Survey

If you have any questions about this report please contact Customer Care at 1-800-460-0723 ext. 707.

| | | | |
|---|---|---|---|
| Ref #: | 13009450   Policy #: CP00058570 | Client Name: M. J. Kelly of ARKANSAS - 202 | Code: |
| Name: | Joshua Fields | Agt Name: Zac Swords | Date: 05/11/2015 |
| Location: | 410 W Cleveland | Requested By: jbetts@mjkellyar.com | |
| City: | PONCA CITY | Effective Inception/Renewal Date: 01/01/1900 | |
| State: | OK  Zip: 74601   Coverage: $325,450.00 | Inspected By: McNeal, Jack | Date: 05/20/2015 |

## Operations

| | |
|---|---|
| Who was Interviewed: | Mr. Joshua Fields- owner |
| Type of Occupancy: | Lodging |
| Years in Business: | 10 yrs. |
| Hours of Operation: | 24/7 |
| Gross Receipts: | $27,300 |
| Insured is Building Owner or Tenant | Owner |

**Comment**

The property is owned and managed by Mr. Joshua Fields. He has owned the property for approximately 10 years. The property consists of 8 apartments. One of the apartments is the residence for his full time maintenance man. The maintenance main pays no rent as part of his wages for maintaining the property. The annual gross receipts are approximately $27,300 dollars.

## Premises

| | |
|---|---|
| Construction: | Frame |
| Roof Type: | Shingles,Fiberglass |
| Building Age: | 55 yrs old |
| Number of Stories | 2 |
| Type of Heating: | Central |
| Type of Fuel: | Gas |
| Is It Vented: | Yes |
| Type of Wiring: (by interview) | Copper |
| Wiring Updates: | Yes *** |
| Any Unsafe Wiring Noted: | No |
| Condition of Building: | Fair *** |
| Housekeeping: | Good |
| Square Footage: | 7,200 sq. ft. |

**Comment**

The main building is two story of frame construction, with a brick veneer exterior. The building is approximately 55 years old. It is 7200 sf. There is central gas heating in the units, with window air conditioning. The wiring is all copper, and was completely updated in 2011.  The building is noted to be in fair condition due to a boarded window on the rear of this building.

There are two joisted masonry structure used as garage/storage units in the rear of the property. They are 1257 sf and 1210 sf.  They are noted to be in fair condition due to cracks in the exterior walls.  Also there are trees touching the buildings.

This report is made from limited observation and information that may have been obtained in whole or in part, from third parties. Reliable Reports, Inc. ("Reliable") disclaims any responsibility for, and assumes no liability as a result of, inaccuracies or misinformation received by Reliable from third party sources. Any replacement cost valuations contained in this report are prepared using software and replacement cost information provided by third parties. No warranty, express or implied, is made as to the accuracy or completeness of any replacement cost valuation. This report is not performed as an undertaking on behalf of, or for the benefit of, the named insured or others. By accepting this report, the requesting company, its reinsures and its clients agree to hold Reliable free and harmless from any claims or liability whatsoever.

Tuesday, June 23, 2015                    © Copyright 2002 Reliable Reports of Texas, Inc.  All Rights Reserved.          *** see comments



# Limited Multi-Peril Survey

If you have any questions about this report please contact Customer Care at 1-800-460-0723 ext. 707.

| | |
|---|---|
| Ref #: 13009450   Policy #: CP00058570 | Client Name: M. J. Kelly of ARKANSAS - 202 |
| Name: Joshua Fields | Agt Name: Zac Swords |
| Location: 410 W Cleveland | Requested By: jbetts@mjkellyar.com |
| City: PONCA CITY | Effective Inception/Renewal Date: 01/01/1900 |
| State: OK  Zip: 74601   Coverage: $325,450.00 | Inspected By: McNeal, Jack |

Code:
Date: 05/11/2015
Date: 05/20/2015

## Protection

| | |
|---|---|
| Is Building In City Limits: | Yes |
| Distance to Fire Hydrant: | 0-500 |
| Distance to Fire Department: | 0-3 miles |
| Currently Tagged Fire Extinguisher(s): | Yes |
| Building Contains Fire Detection System: | No |
| Building Contains Sprinkler System: | No |
| Burglar Alarm System: | No |
| If Yes, Is it monitored by central station: | No |

Comment

There are fire extinguishers, and smoke detectors in all units, according to the owner.  The fire extinguishers and smoke detectors are maintained and inspected by the maintenance man at the time of new tenants moving in, or out. The smoke detectors are all battery operated.

## Special Hazards

| | |
|---|---|
| Any Special Hazards: (If Yes Explain) | Yes *** |

Comment
There are personal grills for cooking on the premises. The policy is that grills must be at least 10 feet from the building when being used.

## Liability

| | |
|---|---|
| Exit Doors Swing Outward: | No *** |
| Lighted Exit Signs: | No |
| Emergency Lights: | No |
| Floors Free of Disruptions: | Yes |
| Any Stairs Present: | Yes *** |
| If Yes, Interior/Exterior: | Interior |
| If Yes, Condition: | Good |
| Exterior Trip or Fall Hazards: | No |
| Condition of Parking Lot: | Good |
| Exterior Lighting: | Good |

Comment

The exit doors pen inward. There are interior stairs leading to the second floor. The stairs appear to be in good condition and equipped with a handrail, however there are no vertical members.  There is an emergency exit on the second floor that leads to a fire escape.

This report is made from limited observation and information that may have been obtained in whole or in part, from third parties. Reliable Reports, Inc. ("Reliable") disclaims any responsibility for, and assumes no liability as a result of, inaccuracies or misinformation received by Reliable from third party sources. Any replacement cost valuations contained in this report are prepared using software and replacement cost information provided by third parties. No warranty, express or implied, is made as to the accuracy or completeness of any replacement cost valuation. This report is not performed as an undertaking on behalf of, or for the benefit of, the named insured or others. By accepting this report, the requesting company, its reinsures and its clients agree to hold Reliable free and harmless from any claims or liability whatsoever.

© Copyright 2002 Reliable Reports of Texas, Inc. All Rights Reserved.   *** see comments



# Limited Multi-Peril Survey

If you have any questions about this report please contact Customer Care at 1-800-460-0723 ext. 707.

| | | | |
|---|---|---|---|
| Ref #: | 13009450   Policy #: CP00058570 | Client Name: | M. J. Kelly of ARKANSAS - 202 |
| Name: | Joshua Fields | Agt Name: | Zac Swords |
| Location: | 410 W Cleveland | Requested By: | jbetts@mjkellyar.com |
| City: | PONCA CITY | Effective Inception/Renewal Date: | 01/01/1900 |
| State: | OK  Zip: 74601   Coverage: $325,450.00 | Inspected By: | McNeal, Jack |

Code:

Date: 05/11/2015

Date: 05/20/2015

## Note(s)

**Front**



## Note(s)

**Front**



This report is made from limited observation and information that may have been obtained in whole or in part, from third parties. Reliable Reports, Inc. ("Reliable") disclaims any responsibility for, and assumes no liability as a result of, inaccuracies or misinformation received by Reliable from third party sources. Any replacement cost valuations contained in this report are prepared using software and replacement cost information provided by third parties. No warranty, express or implied, is made as to the accuracy or completeness of any replacement cost valuation. This report is not performed as an undertaking on behalf of, or for the benefit of, the named insured or others. By accepting this report, the requesting company, its reinsures and its clients agree to hold Reliable free and harmless from any claims or liability whatsoever.

Tuesday, June 23, 2015     © Copyright 2002 Reliable Reports of Texas, Inc.  All Rights Reserved.     *** see comments



# Limited Multi-Peril Survey

If you have any questions about this report please contact Customer Care at 1-800-460-0723 ext. 707.

| | | | |
|---|---|---|---|
| Ref #: | 13009450 | Policy #: CP00058570 | |
| Name: | Joshua Fields | | |
| Location: | 410 W Cleveland | | |
| City: | PONCA CITY | | |
| State: | OK  Zip: 74601 | Coverage: $325,450.00 | |

Client Name:   M. J. Kelly of ARKANSAS - 202
Agt Name:   Zac Swords
Requested By: jbetts@mjkellyar.com
Effective Inception/Renewal Date: 01/01/1900
Inspected By:   McNeal, Jack

Code:

Date: 05/11/2015

Date: 05/20/2015

## Note(s)

**Inside stairway**



## Note(s)

**Rear**



This report is made from limited observation and information that may have been obtained in whole or in part, from third parties. Reliable Reports, Inc. ("Reliable") disclaims any responsibility for, and assumes no liability as a result of, inaccuracies or misinformation received by Reliable from third party sources. Any replacement cost valuations contained in this report are prepared using software and replacement cost information provided by third parties. No warranty, express or implied, is made as to the accuracy or completeness of any replacement cost valuation. This report is not performed as an undertaking on behalf of, or for the benefit of, the named insured or others. By accepting this report, the requesting company, its reinsures and its clients agree to hold Reliable free and harmless from any claims or liability whatsoever.

Tuesday, June 23, 2015

© Copyright 2002 Reliable Reports of Texas, Inc.  All Rights Reserved.

*** see comments



# Limited Multi-Peril Survey

If you have any questions about this report please contact Customer Care at 1-800-460-0723 ext. 707.

| | | | |
|---|---|---|---|
| Ref #: | 13009450   Policy #: CP00058570 | Client Name: M. J. Kelly of ARKANSAS - 202 | Code: |
| Name: | Joshua Fields | Agt Name:   Zac Swords | |
| Location: | 410 W Cleveland | Requested By: jbetts@mjkellyar.com | Date: 05/11/2015 |
| City: | PONCA CITY | Effective Inception/Renewal Date: 01/01/1900 | |
| State: | OK  Zip: 74601   Coverage: $325,450.00 | Inspected By:  McNeal, Jack | Date: 05/20/2015 |

## Note(s)

**Building 2**



## Note(s)

**Building 3**



This report is made from limited observation and information that may have been obtained in whole or in part, from third parties. Reliable Reports, Inc. ("Reliable") disclaims any responsibility for, and assumes no liability as a result of, inaccuracies or misinformation received by Reliable from third party sources. Any replacement cost valuations contained in this report are prepared using software and replacement cost information provided by third parties. No warranty, express or implied, is made as to the accuracy or completeness of any replacement cost valuation. This report is not performed as an undertaking on behalf of, or for the benefit of, the named insured or others. By accepting this report, the requesting company, its reinsures and its clients agree to hold Reliable free and harmless from any claims or liability whatsoever.

Tuesday, June 23, 2015          © Copyright 2002 Reliable Reports of Texas, Inc.  All Rights Reserved.          *** see comments



# Limited Multi-Peril Survey

If you have any questions about this report please contact Customer Care at 1-800-460-0723 ext. 707.

| | | | |
|---|---|---|---|
| Ref #: | 13009450 | Policy #: CP00058570 | |
| Name: | Joshua Fields | | |
| Location: | 410 W Cleveland | | |
| City: | PONCA CITY | | |
| State: | OK  Zip: 74601 | Coverage: $325,450.00 | |

Client Name:  M. J. Kelly of ARKANSAS - 202
Agt Name:  Zac Swords
Requested By:  jbetts@mjkellyar.com
Effective Inception/Renewal Date:  01/01/1900
Inspected By:  McNeal, Jack

Code:
Date: 05/11/2015

Date: 05/20/2015

## Note(s)

Overgrown bushes rear west side garage



## Note(s)

Craked concrete blocks west side garage



This report is made from limited observation and information that may have been obtained in whole or in part, from third parties. Reliable Reports, Inc. ("Reliable") disclaims any responsibility for, and assumes no liability as a result of, inaccuracies or misinformation received by Reliable from third party sources. Any replacement cost valuations contained in this report are prepared using software and replacement cost information provided by third parties. No warranty, express or implied, is made as to the accuracy or completeness of any replacement cost valuation. This report is not performed as an undertaking on behalf of, or for the benefit of, the named insured or others. By accepting this report, the requesting company, its reinsures and its clients agree to hold Reliable free and harmless from any claims or liability whatsoever.

Tuesday, June 23, 2015

© Copyright 2002 Reliable Reports Of Texas, Inc.  All Rights Reserved.

*** see comments



# Limited Multi-Peril Survey

If you have any questions about this report please contact Customer Care at 1-800-460-0723 ext. 707.

| | | | |
|---|---|---|---|
| Ref #: | 13009450 | Policy #: CP00058570 | Client Name: M. J. Kelly of ARKANSAS - 202 |
| Name: | Joshua Fields | | Agt Name: Zac Swords |
| Location: | 410 W Cleveland | | Requested By: jbetts@mjkellyar.com |
| City: | PONCA CITY | | Effective Inception/Renewal Date: 01/01/1900 |
| State: | OK Zip: 74601 | Coverage: $325,450.00 | Inspected By: McNeal, Jack |

Code:

Date: 05/11/2015

Date: 05/20/2015

## Note(s)

Rear



## Note(s)

Rear



This report is made from limited observation and information that may have been obtained in whole or in part, from third parties. Reliable Reports, Inc. ("Reliable") disclaims any responsibility for, and assumes no liability as a result of, inaccuracies or misinformation received by Reliable from third party sources. Any replacement cost valuations contained in this report are prepared using software and replacement cost information provided by third parties. No warranty, express or implied, is made as to the accuracy or completeness of any replacement cost valuation. This report is not performed as an undertaking on behalf of, or for the benefit of, the named insured or others. By accepting this report, the requesting company, its reinsures and its clients agree to hold Reliable free and harmless from any claims or liability whatsoever.

Tuesday, June 23, 2015

© Copyright 2002 Reliable Reports of Texas, Inc. All Rights Reserved.

*** see comments



## Limited Multi-Peril Survey

If you have any questions about this report please contact Customer Care at 1-800-460-0723 ext. 707.

Ref #: 13009450   Policy #: CP00058570
Name: Joshua Fields
Location: 410 W Cleveland
City: PONCA CITY
State: OK  Zip: 74601   Coverage: $325,450.00

Client Name: M. J. Kelly of ARKANSAS - 202
Agt Name: Zac Swords
Requested By: jbetts@mjkellyar.com
Effective Inception/Renewal Date: 01/01/1900
Inspected By: McNeal, Jack

Code:
Date: 05/11/2015

Date: 05/20/2015

### Note(s)

Peeling paint all fascia



This report is made from limited observation and information that may have been obtained in whole or in part, from third parties. Reliable Reports, Inc. ("Reliable") disclaims any responsibility for, and assumes no liability as a result of, inaccuracies or misinformation received by Reliable from third party sources. Any replacement cost valuations contained in this report are prepared using software and replacement cost information provided by third parties. No warranty, express or implied, is made as to the accuracy or completeness of any replacement cost valuation. This report is not performed as an undertaking on behalf of, or for the benefit of, the named insured or others. By accepting this report, the requesting company, its reinsures and its clients agree to hold Reliable free and harmless from any claims or liability whatsoever.

Tuesday, June 23, 2015

© Copyright 2002 Reliable Reports of Texas, Inc. All Rights Reserved.

*** see comments