CONSTRUCTION BOARD OF APPEALS
SPECIAL MEETING
BARNES ROOM, CITY HALL
WEDNESDAY, SEPTEMBER 7, 2016

Pursuant to notice as required by law, a meeting of the Ponca City Construction Board of Appeals was convened in an open and public session in the B.S. Barnes Room – City Hall, 516 East Grand, Ponca City, Oklahoma at 12:00 p.m.

| | |
|---|---|
| **Members Present:** | Darrel Stolhand, Larry Baird, Richard Welborn, Floyd Novotny, Bill Salmons, and Randol Marzuola |
| **Members Absent:** | None. |
| **Staff Present:** | Gary Cohenour, Inspector, Jeff Pameticky, Inspector, Dereck Casady, Fire Marshal, and Kacey Flanery, Administrative Assistant |

**Others Present:**

I.  **Darrell Stolhand called the meeting to order at 12:02 p.m.**

II. **Approval of Minutes:**

   1). **Larry Baird made the motion to approve the minutes of the meeting held August 31, 2016. The motion was seconded by Randol Marzuola.**

   Ayes: All,
   Nay: None.
   The motion carried unanimously.

III. **Old Business: None.**

IV. **New Business:**

   1) Consider and vote on adoption and codification of 2015 edition(s) of the International Existing Building Code (IEBC), International Fire Code (IFC), and the 2014 edition of the National Electrical Code (NEC).

   Gary Cohenour explained that the State UBCC modifications are complete and the final State adoption, of the 2015 Residential Code, will occur in November of this year. He also pointed out that current inspection practices, i.e. allowing design and construction initiated under a previous code to continue under that code, will remain in place until local adoption of the new codes is complete.

   Randol Marzuola asked if the City has a choice to adopt the State modifications or not. Gary told him that the City can adopt provisions that are more restrictive than those of the State, but cannot adopt a less-restrictive version.

EXHIBIT 6

       Gary then reviewed and explained the changes to the 2015 IEBC. Key changes were mentioned as being: new design requirements for renovation of existing buildings that are located in seismic zones; changes to sprinkling thresholds in existing buildings containing upholstered furniture; the addition of a new section dealing with accessibility for amusement park rides.

       Next, MEP inspector Jeff Pameticky reviewed changes made to the 2014 National Electrical Code. Among the major modifications are: changes to the requirements for GFCI and AFCI circuit protection; revisions to the sections on conductor sizing, lighting load calculations, and types of disconnects; changes to ampacity determination methods; tightening of design and installation regulations in the section on emergency lighting. The Board had been provided the change synopsis, and expressed no concerns with the changes.

       Fire Marshal Dereck Casady reviewed significant changes made to the International Fire Code. Since much of the Fire Code mirrors the Building Code, and since the 2015 International Building Code was reviewed and adopted in April 2015, the Board had no questions regarding the Fire Code modifications.

       Randol Marzuola then made a motion to adopt and codify the 2015 edition(s) of the International Existing Building Code (IEBC), International Fire Code (IFC), and the 2014 edition of the National Electrical Code (NEC) as per staff recommendations. Larry Baird seconded.

       Ayes: All,
Nay: None.
The motion carried unanimously.

V.        PUBLIC COMMENTS: None

VI.       ADJOURNMENT:
               A unanimous motion was made for adjournment at 12:36 p.m.

_____
Darrel Stolhand, Chairman