**310.3 Residential Group R-1.** Residential Group R-1 occupancies containing *sleeping units* where the occupants are primarily *transient* in nature, including:

> Boarding houses (*transient*) with more than 10 occupants
> Congregate living facilities (*transient*) with more than 10 occupants
> Hotels (*transient*)
> Motels (*transient*)

**310.4 Residential Group R-2.** Residential Group R-2 occupancies containing *sleeping units* or more than two *dwelling units* where the occupants are primarily permanent in nature, including:

> Apartment houses
> *Boarding houses* (nontransient) with more than 16 occupants
> *Congregate living facilities* (nontransient) with more than 16 occupants
> Convents
> *Dormitories*
> Fraternities and sororities
> Hotels (nontransient)
> *Live/work units*
> Monasteries
> Motels (nontransient)
> Vacation timeshare properties

**310.5 Residential Group R-3.** Residential Group R-3 occupancies where the occupants are primarily permanent in nature and not classified as Group R-1, R-2, R-4 or I, including:

> Buildings that do not contain more than two *dwelling units*
> Boarding houses (nontransient) with 16 or fewer occupants
> Boarding houses (*transient*) with 10 or fewer occupants
> Care facilities that provide accommodations for five or fewer persons receiving care
> *Congregate living facilities* (nontransient) with 16 or fewer occupants
> *Congregate living facilities* (*transient*) with 10 or fewer occupants
> *Lodging houses* with five or fewer *guest rooms*

**310.5.1 Care facilities within a dwelling.** Care facilities for five or fewer persons receiving care that are within a single-family dwelling are permitted to comply with the *International Residential Code* provided an *automatic sprinkler system* is installed in accordance with Section 903.3.1.3 or Section P2904 of the *International Residential Code*.

**310.5.2 Lodging houses.** Owner-occupied *lodging houses* with five or fewer *guest rooms* shall be permitted to be constructed in accordance with the *International Residential Code*.

**310.6 Residential Group R-4.** Residential Group R-4 occupancy shall include buildings, structures or portions thereof for more than five but not more than 16 persons, excluding staff, who reside on a 24-hour basis in a supervised residential environment and receive *custodial care*. Buildings of Group R-4 shall be classified as one of the occupancy conditions specified in Section 310.6.1 or 310.6.2. This group shall include, but not be limited to, the following:

> Alcohol and drug centers
> Assisted living facilities
> Congregate care facilities
> *Group homes*
> Halfway houses
> Residential board and care facilities
> Social rehabilitation facilities

Group R-4 occupancies shall meet the requirements for construction as defined for Group R-3, except as otherwise provided for in this code.

**310.6.1 Condition 1.** This occupancy condition shall include buildings in which all persons receiving custodial care, without any assistance, are capable of responding to an emergency situation to complete building evacuation.

**310.6.2 Condition 2.** This occupancy condition shall include buildings in which there are any persons receiving custodial care who require limited verbal or physical assistance while responding to an emergency situation to complete building evacuation.

## SECTION 311
## STORAGE GROUP S

**311.1 Storage Group S.** Storage Group S occupancy includes, among others, the use of a building or structure, or a portion thereof, for storage that is not classified as a hazardous occupancy.

**311.1.1 Accessory storage spaces.** A room or space used for storage purposes that is less than 100 square feet (9.3 m$^2$) in area and accessory to another occupancy shall be classified as part of that occupancy. The aggregate area of such rooms or spaces shall not exceed the allowable area limits of Section 508.2.

**311.2 Moderate-hazard storage, Group S-1.** Storage Group S-1 occupancies are buildings occupied for storage uses that are not classified as Group S-2, including, but not limited to, storage of the following:

> Aerosols, Levels 2 and 3
> Aircraft hangar (storage and repair)
> Bags: cloth, burlap and paper
> Bamboos and rattan
> Baskets
> Belting: canvas and leather
> Books and paper in rolls or packs
> Boots and shoes
> Buttons, including cloth covered, pearl or bone
> Cardboard and cardboard boxes
> Clothing, woolen wearing apparel
> Cordage
> Dry boat storage (indoor)
> Furniture
> Furs
> Glues, mucilage, pastes and size

nently attached sign with letters not less than 2 inches (51 mm) high in a color that contrasts with the background color, indicating the equipment contained therein.

Exceptions:

1. Doors not large enough to accommodate a written sign shall be marked with a permanently attached pictogram of the equipment contained therein.
2. Doors that have either an *approved* visual identification clear glass panel or a complete glass door panel are not required to be marked.

[F] **905.7.2 Locking cabinet doors.** Cabinets shall be unlocked.

Exceptions:

1. Visual identification panels of glass or other *approved* transparent frangible material that is easily broken and allows access.
2. *Approved* locking arrangements.
3. Group I-3.

[F] **905.8 Dry standpipes.** Dry standpipes shall not be installed.

**Exception:** Where subject to freezing and in accordance with NFPA 14.

[F] **905.9 Valve supervision.** Valves controlling water supplies shall be supervised in the open position so that a change in the normal position of the valve will generate a supervisory signal at the supervising station required by Section 903.4. Where a fire alarm system is provided, a signal shall be transmitted to the control unit.

Exceptions:

1. Valves to underground key or hub valves in roadway boxes provided by the municipality or public utility do not require supervision.
2. Valves locked in the normal position and inspected as provided in this code in buildings not equipped with a fire alarm system.

[F] **905.10 During construction.** Standpipe systems required during construction and demolition operations shall be provided in accordance with Section 3311.

### SECTION 906
### PORTABLE FIRE EXTINGUISHERS

[F] **906.1 Where required.** Portable fire extinguishers shall be installed in all of the following locations:

1. In Group A, B, E, F, H, I, M, R-1, R-2, R-4 and S occupancies.

    **Exception:** In Group R-2 occupancies, portable fire extinguishers shall be required only in locations specified in Items 2 through 6 where each *dwelling unit* is provided with a portable fire extinguisher having a minimum rating of 1-A:10-B:C.

2. Within 30 feet (9144 mm) of commercial cooking equipment.
3. In areas where flammable or combustible liquids are stored, used or dispensed.
4. On each floor of structures under construction, except Group R-3 occupancies, in accordance with Section 3315.1 of the *International Fire Code*.
5. Where required by the *International Fire Code* sections indicated in Table 906.1.
6. Special-hazard areas, including but not limited to laboratories, computer rooms and generator rooms, where required by the fire code official.

[F] **906.2 General requirements.** Portable fire extinguishers shall be selected and installed in accordance with this section and NFPA 10.

Exceptions:

1. The distance of travel to reach an extinguisher shall not apply to the spectator seating portions of Group A-5 occupancies.
2. In Group I-3, portable fire extinguishers shall be permitted to be located at staff locations.

[F] **906.3 Size and distribution.** The size and distribution of portable fire extinguishers shall be in accordance with Sections 906.3.1 through 906.3.4.

[F] **906.3.1 Class A fire hazards.** The minimum sizes and distribution of portable fire extinguishers for occupancies that involve primarily Class A fire hazards shall comply with Table 906.3(1).

[F] **906.3.2 Class B fire hazards.** Portable fire extinguishers for occupancies involving flammable or combustible liquids with depths less than or equal to 0.25-inch (6.4 mm) shall be selected and placed in accordance with Table 906.3(2).

Portable fire extinguishers for occupancies involving flammable or combustible liquids with a depth of greater than 0.25-inch (6.4 mm) shall be selected and placed in accordance with NFPA 10.

[F] **906.3.3 Class C fire hazards.** Portable fire extinguishers for Class C fire hazards shall be selected and placed on the basis of the anticipated Class A or B hazard.

[F] **906.3.4 Class D fire hazards.** Portable fire extinguishers for occupancies involving combustible metals shall be selected and placed in accordance with NFPA 10.

[F] **906.4 Cooking grease fires.** Fire extinguishers provided for the protection of cooking grease fires shall be of an *approved* type compatible with the automatic fire-extinguishing system agent and in accordance with Section 904.12.5 of the *International Fire Code*.

[F] **906.5 Conspicuous location.** Portable fire extinguishers shall be located in conspicuous locations where they will be readily accessible and immediately available for use. These locations shall be along normal paths of travel, unless the fire code official determines that the hazard posed indicates the need for placement away from normal paths of travel.