**FIRE PROTECTION SYSTEMS**

2.3. Not fewer than one manual fire alarm box is installed at an *approved* location.

**907.2.8.2 Automatic smoke detection system.** An automatic smoke detection system that activates the occupant notification system in accordance with Section 907.5 shall be installed throughout all interior *corridors* serving *sleeping units*.

> Exception: An automatic smoke detection system is not required in buildings that do not have interior *corridors* serving *sleeping units* and where each *sleeping unit* has a *means of egress* door opening directly to an *exit* or to an exterior *exit access* that leads directly to an *exit*.

**907.2.8.3 Smoke alarms.** Single- and multiple-station smoke alarms shall be installed in accordance with Section 907.2.11.

**907.2.9 Group R-2.** Fire alarm systems and smoke alarms shall be installed in Group R-2 occupancies as required in Sections 907.2.9.1 and 907.2.9.3.

**907.2.9.1 Manual fire alarm system.** A manual fire alarm system that activates the occupant notification system in accordance with Section 907.5 shall be installed in Group R-2 occupancies where any of the following conditions apply:

1. Any *dwelling unit* or *sleeping unit* is located three or more stories above the lowest *level of exit discharge*.
2. Any *dwelling unit* or *sleeping unit* is located more than one story below the highest *level of exit discharge* of *exits* serving the *dwelling unit* or *sleeping unit*.
3. The building contains more than 16 *dwelling units* or *sleeping units*.

Exceptions:

1. A fire alarm system is not required in buildings not more than two stories in height where all *dwelling units* or *sleeping units* and contiguous attic and crawl spaces are separated from each other and public or common areas by not less than 1-hour *fire partitions* and each *dwelling unit* or *sleeping unit* has an *exit* directly to a *public way*, *egress court* or yard.
2. Manual fire alarm boxes are not required where the building is equipped throughout with an *automatic sprinkler system* installed in accordance with Section 903.3.1.1 or 903.3.1.2 and the occupant notification appliances will automatically activate throughout the notification zones upon a sprinkler water flow.
3. A fire alarm system is not required in buildings that do not have interior *corridors* serving *dwelling units* and are protected by an *approved automatic sprinkler system* installed in accordance with Section 903.3.1.1 or 903.3.1.2, provided that *dwelling units* either have a *means of egress* door opening directly to an exterior *exit access* that leads directly to the *exits* or are served by open-ended *corridors* designed in accordance with Section 1027.6, Exception 3.

**907.2.9.2 Smoke alarms.** Single- and multiple-station smoke alarms shall be installed in accordance with Section 907.2.11.

**907.2.9.3 Group R-2 college and university buildings.** An automatic smoke detection system that activates the occupant notification system in accordance with Section 907.5 shall be installed in Group R-2 occupancies operated by a college or university for student or staff housing in all of the following locations:

1. Common spaces outside of *dwelling units* and *sleeping units*.
2. Laundry rooms, mechanical equipment rooms and storage rooms.
3. All interior corridors serving *sleeping units* or *dwelling units*.

> Exception: An automatic smoke detection system is not required in buildings that do not have interior *corridors* serving *sleeping units* or *dwelling units* and where each s*leeping unit* or *dwelling unit* either has a *means of egress* door opening directly to an exterior *exit access* that leads directly to an *exit* or a *means of egress* door opening directly to an *exit*.

Required smoke alarms in *dwelling units* and *sleeping units* in Group R-2 occupancies operated by a college or university for student or staff housing shall be interconnected with the fire alarm system in accordance with NFPA 72.

**907.2.10 Group R-4.** Fire alarm systems and smoke alarms shall be installed in Group R-4 occupancies as required in Sections 907.2.10.1 through 907.2.10.3.

**907.2.10.1 Manual fire alarm system.** A manual fire alarm system that activates the occupant notification system in accordance with Section 907.5 shall be installed in Group R-4 occupancies.

Exceptions:

1. A manual fire alarm system is not required in buildings not more than two stories in height where all individual *sleeping units* and contiguous attic and crawl spaces to those units are separated from each other and public or common areas by not less than 1-hour *fire partitions* and each individual *sleeping unit* has an *exit* directly to a *public way*, *egress court* or yard.

124　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　**2015 INTERNATIONAL FIRE CODE**

EXHIBIT 9

2. Manual fire alarm boxes are not required throughout the building where all of the following conditions are met:

    2.1. The building is equipped throughout with an *automatic sprinkler system* installed in accordance with Section 903.3.1.1 or 903.3.1.2.

    2.2. The notification appliances will activate upon sprinkler water flow.

    2.3. Not fewer than one manual fire alarm box is installed at an *approved* location.

3. Manual fire alarm boxes in resident or patient sleeping areas shall not be required at *exits* where located at all nurses' control stations or other constantly attended staff locations, provided such stations are visible and continuously accessible and that the distances of travel required in Section 907.4.2.1 are not exceeded.

**907.2.10.2 Automatic smoke detection system.** An automatic smoke detection system that activates the occupant notification system in accordance with Section 907.5 shall be installed in *corridors*, waiting areas open to *corridors* and *habitable spaces* other than *sleeping units* and kitchens.

**Exceptions:**

1. Smoke detection in *habitable spaces* is not required where the facility is equipped throughout with an *automatic sprinkler system* installed in accordance with Section 903.3.1.1.

2. An automatic smoke detection system is not required in buildings that do not have interior *corridors* serving *sleeping units* and where each *sleeping unit* has a *means of egress* door opening directly to an *exit* or to an exterior *exit access* that leads directly to an exit.

**907.2.10.3 Smoke alarms.** Single- and multiple-station smoke alarms shall be installed in accordance with Section 907.2.11.

**907.2.11 Single- and multiple-station smoke alarms.** *Listed* single- and multiple-station smoke alarms complying with UL 217 shall be installed in accordance with Sections 907.2.11.1 through 907.2.11.6 and NFPA 72.

**907.2.11.1 Group R-1.** Single- or multiple-station smoke alarms shall be installed in all of the following locations in Group R-1:

1. In sleeping areas.

2. In every room in the path of the *means of egress* from the sleeping area to the door leading from the *sleeping unit*.

3. In each story within the *sleeping unit*, including *basements*. For *sleeping units* with split levels and without an intervening door between the adjacent levels, a smoke alarm installed on the upper level shall suffice for the adjacent lower level provided that the lower level is less than one full story below the upper level.

**907.2.11.2 Groups R-2, R-3, R-4 and I-1.** Single or multiple-station smoke alarms shall be installed and maintained in Groups R-2, R-3, R-4 and I-1 regardless of *occupant load* at all of the following locations:

1. On the ceiling or wall outside of each separate sleeping area in the immediate vicinity of bedrooms.

2. In each room used for sleeping purposes.

3. In each story within a *dwelling unit*, including *basements* but not including crawl spaces and uninhabitable attics. In *dwellings* or *dwelling units* with split levels and without an intervening door between the adjacent levels, a smoke alarm installed on the upper level shall suffice for the adjacent lower level provided that the lower level is less than one full story below the upper level.

**907.2.11.3 Installation near cooking appliances.** Smoke alarms shall not be installed in the following locations unless this would prevent placement of a smoke alarm in a location required by Section 907.2.11.1 or 907.2.11.2:

1. Ionization smoke alarms shall not be installed less than 20 feet (6096 mm) horizontally from a permanently installed cooking appliance.

2. Ionization smoke alarms with an alarm-silencing switch shall not be installed less than 10 feet (3048 mm) horizontally from a permanently installed cooking appliance.

3. Photoelectric smoke alarms shall not be installed less than 6 feet (1829 mm) horizontally from a permanently installed cooking appliance.

**907.2.11.4 Installation near bathrooms.** Smoke alarms shall be installed not less than 3 feet (914 mm) horizontally from the door or opening of a bathroom that contains a bathtub or shower unless this would prevent placement of a smoke alarm required by Section 907.2.11.1 or 907.2.11.2.

**907.2.11.5 Interconnection.** Where more than one smoke alarm is required to be installed within an individual *dwelling unit* or *sleeping unit* in Group R or I-1 occupancies, the smoke alarms shall be interconnected in such a manner that the activation of one alarm will activate all of the alarms in the individual unit. Physical interconnection of smoke alarms shall not be required where listed wireless alarms are installed and all alarms sound upon activation of one alarm. The alarm shall be clearly audible in all bedrooms over background noise levels with all intervening doors closed.

**907.2.11.6 Power source.** In new construction, required smoke alarms shall receive their primary power from the building wiring where such wiring is

occupancies more than three stories in height or with more than 16 *dwelling* or *sleeping units*.

**Exceptions:**

1. Where each living unit is separated from other contiguous living units by *fire barriers* having a *fire-resistance rating* of not less than $^3/_4$ hour, and where each living unit has either its own independent *exit* or its own independent stairway or ramp discharging at grade.

2. A separate fire alarm system is not required in buildings that are equipped throughout with an *approved* supervised *automatic sprinkler system* installed in accordance with Section 903.3.1.1 or 903.3.1.2 and having a local alarm to notify all occupants.

3. A fire alarm system is not required in buildings that do not have interior *corridors* serving *dwelling units* and are protected by an *approved automatic sprinkler system* installed in accordance with Section 903.3.1.1 or 903.3.1.2, provided that *dwelling units* either have a *means of egress* door opening directly to an exterior *exit access* that leads directly to the *exits* or are served by open-ended *corridors* designed in accordance with Section 1027.6, Exception 3.

4. A fire alarm system is not required in buildings that do not have interior *corridors* serving *dwelling units*, do not exceed three stories in height and comply with both of the following:

    4.1. Each *dwelling unit* is separated from other contiguous *dwelling units* by *fire barriers* having a *fire-resistance rating* of not less than $^3/_4$ hour.

    4.2. Each *dwelling unit* is provided with hard-wired, interconnected smoke alarms as required for new construction in Section 907.2.11.

**1103.7.7 Group R-4.** A manual fire alarm system that activates the occupant notification system in accordance with Section 907.5 shall be installed in existing Group R-4 residential care/assisted living facilities in accordance with Section 907.2.10.1.

**Exceptions:**

1. Where there are interconnected smoke alarms meeting the requirements of Section 907.2.11 and there is not less than one manual fire alarm box per floor arranged to continuously sound the smoke alarms.

2. Other manually activated, continuously sounding alarms *approved* by the *fire code official*.

**1103.8 Single- and multiple-station smoke alarms.** Single- and multiple-station smoke alarms shall be installed in existing Group I-1 and R occupancies in accordance with Sections 1103.8.1 through 1103.8.3.

**1103.8.1 Where required.** Existing Group I-1 and R occupancies shall be provided with single-station smoke alarms in accordance with Section 907.2.11. Interconnection and power sources shall be in accordance with Sections 1103.8.2 and 1103.8.3, respectively.

**Exceptions:**

1. Where the code that was in effect at the time of construction required smoke alarms and smoke alarms complying with those requirements are already provided.

2. Where smoke alarms have been installed in occupancies and dwellings that were not required to have them at the time of construction, additional smoke alarms shall not be required provided that the existing smoke alarms comply with requirements that were in effect at the time of installation.

3. Where smoke detectors connected to a fire alarm system have been installed as a substitute for smoke alarms.

**1103.8.2 Interconnection.** Where more than one smoke alarm is required to be installed within an individual *dwelling* or *sleeping unit*, the smoke alarms shall be interconnected in such a manner that the activation of one alarm will activate all of the alarms in the individual unit. Physical interconnection of smoke alarms shall not be required where listed wireless alarms are installed and all alarms sound upon activation of one alarm. The alarm shall be clearly audible in all bedrooms over background noise levels with all intervening doors closed.

**Exceptions:**

1. Interconnection is not required in buildings that are not undergoing *alterations*, repairs or construction of any kind.

2. Smoke alarms in existing areas are not required to be interconnected where *alterations* or repairs do not result in the removal of interior wall or ceiling finishes exposing the structure, unless there is an attic, crawl space or *basement* available that could provide access for interconnection without the removal of interior finishes.

**1103.8.3 Power source.** Single-station smoke alarms shall receive their primary power from the building wiring provided that such wiring is served from a commercial source and shall be equipped with a battery backup. Smoke alarms with integral strobes that are not equipped with battery backup shall be connected to an emergency electrical system. Smoke alarms shall emit a signal when the batteries are low. Wiring shall be permanent and without a disconnecting switch other than as required for overcurrent protection.

**Exceptions:**

1. Smoke alarms are permitted to be solely battery operated in existing buildings where construction is not taking place.

## SECTION 3309
## FIRE REPORTING

**3309.1 Emergency telephone.** Readily accessible emergency telephone facilities shall be provided in an *approved* location at the construction site. The street address of the construction site and the emergency telephone number of the fire department shall be posted adjacent to the telephone.

## SECTION 3310
## ACCESS FOR FIRE FIGHTING

**3310.1 Required access.** *Approved* vehicle access for fire fighting shall be provided to all construction or demolition sites. Vehicle access shall be provided to within 100 feet (30 480 mm) of temporary or permanent fire department connections. Vehicle access shall be provided by either temporary or permanent roads, capable of supporting vehicle loading under all weather conditions. Vehicle access shall be maintained until permanent fire apparatus access roads are available.

**3310.2 Key boxes.** Key boxes shall be provided as required by Chapter 5.

## SECTION 3311
## MEANS OF EGRESS

**[BE] 3311.1 Stairways required.** Where a building has been constructed to a *building height* of 50 feet (15 240 mm) or four stories, or where an existing building exceeding 50 feet (15 240 mm) in *building height* is altered, not less than one temporary lighted *stairway* shall be provided unless one or more of the permanent *stairways* are erected as the construction progresses.

**3311.2 Maintenance.** Required *means of egress* shall be maintained during construction and demolition, remodeling or *alterations* and additions to any building.

> **Exception:** *Approved* temporary *means of egress* systems and facilities.

## SECTION 3312
## WATER SUPPLY FOR FIRE PROTECTION

**3312.1 When required.** An *approved* water supply for fire protection, either temporary or permanent, shall be made available as soon as combustible material arrives on the site.

## SECTION 3313
## STANDPIPES

**3313.1 Where required.** In buildings required to have standpipes by Section 905.3.1, not less than one standpipe shall be provided for use during construction. Such standpipes shall be installed prior to construction exceeding 40 feet (12 192 mm) in height above the lowest level of fire department vehicle access. Such standpipe shall be provided with fire department hose connections at accessible locations adjacent to usable stairways. Such standpipes shall be extended as construction progresses to within one floor of the highest point of construction having secured decking or flooring.

**3313.2 Buildings being demolished.** Where a building is being demolished and a standpipe is existing within such a building, such standpipe shall be maintained in an operable condition so as to be available for use by the fire department. Such standpipe shall be demolished with the building but shall not be demolished more than one floor below the floor being demolished.

**3313.3 Detailed requirements.** Standpipes shall be installed in accordance with the provisions of Section 905.

> **Exception:** Standpipes shall be either temporary or permanent in nature, and with or without a water supply, provided that such standpipes comply with the requirements of Section 905 as to capacity, outlets and materials.

## SECTION 3314
## AUTOMATIC SPRINKLER SYSTEM

**3314.1 Completion before occupancy.** In buildings where an *automatic sprinkler system* is required by this code or the *International Building Code*, it shall be unlawful to occupy any portion of a building or structure until the *automatic sprinkler system* installation has been tested and *approved*, except as provided in Section 105.3.4.

**3314.2 Operation of valves.** Operation of sprinkler control valves shall be allowed only by properly authorized personnel and shall be accompanied by notification of duly designated parties. Where the sprinkler protection is being regularly turned off and on to facilitate connection of newly completed segments, the sprinkler control valves shall be checked at the end of each work period to ascertain that protection is in service.

## SECTION 3315
## PORTABLE FIRE EXTINGUISHERS

**3315.1 Where required.** Structures under construction, *alteration* or demolition shall be provided with not less than one *approved* portable fire extinguisher in accordance with Section 906 and sized for not less than ordinary hazard as follows:

1. At each *stairway* on all floor levels where combustible materials have accumulated.
2. In every storage and construction shed.
3. Additional portable fire extinguishers shall be provided where special hazards exist including, but not limited to, the storage and use of flammable and *combustible liquids*.

## SECTION 3316
## MOTORIZED CONSTRUCTION EQUIPMENT

**3316.1 Conditions of use.** Internal-combustion-powered construction equipment shall be used in accordance with all of the following conditions:

1. Equipment shall be located so that exhausts do not discharge against combustible material.
2. Exhausts shall be piped to the outside of the building.