# ACORD PROPERTY LOSS NOTICE

**DATE (MM/DD/YYYY):** 03/26/2020

## AGENCY
Kevin Randall Insurance
PO Box 424, 1000 N Main St
Tonkawa, OK 74653

**CONTACT NAME:** Kevin Randall
**PHONE (A/C, No, Ext):** 580-628-2523
**FAX (A/C, No):** 580-628-2586
**E-MAIL ADDRESS:** randallagency@gmail.com
**CODE:**
**SUBCODE:**
**AGENCY CUSTOMER ID:**

**INSURED LOCATION CODE:**
**DATE OF LOSS AND TIME:** 03/25/2020  12:30  [X] AM  [ ] PM

### PROPERTY / HOME POLICY
- **CARRIER:** Great Lakes Insurance SE
- **NAIC CODE:**
- **POLICY NUMBER:** BC003908
- **LINE OF BUSINESS:** Business Policy

### FLOOD POLICY
- **CARRIER:**
- **NAIC CODE:**
- **POLICY NUMBER:**

### WIND POLICY
- **CARRIER:**
- **NAIC CODE:**
- **POLICY NUMBER:**

## INSURED
**NAME OF INSURED (First, Middle, Last):** Joshua Fields
**DATE OF BIRTH:**
**FEIN (if applicable):**
**MARITAL STATUS / CIVIL UNION (if applicable):**
**PRIMARY PHONE #:** 580-761-2725  [X] CELL
**SECONDARY PHONE #:**
**INSURED'S MAILING ADDRESS:** 812 W Oklahoma, Ponca City, OK 74601
**PRIMARY E-MAIL ADDRESS:** josh@stolhand.com
**SECONDARY E-MAIL ADDRESS:**

**NAME OF SPOUSE (First, Middle, Last) (if applicable):**

## CONTACT
[ ] CONTACT INSURED
**NAME OF CONTACT (First, Middle, Last):**
**WHEN TO CONTACT:**

## LOSS
**LOCATION OF LOSS**
- **STREET:** 410 W Cleveland Ave
- **CITY, STATE, ZIP:** Ponca City, OK 74601
- **COUNTRY:** US

**POLICE OR FIRE DEPARTMENT CONTACTED:**
**REPORT NUMBER:**

**KIND OF LOSS:** [X] FIRE  [ ] LIGHTNING  [ ] FLOOD  [ ] THEFT  [ ] HAIL  [ ] WIND

**PROBABLE AMOUNT ENTIRE LOSS:**

**DESCRIPTION OF LOSS & DAMAGE** (ACORD 101, Additional Remarks Schedule, may be attached if more space is required)
Insured Reports a Fire at 410 W Cleveland Ave, Ponca City, OK 74601

**REPORTED BY:** Joshua Fields
**REPORTED TO:** Kevin Randall

ACORD 1 (2019/07)   Page 1 of 3   © 1988-2019 ACORD CORPORATION. All rights reserved.
The ACORD name and logo are registered marks of ACORD

EXHIBIT 10                    GL-000007