# OKLAHOMA
## UNIFORM INCIDENT/OFFENSE REPORT

MAR 25 2020

CASE NUMBER: 20005975
PAGE 1 OF 3

☒ INITIAL RPT. ☐ OFFICER SAFETY
☐ MODIFY RPT. ☐ OFFICER ASSAULT
☐ DELETE RPT.

### ADMINISTRATIVE
CLEARED EXCEPTIONALLY
☐ DEATH OF OFFENDER
☐ PROSECUTION DECLINED
☐ EXTRADITION DENIED
☐ VICTIM REFUSED TO COOPERATE
☐ JUVENILE/NO CUSTODY
☒ NOT CLEARED EXCEPTIONAL

EXCEPTIONAL CLEARANCE DATE:

AGENCY NAME: PONCA CITY POLICE DEPARTMENT
ORI#: OK0360300

OCCURRED ON OR BETWEEN: 03/24/20 TUE 2200 — 03/24/20 WED 2305
REPORTED ON: 03/24/20 WED 2305

TYPE OF REPORT:
☐ PERSONS ☐ VEHICLE ☐ JUVENILE ☒ ARSON-LOSS $
☒ PROPERTY ☐ ARREST ☐ CHILD ABUSE ☐ GANG RELATED
☒ INFORMATION ☐ PHONE REPORT ☐ DOMESTIC VIOLENCE ☐ OTHER

### VICTIM
NO. V1
VICTIM: Fields, Josh
RACE: ☒W ☐B ☐I ☐A  ETHNICITY: ☐HISP ☒NON  SEX: M
DOB: 021181  AGE: 39  HGT: 604  WGT: 165  HAIR: BRO  EYES: BRO
ADDRESS: 2108 Huntington Pl
CITY/STATE/ZIP: Ponca City, OK 74601
RES. STATUS: ☒R ☐N   PHONE: 5807612725
BUS. ADDRESS: Self
MARITAL STATUS: M
DR. LIC. #: C082421665/OK
SSN: 446905498
TYPE OF VICTIM: ☒ INDIVIDUAL ☐ FINANCIAL INSTITUTION ☐ RELIGIOUS ORG. ☐ OTHER
☐ BUSINESS ☐ GOVERNMENT ☐ SOCIETY/PUBLIC ☐ UNKNOWN

TYPE OF INJURY - CHECK UP TO 5:
☐ N – NONE
☐ B – APPARENT BROKEN BONES
☐ I – POSSIBLE INTERNAL INJURY
☐ L – SEVERE LACERATIONS
☐ M – APPARENT MINOR INJURY
☐ O – OTHER MAJOR INJURY
☐ T – LOSS OF TEETH
☐ U – UNCONSCIOUSNESS

### OFFENSE
OFFENSE # 1 CLASSIFICATION: Arson (Possible)
ATTEMPT ☐ COMP ☒
ADDRESS/LOCATION OF OFFENSE: 410 W Cleveland
GEO LOCATION: A4
PREMISE TYPE NAME: Apartment complex
HATE/BIAS: YES☐ NO☒
☐ FORCIBLE ☒ NO FORCE

REPORTING OFFICER ID#: 46 0199
REVIEWED BY ID#: (signature)

EXHIBIT 11    PCPD-SDT-000003

☐ MODIFY REPORT

| AGENCY NAME | ORI # | CASE NUMBER |
|---|---|---|
| PONCA CITY POLICE DEPARTMENT | OK0360300 | 20005975 |

**AGGRAVATED ASSAULT/HOMICIDE CIRCUMSTANCE** (APPLIES TO UCR DEFINITION ONLY)

FOR AGGRAVATED ASSAULT
MURDER/NONNEGLIGENT MANSLAUGHTER
CHOOSE UP TO 2 ___ ___

01 ARGUMENT
02 ASSAULT ON LAW ENFORCEMENT OFFICER
03 DRUG DEALING     07 MERCY KILLING
04 GANGLAND         08 OTHER FELONY INVOLVED
05 JUVENILE GANG    09 OTHER CIRCUMSTANCES
06 LOVER'S QUARREL  10 UNKNOWN CIRCUMSTANCES

NEGLIGENT MANSLAUGHTER
CHOOSE 1 ___
30 CHILD PLAYING WITH GUN
31 GUN - CLEANING ACCIDENT
32 HUNTING ACCIDENT
33 OTHER NEGLIGENT WEAPON HANDLING
34 OTHER NEGLIGENT KILLINGS
ADDITIONAL HOMICIDE
CHOOSE 1 ___
20 CRIMINAL KILLED BY PRIVATE CITIZEN
21 CRIMINAL KILLED BY POLICE OFFICER

ADDITIONAL HOMICIDE
CHOOSE 1 ___
A CRIMINAL ATTACKED PO/OFFICER KILLED CRIMINAL
B CRIMINAL ATTACKED PO/OTHER OFFICER KILLED CRIMINAL
C CRIMINAL ATTACKED A CIVILIAN
D CRIMINAL ATTEMPTED FLIGHT FROM A CRIME
E CRIMINAL KILLED IN COMMISSION OF A CRIME
F CRIMINAL RESISTED ARREST
G UNABLE TO DETERMINE/NOT ENOUGH INFORMATION

## SUSPECT / ARRESTEE

NO. **S1**   CODES: A – ARREST   S – SUSPECT   I – INSTITUTIONAL (MENTAL DETOX)   X - OTHER
R – RUNAWAY   M – MISSING

NAME (LAST, FIRST, MIDDLE): **UNK**
RACE: ☐W ☐B ☐I ☐A   ETHNICITY: ☐HISP ☐NON   SEX   DOB   AGE   HGT   WGT   HAIR   EYES

ALIAS NAME   IDENTIFIERS   MARITAL STATUS   RES. STATUS ☐R ☐N

STREET ADDRESS   CITY/STATE/ZIP   PHONE

EMPLOYMENT / OCCUPATION / SCHOOL   BUSINESS PHONE   GANG/TRIBE/AFFIL   SSN   DL # / STATE

BOOKED / WHERE   BOOKING #   UCR ARREST OFFENSE CODE   TYPE OF ARREST   CHARGES   OSBI #

ARREST DATE   LOCATION OF ARREST   ☐O ☐S ☐T   FBI #

FINGERPRINT CARD #   CITED ☐Y ☐N   CITATION / WARRANT # (S)   BAIL   LOCAL ID#   WEAPON CODE(S)   MULTI CLEARANCE ☐M ☐C ☐N

JUV. PARENT / GDN. NOTIFIED ☐Y ☐N   NAME / RELATIONSHIP OF PERSON NOTIFIED   DAY/TIME NOTIFIED   NOTIFIED BY   DISP JUV ☐H ☐R

## VEHICLE

TYPE VEHICLE: 1 – VICTIMS   2 – THEFT FROM   3 – SUSPECT   4 – VANDALISM   5 – RECOVERED   6 – SEIZED   7 – STOLEN   8 – IMPOUNDED   9 - OTHER

TYPE   TAG #   STATE   YEAR   VIN #   DISTINGUISHING MARKS

VEH. YEAR   MAKE   MODEL   STYLE   COLOR   EST VALUE

IMPOUNDED BY   DATE RECOVERED   RECOVERED VALUE   RECOVERING AGENCY'S ORI #   NCIC # VEH/DECAL #

## WITNESS / RPT

CODE   NAME (LAST, FIRST, MIDDLE)   RACE: ☐W ☐B ☐I ☐A   ETHNICITY: ☐HISP ☐NON   SEX   DOB   AGE   HGT   WGT   HAIR   EYES

ADDRESS / LOCATION   CITY/STATE/ZIP   PHONE

EMPLOYER   ADDRESS   CITY/STATE/ZIP   BUSINESS PHONE

DR. LIC.#   SSN   OSBI#   FBI #   MARITAL STATUS   RES. STATUS ☐R ☐N

## NARRATIVE

**EVIDENCE TO BE EXHIBITED**   **HELD BY**

See attached narrative

REPORTING OFFICER: [signature]   ID # 46/0199   REVIEWED BY   ID #   DATE OF REPORT: 032520

UCR NIBRS 1 9/93 (030803)

PCPD-SDT-000004

| NARRATIVE SUPPLEMENT | | | Page 3 of 3 Pages | |
|---|---|---|---|---|
| PONCA CITY POLICE DEPARTMENT | | ORI#: OK0360300 | CASE NUMBER: | 20005975 |

**Josh Fields:** I own the apartment complex at 410 W Cleveland in Ponca City, OK 74601. On 03/24/2020 someone knocked on my door and told me that they'd seen that my building was on fire on Facebook Live. The apartment complex did not have anyone living there. The gas and water was turned off to the building. One of the apartments and the hallways had electricity. I boarded up the doors and windows when the last tenant moved out to keep the building secure and warm through the winter.

**Ptl. Kisen Sharp:** On 03/24/2020 at approx. 2305hrs I responded to the area of Grand Ave. & Elm St. in Ponca City, Kay County, OK 74601 in reference to a possible structure fire in the area. While en route I observed the apartment complex at 410 W Cleveland Ave. engulfed in flames. The complex had been previously boarded up since there were no tenants living in the building.

The plywood front door had burned through so I could see down the hallway and did not observe anyone inside. I checked the exterior of the building and did not locate anyone on the property.

Ponca City Fire Department responded and started working on extinguishing the fire.

I checked with multiple neighbors in the area who advised they had not seen anyone in the area recently. They also stated the last time they looked at the complex they plywood was still covering the doorway.

I remained on scene until I was relieved at approx. 0615hrs.

I had my department issued body worn camera activated during the call for service.

| REPORTING OFFICER | BADGE | DATE OF REPORT |
|---|---|---|
| *[signature]* Sharp | 46/0199 | 032520 |

PCPD-SDT-000005

| NARRATIVE SUPPLEMENT | | Page | of | Pages |
|---|---|---|---|---|
| PONCA CITY POLICE DEPARTMENT | ORI#: OK0360300 | CASE NUMBER: | 20005975 | |

Detective Sgt. Brian Dye: On 03-25-20 I was assigned to investigate a fire reported at 410 W. Cleveland Ave. The fire was originally reported at approximately 2300 hrs on 03-24-20. The building is an apartment building that was vacant at the time of the fire. The fire department extinguished the fire during the night and continued to hit hot spots throughout the night. I did not begin my investigation until after sunrise on 03-25-20.

I began by taking photographs around the exterior of the building and also took photographs above the building while up in the air in the PCFD's aerial truck. All the doors and windows had boards covering them, however some had been burned through.

I entered the building through the front (North side) door. I took photographs throughout the both levels of the apartment building. There are 8 apartments within the building. 4 on the lower level and 4 on the upper level. There is a hallway running north and south between the apartments in the middle of the building. In the middle of the hallway is the stairs leading to the upper level. There are also 2 storage buildings on the back (south side) of the apartments. Some of the doors on the storage buildings were open when I began my investigation. There was also a large dumpster on the south side between the storage buildings. It appeared the there was or had been some remodeling going on in the apartments.

Due to the large size of the building and complexity of this investigation, I called and requested mutual aid assistance from the McCord Fire Department Fire Investigator David Van Buskirk. Based upon the fire patterns observed, I believe the fire originated on the lower level and traveled up to the upper level. I based my origin and cause on the lower level. A search of the lower level, indicated the fire originated in the hallway and no in an apartment. We concentrated our investigation to the lower level hallway. Based on our investigation, it was determined the origin of the fire was under the stairwell. There was a space on the underneath the stairwell that some of the framing and walls were completely consumed by the fire. In the floor was a large square cut out in the flooring. The only items in this area under the stairs was a half circle metal cover and part of an extension cord. Looking into the hole I could see water from fire suppression. There was substance floating on top of the water which appeared to be a petroleum product. Using a clean glass vial, a sample of the substance was collected. I also used my latex glove and tried to get some of the substance on the glove. The vial and glove were placed into separate containers. The fire debris was cleared from the lower level hallway to look for other evidence or possible origins. Photographs were taken of the hallway after the debris was cleared. There was an extension cord located that ran from a wall outlet in the lower NE apartment. The cord ran down the hall and into the space under the stairs. A search of the cord found several areas of arcing on the wires. The arcing was marked with evidence tape and photographed. The extension cord was not plugged into anything under the stairwell and was left in place and not collected. A vac truck was called in to remove the water under the stairwell to search for additional evidence. Once the water was removed, no other evidence was found and only some trash was found.

While continuing to search for other evidence, a portable kerosene heater was found the east storage building just inside the walk-in door. The top cover was missing. The top cover was determined to be the top circular piece found under the stairwell. I sample of the liquid from the fuel tank on the heater was collected for comparison to the liquid found in the hole under the stairwell.

On 03-25-20 at approximately 1400 hrs., I conducted an interview with Blake Langfelt and Justin Burns. They reside at 118 ½ N. Oak apartment #2. Blake stated he was at home last night. He stated he did not notice anyone around the apartment building. He stated he did not notice any fire prior to any fire trucks arriving. He stated he believes the apartments were boarded up approximately a month ago and has seen no one around since then. This interview was recorded.

Based upon my investigation, I believe the origin of the fire was near or under the stairwell on the lower level of the building. It is unknown what item was first ignited or how the fire originated. Based upon my investigation the fire cause is undetermined.

The evidence collected was placed into the Ponca City Evidence Vault and later sent to the OSBI Lab for further analysis. On 06-16-20 I received a report back from the OSBI Lab. The samples sent, which include the sample of liquid taken from the hole, the sample on the latex glove, and the sample collected from the heater all returned to contain a heave petroleum distillate. The includes kerosene, diesel fuel, some jet fuels, and charcoal lighter fluid.

There has been no other evidence found or information received as to how this fire started. The fire remains to be undetermined.

| REPORTING OFFICER | BADGE | DATE OF REPORT |
|---|---|---|
| Sgt. | 25/864 | |

PCPD-SDT-000007

PAGE 1 OF 1    PONCA CITY POLICE DEPARTMENT PROPERTY CUSTODY FORM   Date: 03-24-20   Time: 2305 hrs   Collected/Seized

| CASE No: | 20005975 | OFFICER: | Sgt. Dye # 25 / 8642 | IF ARREST MADE | ☐ County ☐ City | ☐ Felony ☐ Misdemeanor |
|---|---|---|---|---|---|---|
| SUSPECT | Unknown | DOB | ☐ JUV | INCIDENT/CRIME | Structure Fire | |
| ADDRESS | | | | VICTIM | Joshua Fields | DOB: 02-11-81 |
| CITY/STATE/ZIP | | PHONE | | ADDRESS: | 2108 Huntington Place | |
| SUSPECT | | DOB | ☐ JUV | CITY/STATE/ZIP | Ponca City, OK 74604 | PHONE: 580-761-2725 |
| ADDRESS | | | | | | ☐ FOUND PROPERTY |
| CITY/STATE/ZIP | | PHONE | | ☐ SAFEKEEPING (30 DAYS MAX) | | ☐ BOOKED FOR DESTRUCTION |
| FOUND BY | | DOB | | NOTES: ☐ NEEDS PROCESSED -TYPE | | |
| ADDRESS | | | | | | |
| CITY/STATE/ZIP | | PHONE | | | | |

| ITEM # | QTY or Drug Weight | PROPERTY DESCRIPTION (INCLUDE, BRAND, MODEL, SERIAL NO., ETC.) | Packaged weight Drug Evidence | Location |
|---|---|---|---|---|
| 1 | 1 | Envelope Containing Evidence # 1 – vial of liquid taken from under stairwell and Evidence # 3 – Vial of liquid Taken from fuel take of portable heater | | |
| 2 | 1 | Small metal can containing latex glove with unknown liquid substance on it | | |

Total package Weight Drug Evidence _____ gr. or oz.  verified _____

*** Each item must be listed individually, use 2nd pages if more than 7 items.
*** All Evidence must be handed to Booking Officer so that it can be logged in.
*** Include OSBI submittal form for all Latent print cards and Drug evidence

Please PRINT Legibly

**CHAIN OF CUSTODY**

| Item # | Date In | Time In | Clerk | Date Out | Time Out | Officer |
|---|---|---|---|---|---|---|
| | | | | | | |
| | | | | | | |
| | | | | | | |

PCPD-SDT-000008

# OKLAHOMA STATE BUREAU OF INVESTIGATION
## LAB SUBMISSION RECEIPT

Date Submission Received:
05/05/2020  2:14:46PM
FSC
Date Document Generated:
05/05/2020  2:12:37PM

Requesting Officer: Brian Dye

Agency: Ponca City Police Department          Phone No.: 580-767-0370

Submitting Officer: Tucker Hodgson

Submitting Agency: Ponca City Police Department          (Signature)

LAB # 2020-005078

Received: Tiffany Meyer   Hand Delivered
(Signature)

Has there been any previous evidence submitted on this case? YES [ ] NO [ ] Approx. Date: _____

Related OSBI Lab #: 2020-005078

Requesting Agency Case #: 20005975

TYPE OF OFFENSE: ARSON

DATE OF OFFENSE: 03/24/2020

COUNTY OF OFFENSE: KAY

SUBJECT/SUSPECT(S):
  DNA on file
  (LAB USE ONLY)   Name          Date of Birth   Race   Sex   SSN
  Yes [ ] No [ ]

Transp. To LAB: _____
On _____ by _____
   (Date)    (Name-Signature)
Received: _____
         (Name-Signature)
Transp. To LAB: _____
On _____ by _____
   (Date)    (Name-Signature)
Received: _____
         (Name-Signature)
DNA Database search: _____ on _____
                    (Initials)   (Date)

Tracking #       Container Description

VICTIMS(S):
  Name              Date of Birth   Race   Sex
  Joshua Fields     02/11/1981      W      M

ITEMIZED DESCRIPTION OF EVIDENCE:
| Cont # | Container Desc. | Description |
|---|---|---|
| A | manila envelope | evidence nalgene bottles w/ vials of liquid |
| B | metal can | evidence latex glove w/ liquid |

TYPE OF EXAMINATION(S) REQUESTED: Trace Analysis

SEND A COPY OF REPORT TO:
  Brian Dye
  Kay County DA Office

NOTE: Submission evidence descriptions are provided by the submitting agency and have not been verified by OSBI.

\\vm-fsc-lims-app\LABORA\RECEIPT.RPT          08.10.18 MDB          PCPD-SDT-000009




# OKLAHOMA STATE BUREAU OF INVESTIGATION

Forensic Science Center
800 East 2nd Street
Edmond, Oklahoma 73034-5309
(405) 330-6724

## CRIMINALISTICS EXAMINATION REPORT

| LAB NO.: | 2020-005078 | Reported To: | Brian Dye |
| --- | --- | --- | --- |
| | Report# 1 | Address: | Ponca City Police Department |
| | | | 200 East Oklahoma |
| | | | Ponca City, OK 74601 |
| Date Received: | May 05, 2020 | | |
| Date Reported: | June 16, 2020 | Submitted By: | Tucker Hodgson, Ponca City Police Department |
| Classification of Case: | ARSON | Distributed By: | Online |

Subject(s):  Victim(s):  Joshua FIELDS, W/M, 02/11/1981

Reference: Ponca City Police Department Case#: 20005975

**Description of Evidence:**
Item 1   One evidence envelope containing items 1A and 1B
Item 1A  One plastic bottle "#1" containing one glass bottle containing a liquid
Item 1B  One plastic bottle "#3" containing one glass bottle containing a liquid
Item 2   One metal can "#2" containing fabric and liquid

**Results and Conclusions:**
Items 1A, 1B, and 2 were analyzed utilizing Gas Chromatography/Mass Spectrometry (GC/MS). These items contain an ignitable liquid in the heavy petroleum distillate class. Examples of products in the heavy petroleum distillate class include kerosene, diesel fuel, some jet fuels and some charcoal starters. The results apply only to the sample(s) received. The evidence, including the sample used in analysis, will be returned to the submitting agency.

> Pursuant to Title 22 O.S., Section 751, I hereby certify that I am the maker of this document, and that it is a true and correct report of the finding of the Oklahoma State Bureau of Investigation Criminalistics Laboratory.



Kriste M. Lemons
Senior Criminalist

cc:   Kay County DA Office

Page 1 of 1

PCPD-SDT-000010



## CRIMINALISTIC SERVICES DIVISION
## LABORATORY EVIDENCE RELEASE FORM

These items have been tested and handled in the normal course of business by the Criminalistic Services Division of OSBI. No warranty is made as to identity, purity, or pharmaceutical suitability for human consumption.

Chain of custody should be maintained for future legal proceedings and evidence should be maintained in a condition that would allow further forensic examination. All biological evidence must be returned and preserved for such period of time as any individual convicted of that crime remains incarcerated (title 22§1372).

Re: Case Number      **2020-005078**

The Oklahoma State Bureau of Investigation is releasing evidence pertaining to the above Case Number to:

**Agency Name:** Ponca City Police Department          **County of Offense:** KAY

**Case Officer:** Brian Dye                            **Date of Offense:** 03/24/2020

**Offense:** ARSON                                     **Name of Subject:**

**Lab Name:** FSC

**Department Case:** 20005975

| | | |
|---|---|---|
| Container A | | manila envelope |
| | Item 1 | evidence described as : nalgene bottles w/ vials of liquid |
| | Item 1A | evidence described as : liquid |
| | Item 1B | evidence described as : liquid |
| Container B | | metal can |
| | Item 2 | evidence described as : latex glove w/ liquid |
| | Item 2A | evidence described as : sample vial |

_(signature)_
**Receiving Officer:**
**Receiving Agency:** Ponca City PD

_(signature)_
Sandra Goodpasture  (Lab) - 07/21/2020 11:38 am
Signature (Released By)

\\wm-fsc-lims-app\labora\EDRETURN.RPT          02-20-19  MDB          PCPD-SDT-000011          Page 1 of 1