## A — NFIRS-1 Basic

- FDID: 36007
- State: OK
- Incident Date: 03/24/2020
- Station: 001
- Incident Number: 0001323
- Exposure: 000
- [ ] Delete  [ ] Change  [ ] No Activity

## B — Location Type

- [x] Street address
- [ ] Intersection
- [ ] In front of
- [ ] Rear of
- [ ] Adjacent to
- [ ] Directions
- [ ] U.S. National Grid

Number/Milepost: 410  Prefix: W  Street or Highway: Cleveland  Street Type: AVE  Suffix:

City: Ponca City  State: OK  ZIP Code: 74601

Census Tract: ____

## C — Incident Type

111 — Building fire

## D — Aid Given or Received

[x] None

1. [ ] Mutual aid received
2. [ ] Auto. aid received
3. [ ] Mutual aid given
4. [ ] Auto. aid given
5. [ ] Other aid given

Their FDID: ____  Their State: ____  Their Incident Number: ____

## E1 — Dates and Times (Midnight is 0000)

- Alarm: 03/24/2020 2305
- [x] Arrival: 2309
- [ ] Controlled: 03/25/2020 0235
- [ ] Last Unit Cleared: 03/25/2020 0235

## E2 — Shifts and Alarms

Shift or Platoon: ___  Alarms: ___  District: 001

## E3 — Special Studies

Special Study ID#: ___  Special Study Value: ___

## F — Actions Taken

- Primary Action Taken (1): 86 — Investigate
- Additional Action Taken (2): ___
- Additional Action Taken (3): ___

## G1 — Resources

[x] Check this box and skip this block if an Apparatus or Personnel Module is used.

|  | Apparatus | Personnel |
|---|---|---|
| Suppression |  |  |
| EMS |  |  |
| Other |  |  |

[ ] Check box if resource counts include aid received resources.

## G2 — Estimated Dollar Losses and Values

LOSSES: Required for all fires if known. Optional for non-fires. None
- Property: $000,100,000 [ ]
- Contents: $000,010,000 [ ]

PRE-INCIDENT VALUE: Optional
- Property: $___,___,___ [ ]
- Contents: $___,___,___ [ ]

## Completed Modules

- [x] Fire-2
- [x] Structure Fire-3
- [ ] Civilian Fire Cas.-4
- [ ] Fire Service Cas.-5
- [ ] EMS-6
- [ ] HazMat-7
- [ ] Wildland Fire-8
- [x] Apparatus-9
- [x] Personnel-10
- [ ] Arson-11

## H1 — Casualties  [x] None

|  | Deaths | Injuries |
|---|---|---|
| Fire Service |  |  |
| Civilian |  |  |

## H2 — Detector (Required for confined fires.)

1. [ ] Detector alerted occupants
2. [ ] Detector did not alert them
U. [ ] Unknown

## H3 — Hazardous Materials Release  [ ] None

1. [ ] Natural gas: slow leak, no evacuation or HazMat actions
2. [ ] Propane gas: <21-lb tank (as in home BBQ grill)
3. [ ] Gasoline: vehicle fuel tank or portable container
4. [ ] Kerosene: fuel burning equipment or portable storage
5. [ ] Diesel fuel/fuel oil: vehicle fuel tank or portable storage
6. [ ] Household solvents: home/office spill, cleanup only
7. [ ] Motor oil: from engine or portable container
8. [ ] Paint: from paint cans totaling <55 gallons
0. [ ] Other: special HazMat actions required or spill > 55 gal (Please complete the HazMat form.)

## I — Mixed Use Property  [ ] Not mixed

- 10 [ ] Assembly use
- 20 [ ] Education use
- 33 [ ] Medical use
- 40 [ ] Residential use
- 51 [ ] Row of stores
- 53 [ ] Enclosed mall
- 58 [ ] Business & residential
- 59 [ ] Office use
- 60 [ ] Industrial use
- 63 [ ] Military use
- 65 [ ] Farm use
- 00 [ ] Other mixed use

## J — Property Use  [ ] None

Structures:
- 131 [ ] Church, place of worship
- 161 [ ] Restaurant or cafeteria
- 162 [ ] Bar/Tavern or nightclub
- 213 [ ] Elementary school, kindergarten
- 215 [ ] High school, junior high
- 241 [ ] College, adult education
- 311 [ ] Nursing home
- 331 [ ] Hospital
- 341 [ ] Clinic, clinic-type infirmary
- 342 [ ] Doctor/Dentist office
- 361 [ ] Prison or jail, not juvenile
- 419 [ ] 1- or 2-family dwelling
- 429 [x] Multifamily dwelling
- 439 [ ] Rooming/Boarding house
- 449 [ ] Commercial hotel or motel
- 459 [ ] Residential, board and care
- 464 [ ] Dormitory/Barracks
- 519 [ ] Food and beverage sales
- 539 [ ] Household goods, sales, repairs
- 571 [ ] Gas or service station
- 579 [ ] Motor vehicle/boat sales/repairs
- 599 [ ] Business office
- 615 [ ] Electric-generating plant
- 629 [ ] Laboratory/Science laboratory
- 700 [ ] Manufacturing plant
- 819 [ ] Livestock/Poultry storage (barn)
- 882 [ ] Non-residential parking garage
- 891 [ ] Warehouse

Outside:
- 124 [ ] Playground or park
- 655 [ ] Crops or orchard
- 669 [ ] Forest (timberland)
- 807 [ ] Outdoor storage area
- 919 [ ] Dump or sanitary landfill
- 931 [ ] Open land or field
- 936 [ ] Vacant lot
- 938 [ ] Graded/Cared for plot of land
- 946 [ ] Lake, river, stream
- 951 [ ] Railroad right-of-way
- 960 [ ] Other street
- 961 [ ] Highway/Divided highway
- 962 [ ] Residential street/driveway
- 981 [ ] Construction site
- 984 [ ] Industrial plant yard

Look up and enter a Property Use code and description only if you have NOT checked a Property Use box.

Property Use Code: ____
Property Use Description: ____

NFIRS-1 Revision 01/01/05

EXHIBIT 12

Printed 13:20 02/07/2022

PCFD-SDT-000001

### K1 Person/Entity Involved
Local Option

(blank fields: Business Name, Area Code, Phone Number, Mr./Ms./Mrs., First Name, MI, Last Name, Suffix, Number, Prefix, Street or Highway, Street Type, Suffix, Post Office Box, Apt./Suite/Room, City, State, ZIP Code)

☐ More people involved? Check this box and attach Supplemental Forms (NFIRS-1S) as necessary.

### K2 Owner
☐ Same as person involved? Then check this box and skip the rest of this block.
Local Option

Area Code: 580 | Phone Number: 761-2725

Mr., Ms., Mrs.: MR
First Name: Josh
Last Name: Fields
Street Type: AVE

### L Remarks:

RON CREMERS
March 25,2020 03:54:53

Dispatched to a smoke investigation at Elm & Grand

RON CREMERS - Ambulance 115
March 25,2020 03:59:24

Assisted in fire control

RON CREMERS - Ambulance 118
March 25,2020 04:01:56

Assigned and assisted in fire control

RON CREMERS - Engine 1
March 25,2020 04:03:43

Assigned fire attack

☑ More remarks? Check this box and attach Supplemental Forms (NFIRS-1S) as necessary.

### M Authorization

Officer in charge ID: 1950 | Position or rank: Captain

☑ Check box if same as Officer in charge.

Member making report ID: 1950 | Position or rank: Captain



| E3 | Supplemental Special Studies<br>Local Option | | NFIRS-1S<br>Supplemental |
|---|---|---|---|

1  Special Study ID# __ Special Study Value __
2  Special Study ID# __ Special Study Value __
3  Special Study ID# __ Special Study Value __
4  Special Study ID# __ Special Study Value __
5  Special Study ID# __ Special Study Value __
6  Special Study ID# __ Special Study Value __
7  Special Study ID# __ Special Study Value __
8  Special Study ID# __ Special Study Value __

**L** Remarks: Local Option

**RON CREMERS - Engine 2**
**March 25,2020 04:07:34**

Assigned water supply then assist with fire attack

**RON CREMERS - Engine 4**
**March 25,2020 04:09:07**

Assigned fire attack

**RON CREMERS - Rescue 3**
**March 25,2020 04:11:28**

Assigned to assist fire control

**RON CREMERS - Tower 1**
**March 25,2020 04:13:38**

Assigned to spray water from the tower

**RON CREMERS - Command 1**
**March 25,2020 04:22:33**

Was dispatched to a smoke in the area of Elm and Grand. As we were about a block away you could see smoke in the area. Upon arrival we found a two story brick building with a little fire in the front door. The second story had a lot of smoke coming out of all sides. The building had boards on all the windows. PD on scene stated that there was a board on the door but that it had burned through prior to our arrival. E-1 Amb 118 assigned fire attack. They entered the A side and proceeded to knock down fire in the front door and front entrance area of structure. They eventually made it two the second floor where most of the fire was. They stated their was a large amount of fire on the second floor. They attempted to get the fire under control. It became obvious that the condition had changed and it was no longer safe for an interior attack. All personal was ordered to exit the structure. At this time we began an exterior attack using master streams from 3 fire apparatus. Eventually this got most of the fire under control. The areas that were still burning was areas under the roof that had collapsed.

It was noted that the back door had a pad lock that looked as though it had been bus



**E3** Supplemental Special Studies
Local Option

NFIRS–1S
Supplemental

1  Special Study ID# | Special Study Value
2  Special Study ID# | Special Study Value
3  Special Study ID# | Special Study Value
4  Special Study ID# | Special Study Value

5  Special Study ID# | Special Study Value
6  Special Study ID# | Special Study Value
7  Special Study ID# | Special Study Value
8  Special Study ID# | Special Study Value

**L** Remarks:
Local Option

ted open. This was noted to the police on scene.

After fire had appeared top be mostly under control I placed all units except Tower-1 back in service.

NFIRS-1S   Revision 01/01/04

## A
- FDID: 36007
- State: OK
- Incident Date: 03/24/2020
- Station: 001
- Incident Number: 0001323
- Exposure: 000
- ☐ Delete
- ☐ Change
- NFIRS-2 Fire

## B — Property Details

**B1** 8 — Estimated number of residential living units in building of origin *whether or not all units became involved*. ☐ Not Residential

**B2** 1 — Number of buildings involved. ☐ Buildings not involved

**B3** Acres burned (outside fires): ☑ None  ☐ Less than one acre

## C — On-Site Materials or Products  ☐ None
Complete if there were any significant amounts of commercial, industrial, energy, or agricultural products or materials on the property, *whether or not they became involved*.

Enter up to three codes. Check one box for each code entered.

On-site material (1): _____
On-site material (2): _____
On-site material (3): _____

On-Site Materials Storage Use (for each):
1 ☐ Bulk storage or warehousing
2 ☐ Processing or manufacturing
3 ☐ Packaged goods for sale
4 ☐ Repair or service
U ☐ Undetermined

## D — Ignition

**D1** Area of fire origin: UU Undetermined
**D2** Heat source: UU Undetermined
**D3** Item first ignited: UU Undetermined  ☐ Check box if fire spread was confined to object of origin.
**D4** Type of material first ignited: _____ (Required only if item first ignited code is 00 or <70.)

## E1 — Cause of Ignition
☐ Check box if this is an exposure report. → Skip to Section G

1 ☐ Intentional
2 ☐ Unintentional
3 ☐ Failure of equipment or heat source
4 ☐ Act of nature
5 ☑ Cause under investigation
U ☐ Cause undetermined after investigation

## E2 — Factors Contributing to Ignition  ☐ None
Factor contributing to ignition (1): UU Undetermined
Factor contributing to ignition (2): _____

## E3 — Human Factors Contributing to Ignition
Check all applicable boxes  ☑ None
1 ☐ Asleep
2 ☐ Possibly impaired by alcohol or drugs
3 ☐ Unattended person
4 ☐ Possibly mentally disabled
5 ☐ Physically disabled
6 ☐ Multiple persons involved
7 ☐ Age was a factor
Estimated age of person involved: _____
1 ☐ Male   2 ☐ Female

## F1 — Equipment Involved in Ignition
☐ None → If equipment was not involved, skip to Section G.
Equipment Involved: _____
Brand: _____
Model: _____
Serial #: _____
Year: _____

## F2 — Equipment Power Source
Equipment Power Source: _____

## F3 — Equipment Portability
1 ☐ Portable
2 ☐ Stationary
Portable equipment normally can be moved by one or two persons, is designed to be used in multiple locations, and requires no tools to install.

## G — Fire Suppression Factors  ☐ None
Enter up to three codes.
Fire suppression factor (1): _____
Fire suppression factor (2): _____
Fire suppression factor (3): _____

## H1 — Mobile Property Involved  ☐ None
1 ☐ Not involved in ignition, but burned
2 ☐ Involved in ignition, but did not burn
3 ☐ Involved in ignition and burned

## H2 — Mobile Property Type and Make
Mobile property type: _____
Mobile property make: _____
Mobile property model: _____
Year: _____
License Plate Number: _____   State: _____   VIN: _____

Structure fire? Please be sure to complete the Structure Fire form (NFIRS-3).

## Local Use
☐ Pre-Fire Plan Available
Some of the information presented in this report may be based upon reports from other agencies:

☐ Arson report attached
☐ Police report attached
☐ Coroner report attached
☐ Other reports attached

NFIRS-2 Revision 01/01/05

## I. Structure

**I1 Structure Type** ☆
*If fire was in an enclosed building or a portable/mobile structure, complete the rest of this form.*

1. ☑ Enclosed building
2. ☐ Portable/Mobile structure
3. ☐ Open structure
4. ☐ Air-supported structure
5. ☐ Tent
6. ☐ Open platform (e.g., piers)
7. ☐ Underground structure (work areas)
8. ☐ Connective structure (e.g., fences)
0. ☐ Other type of structure

**I2 Building Status** ☆

1. ☐ Under construction
2. ☐ In normal use
3. ☐ Idle, not routinely used
4. ☐ Under major renovation
5. ☑ Vacant and secured
6. ☐ Vacant and unsecured
7. ☐ Being demolished
0. ☐ Other
U. ☐ Undetermined

**I3 Building Height** ☆
*Count the roof as part of the highest story.*

| 001 |
Total number of stories at or above grade.

| 00 |
Total number of stories below grade.

**I4 Main Floor Size** ☆

|00|, |003|, |000|
Total square feet

OR

|0|, |100| BY |0|, |030|
Length in feet    Width in feet

NFIRS-3 Structure Fire

---

**J1 Fire Origin** ☆

| 002 |   ☐ Below grade
Story of fire origin

**J2 Fire Spread** ☆
*If fire spread was confined to object of origin, do not check a box (Ref. Block D3, Fire Module).*

2. ☐ Confined to room of origin
3. ☐ Confined to floor of origin
4. ☑ Confined to building of origin
5. ☐ Beyond building of origin

**J3 Number of Stories Damaged by Flame**
*Count the roof as part of the highest story.*

Number of stories w/minor damage (1 to 24% flame damage) ____

Number of stories w/significant damage (25 to 49% flame damage) ____

Number of stories w/heavy damage (50 to 74% flame damage) ____

Number of stories w/extreme damage (75 to 100% flame damage) ____

**K Type of Material Contributing Most to Flame Spread**

☐ Check if no flame spread OR if same as Material First Ignited (Block D4, Fire Module) OR if unable to determine. → Skip to Section L

**K1** |__|__| |_____|
Item contributing most to flame spread

**K2** |__|__| |_____|
Type of material contributing most to flame spread    Required only if item contributing code is 00 or <70.

---

**L1 Presence of Detectors** ☆
(In area of the fire)

N ☑ None Present → Skip to Section M
1. ☐ Present
U. ☐ Undetermined

**L2 Detector Type**

1. ☐ Smoke
2. ☐ Heat
3. ☐ Combination smoke and heat
4. ☐ Sprinkler, water flow detection
5. ☐ More than one type present
0. ☐ Other
U. ☐ Undetermined

**L3 Detector Power Supply**

1. ☐ Battery only
2. ☐ Hardwire only
3. ☐ Plug-in
4. ☐ Hardwire with battery
5. ☐ Plug-in with battery
6. ☐ Mechanical
7. ☐ Multiple detectors & power supplies
0. ☐ Other
U. ☐ Undetermined

**L4 Detector Operation**

1. ☐ Fire too small to activate
2. ☐ Operated → Complete Block L5
3. ☐ Failed to operate → Complete Block L6
U. ☐ Undetermined

**L5 Detector Effectiveness**
*Required if detector operated.*

1. ☐ Alerted occupants, occupants responded
2. ☐ Alerted occupants, occupants failed to respond
3. ☐ There were no occupants
4. ☐ Failed to alert occupants
U. ☐ Undetermined

**L6 Detector Failure Reason**
*Required if detector failed to operate.*

1. ☐ Power failure, shutoff, or disconnect
2. ☐ Improper installation or placement
3. ☐ Defective
4. ☐ Lack of maintenance, includes not cleaning
5. ☐ Battery missing or disconnected
6. ☐ Battery discharged or dead
0. ☐ Other
U. ☐ Undetermined

---

**M1 Presence of Automatic Extinguishing System** ☆

N ☑ None Present
1. ☐ Present → Complete rest of Section M
2. ☐ Partial System Present
U. ☐ Undetermined

**M2 Type of Automatic Extinguishing System**
*Required if fire was within designed range of AES.*

1. ☐ Wet-pipe sprinkler
2. ☐ Dry-pipe sprinkler
3. ☐ Other sprinkler system
4. ☐ Dry chemical system
5. ☐ Foam system
6. ☐ Halogen-type system
7. ☐ Carbon dioxide ($CO_2$) system
0. ☐ Other special hazard system
U. ☐ Undetermined

**M3 Operation of Automatic Extinguishing System**
*Required if fire was within designed range.*

1. ☐ Operated/effective (go to M4)
2. ☐ Operated/Not effective (go to M4)
3. ☐ Fire too small to activate
4. ☐ Failed to operate (go to M5)
0. ☐ Other
U. ☐ Undetermined

**M4 Number of Sprinkler Heads Operating**
*Required if system operated.*

|_____|
Number of sprinkler heads operating

**M5 Reason for Automatic Extinguishing System Failure**
*Required if system failed or not effective.*

1. ☐ System shut off
2. ☐ Not enough agent discharged
3. ☐ Agent discharged but did not reach fire
4. ☐ Wrong type of system
5. ☐ Fire not in area protected
6. ☐ System components damaged
7. ☐ Lack of maintenance
8. ☐ Manual intervention
0. ☐ Other
U. ☐ Undetermined

NFIRS-3 Revision 01/01/06

## NFIRS-10 Personnel

**A**
- FDID: 36007
- State: OK
- Incident Date: 03/24/2020
- Station: 001
- Incident Number: 0001323
- Exposure: 000
- ☐ Delete
- ☐ Change

**B — Apparatus or Resources**

### Apparatus 1
- ID: 115
- Type: 75
- Dispatch: ☒ 2314
- Arrival: ☒ 2326
- Clear: ☐ 03/25/2020 0235
- Sent: ☒
- Number of People: 2
- Apparatus Use: ☐ Suppression ☒ EMS ☐ Other
- Actions Taken: 10

| Personnel ID | Name | Rank or Grade | Attend [x] | Action Taken | Action Taken | Action Taken | Action Taken |
|---|---|---|---|---|---|---|---|
| 1-0098 | CARSON COMBEST | | ☒ | | | | |
| 1-0127 | CHRISTOPHER JONES | | ☒ | | | | |
|  |  |  | ☐ |  |  |  |  |
|  |  |  | ☐ |  |  |  |  |
|  |  |  | ☐ |  |  |  |  |
|  |  |  | ☐ |  |  |  |  |

### Apparatus 2
- ID: 118
- Type: 75
- Dispatch: ☒ 2307
- Arrival: ☒ 2309
- Clear: ☐ 03/25/2020 0235
- Sent: ☒
- Number of People: 3
- Apparatus Use: ☐ Suppression ☒ EMS ☐ Other
- Actions Taken: 10

| Personnel ID | Name | Rank or Grade | Attend [x] | Action Taken | Action Taken | Action Taken | Action Taken |
|---|---|---|---|---|---|---|---|
| 10498 | TANNER TONEY | | ☒ | | | | |
| 1-0031 | BENJAMIN WEBB | | ☒ | | | | |
| 10550 | NICHOLAS FULTON | | ☒ | | | | |
|  |  |  | ☐ |  |  |  |  |
|  |  |  | ☐ |  |  |  |  |
|  |  |  | ☐ |  |  |  |  |

### Apparatus 3
- ID: 105
- Type: 92
- Dispatch: ☒ 2307
- Arrival: ☒ 2309
- Clear: ☐ 03/25/2020 0235
- Sent: ☒
- Number of People: 1
- Apparatus Use: ☐ Suppression ☐ EMS ☒ Other
- Actions Taken: 10

| Personnel ID | Name | Rank or Grade | Attend [x] | Action Taken | Action Taken | Action Taken | Action Taken |
|---|---|---|---|---|---|---|---|
| 1950 | RON CREMERS | | ☒ | | | | |
|  |  |  | ☐ |  |  |  |  |
|  |  |  | ☐ |  |  |  |  |
|  |  |  | ☐ |  |  |  |  |
|  |  |  | ☐ |  |  |  |  |
|  |  |  | ☐ |  |  |  |  |

## A — NFIRS-10 Personnel

| FDID | State | Incident Date (MM/DD/YYYY) | Station | Incident Number | Exposure | Delete/Change |
|---|---|---|---|---|---|---|
| 36007 | OK | 03/24/2020 | 001 | 0001323 | 000 | |

## B — Apparatus or Resources

### 1. ID 108 — Type 11

| | Month | Day | Year | Hour/Min |
|---|---|---|---|---|
| Dispatch ☑ | | | | 2307 |
| Arrival ☑ | | | | 2309 |
| Clear ☐ | 03 | 25 | 2020 | 0235 |

Sent: ☑  Number of People: 2  Apparatus Use: ☑ Suppression ☐ EMS ☐ Other  Actions Taken: 10

| Personnel ID | Name | Rank or Grade | Attend | Action Taken | Action Taken | Action Taken | Action Taken |
|---|---|---|---|---|---|---|---|
| 9744 | SCOTT GARRETT | | ☑ | | | | |
| 9009 | GARY WHITEHEAD | | ☑ | | | | |
| | | | ☐ | | | | |
| | | | ☐ | | | | |
| | | | ☐ | | | | |
| | | | ☐ | | | | |

### 2. ID 105 — Type 11

| | Month | Day | Year | Hour/Min |
|---|---|---|---|---|
| Dispatch ☑ | | | | 2307 |
| Arrival ☑ | | | | 2309 |
| Clear ☐ | 03 | 25 | 2020 | 0235 |

Sent: ☑  Number of People: 2  Apparatus Use: ☑ Suppression ☐ EMS ☐ Other  Actions Taken: 10

| Personnel ID | Name | Rank or Grade | Attend | Action Taken | Action Taken | Action Taken | Action Taken |
|---|---|---|---|---|---|---|---|
| 9347 | BENJAMIN CREECH | | ☑ | | | | |
| 9739 | ANDRE STOLL | | ☑ | | | | |
| | | | ☐ | | | | |
| | | | ☐ | | | | |
| | | | ☐ | | | | |
| | | | ☐ | | | | |

### 3. ID 102 — Type 11

| | Month | Day | Year | Hour/Min |
|---|---|---|---|---|
| Dispatch ☑ | | | | 2307 |
| Arrival ☑ | | | | 2326 |
| Clear ☐ | 03 | 25 | 2020 | 0235 |

Sent: ☑  Number of People: 2  Apparatus Use: ☑ Suppression ☐ EMS ☐ Other  Actions Taken: 10

| Personnel ID | Name | Rank or Grade | Attend | Action Taken | Action Taken | Action Taken | Action Taken |
|---|---|---|---|---|---|---|---|
| 8802 | ALLAN FOGLE | | ☑ | | | | |
| 1-0008 | LANE LATHERS | | ☑ | | | | |
| | | | ☐ | | | | |
| | | | ☐ | | | | |
| | | | ☐ | | | | |
| | | | ☐ | | | | |

## A
- FDID: 36007
- State: OK
- Incident Date: 03/24/2020
- Station: 001
- Incident Number: 0001323
- Exposure: 000
- ☐ Delete  ☐ Change
- **NFIRS-10 Personnel**

## B — Apparatus or Resources

### Apparatus 1
- ID: 116
- Type: 71
- Dispatch: ☑ 2307
- Arrival: ☑ 2309
- Clear: ☐ 03/25/2020 0235
- Sent: ☑
- Number of People: 2
- Apparatus Use: ☑ Suppression ☐ EMS ☐ Other
- Actions Taken: 10

| Personnel ID | Name | Rank or Grade | Attend | Action Taken | Action Taken | Action Taken | Action Taken |
|---|---|---|---|---|---|---|---|
| 8801 | CHAD CUNNINGHAM | | ☑ | | | | |
| 9994 | CODY REGIER | | ☑ | | | | |

### Apparatus 2
- ID: 103
- Type: 12
- Dispatch: ☑ 2307
- Arrival: ☑ 2309
- Clear: ☐ 03/25/2020 0235
- Sent: ☑
- Number of People: 2
- Apparatus Use: ☑ Suppression ☐ EMS ☐ Other
- Actions Taken: 10

| Personnel ID | Name | Rank or Grade | Attend | Action Taken | Action Taken | Action Taken | Action Taken |
|---|---|---|---|---|---|---|---|
| 8801 | CHAD CUNNINGHAM | | ☑ | | | | |
| 9994 | CODY REGIER | | ☑ | | | | |

### Apparatus 3
(blank)

NFIRS-10   Revision 01/01/04

Printed 13:20 02/07/2022

PCFD-SDT-000011

## A
- FDID: 36007
- State: OK
- Incident Date: 03/24/2020
- Station: 001
- Incident Number: 0001323
- Exposure: 000
- [ ] Delete
- [ ] Change
- [ ] No Activity
- ESO-1 Non-NFIRS Fields

## E1 Additional Incident Times

- PSAP Recieved: Month 03, Day 25, Year 2020, Hour Min ___
- Dispatch Notified: Month 03, Day 25, Year 2020, Hour Min ___

## B Apparatus or Resources

Dates and Times (Midnight is 0000)

| # | ID | Type | En Route | District | # | ID | Type | En Route | District |
|---|----|----|----------|----------|---|----|----|----------|----------|
| | | | | | 5 | 105 | | 03/24/2020 2307 | 03/25/2020 |
| 1 | 115 | | 03/24/2020 2314 | 03/25/2020 | 6 | 102 | | 03/24/2020 2314 | 03/25/2020 |
| 2 | 118 | | 03/24/2020 2307 | 03/25/2020 | 7 | 116 | | 03/24/2020 2307 | 03/25/2020 |
| 3 | 105 | | 03/24/2020 2307 | 03/25/2020 | 8 | 103 | | 03/24/2020 2307 | 03/25/2020 |
| 4 | 108 | | 03/24/2020 2307 | 03/25/2020 | 9 | | | | |