

**Rimkus Consulting Group, Inc.**
**2201 South Fretz Avenue, Suite 110**
**Edmond, OK 73013**
**Telephone: (405) 340-8034**

September 16, 2020

Mr. Kevin Wilson
Capstone ISG
13506 East Boundary Road, Suite A
Midlothian, VA 23112

Re:  Insured:              Joshua Fields
     Claim Number:         123391
     Rimkus File No:       100031266
     **Subject:              Report of Findings**

Dear Mr. Wilson,

A fire that involved a multiple-family apartment building located at 410 West Cleveland Avenue, in Ponca City, Oklahoma, occurred on March 24, 2020.  Rimkus Consulting Group, Inc. (Rimkus) was retained to determine the origin and cause of the fire and determine if the building was compliant with locally adopted life safety standards. Cullen B. Fowler, NAFI-CFEI, photographed and inspected the building on April 3, 2020. Philip M. Noah, IAAI-CFI, reviewed locally adopted life safety codes for compliance, reviewed the Ponca City Fire Department incident report and interviewed Mr. Derek Cassidy, Ponca City Fire Department Fire Marshal. This report was reviewed for technical accuracy by John R. Farill, IAAI-CFI (V), Great Lakes Region Fire Division Manager.

During our investigation, we applied the methodology of fire investigation using the systematic approach as recommended in the current edition of National Fire Protection Association's NFPA 921 – "Guide for Fire and Explosion Investigations" and NFPA 1033 – "Standard for Professional Qualifications for Fire Investigator".

## Conclusions

1. The fire originated on the ground level in the center hallway below the stairway to the second level.

2. A kerosene space heater identified in the area of origin and intentional ignition of combustible materials were identified as possible ignition sources for the fire.

EXHIBIT 15

3.  There were no personal belongings and furnishings typically found in an occupied structure, located within the dwelling units at the time of our inspection.

4.  No single station or multiple-station smoke alarms were observed in the building at the time of our inspection.

5.  The locally adopted life safety code is the 2015, Edition of the International Fire Code.

6.  The subject building is classified as an R-2 occupancy under the International Fire Code.

7.  Section of 907.2.11.2 of the International Fire Code requires that all R-2 occupancies have single or multiple-station smoke alarms installed in specific locations.

8.  Smoke alarms were not present in the building when the fire occurred.

## Discussion

The fire damaged structure was a two-story multiple-family building with eight apartments, with four apartments on each floor.  The building faced north toward West Cleveland Avenue. The wood-framed building was covered with brick veneer and the hip style roof was covered with composition shingles. There was one entry door on the north side and one entry door on the south side.  Public records indicated the building was constructed in 1954.

Our review of the Ponca City Fire Department incident report indicated the fire alarm was dispatched on March 24, 2020, at 11:05 p.m. and the first suppression units arrived at 11:09 p.m.  The fire report narrative indicated a padlock on the south entry door had been broken prior to their arrival.  Additionally, the report noted the front door and multiple windows were boarded up prior to their arrival.  A copy of the incident report is included as an attachment.

The exterior of the building had multiple window openings on all elevations. The majority of the windows were covered with oriented strand board (OSB) sheathing.  The roof structure exhibited severe fire damage and had either collapsed or had been consumed during the fire.  Fire and smoke ventilation patterns were visible on the bricks above the second-story window openings.  Foundation ventilation openings were observed around the perimeter indicating the building was built over a crawlspace.

Electric service connections were located on the south side of the building.  Eight individual electric meter bases were located on the south wall.  The eight meters had been removed prior to our inspection.  No physical evidence of abnormal electrical activity was observed at the electric service.

Natural gas service was connected to the building with four meter connections on the east side, and four meter connections on the west side.  The gas meters had been removed prior to our inspection.  No evidence of fire damage was observed at or near the natural gas connections.

Interior inspection began through the front door opening, which opened into a center hallway.  A stairway to the second floor was in the center of the hallway.  Fire damage was severe throughout the hallway.  The most severe damage was observed under the stairway where the supporting structure had been partially consumed.  Fire movement patterns were consistent with fire spreading vertically up the open stairway to the second floor.

Burned remains of a kerosene space heater were identified in the area below the stairway.  The area had been excavated prior to our inspection and portions of the space heater were not identified during our inspection.  Due to the severity of the damage, visual inspection of the heater was inconclusive regarding possible fire ignition.

Inspection of the four ground-level apartments revealed varying degrees of heat and smoke damage throughout the units.  Fire damage observed was consistent with fire spreading into the apartments from the center hallway.  Very few furnishings were observed throughout the ground floor apartments.  No personal belongings were observed in the ground floor apartments.  Based on our observations at the time of our inspection, the ground floor apartments were unoccupied at the time the fire occurred.

Inspection of the second-floor apartments revealed varying degrees of heat, smoke, and fire damage throughout.  Fire damage was consistent with radiant heat and flame contact throughout the attic. No personal belongings or furnishings were observed in the second-floor apartments.  Based upon our observations the second-floor apartments were not occupied at the time the fire occurred.

**Interviews**

A telephone interview was completed with Fire Marshal Derek Cassidy, of the Ponca City Fire Department.  During the interview Fire Marshal Cassidy reported the following:

- He was on leave when the fire occurred, and he did not participate in the origin and cause investigation.

- Detective Brian Dye, with the Ponca City Police Department, conducted the origin and cause investigation.  During the investigation, Detective Dye requested assistance from Retired Fire Marshal, Mr. David Van Buskirk.  Mr. Van Buskirk has no current affiliation with the Ponca City Fire Marshal's office.

- There was a previous structure fire at the same building on September 19, 2016. He does not know the details of the previous fire.

- The building was unoccupied at the time the fire occurred.  He was unsure how long the building had been vacant.

- He has no records of previous violations at the property and does not have any records indicating that smoke alarms had been installed in the building.  There have not been any complaint calls or residents requesting smoke alarms to be installed in the building.

- He does not know the details regarding the origin and cause of the fire.

- The current code adopted by the Ponca City Fire Department is the 2015, edition of the International Fire Code (IFC).

A telephone interview was completed with Detective Brian Dye, with the Ponca City Police Department. During the interview Detective Dye reported the following:

- He completed the fire origin and cause investigation. He determined the area of origin was below the stairway on the ground floor.

- The hole in the floor below the stairway had been cut through the flooring prior to the fire.  He observed a crawl space below the floor approximately 24 inches deep.

- The building had been boarded up and was vacant for approximately two months prior to the fire.

- No one was living in the building at the time the fire occurred.

- There may have been electric power to two of the apartments but he could not verify this.

- The maintenance/handyman had not been to the building since it was boarded up about two months prior to the fire.

- He observed a petroleum product on the surface of the water in the building during his investigation.  Samples of the product were confirmed to be a heavy petroleum distillate.

- He reviewed his photographs and he did not observe any smoke alarms throughout the building.  He does not recall seeing any smoke alarms during his scene examination.

GL-000744

- A padlock on the rear door had been broken prior to the arrival of the fire suppression personnel.

- The cause of the fire remains undetermined.

**Analysis**

Fire patterns were observed throughout the center hallway on the ground level, the most severe damage was observed around and under the stairway to the second floor. The severity of fire damage decreased with proximity away from the stairway throughout the ground floor and was limited to the upper portion of the four apartments on the ground floor.  The supporting structure had been partially consumed and portions of the treads and risers on the stairs had burned through. Based on the fire movement and intensity patterns observed, the fire originated on the ground level in the center hallway below the stairway to the second level.

The burned remains of a kerosene space heater identified within the area of fire origin were identified as a possible ignition source.  Our review of the Ponca City Fire Department incident report noted the padlock on the rear door had been broken prior to their arrival.  This is indicative of unauthorized persons within the structure at some point and can be indicative of an intentionally set fire.  Neither ignition source was conclusively eliminated nor confirmed, and therefore, both remain possible at this time.

The lack of furnishings and personal belongings, in addition to the information from Fire Marshal Cassidy and Detective Dye, support the conclusion the building was vacant when the fire occurred.

Our review of the 2015, edition of the IFC revealed the following requirements:

**Section 907.2.11.2 Groups R-2, R-3, R-4, and I-1.** Single or multiple-station smoke alarms shall be installed and maintained in Groups R-2, R-3, R-4, and I-1 regardless of *occupant load* at all of the following locations:

1. On the ceiling or wall outside of each separate sleeping area in the immediate vicinity of bedrooms.

2. In each room used for sleeping purposes.

3. In each story within a *dwelling unit*, including *basements* but not including crawl spaces and uninhabitable attics. In *dwellings* or *dwelling units* with split levels and without an intervening door between the adjacent levels, a smoke alarm installed on the upper level shall suffice for the

**Section 1103.8.1 Where required.** Existing Group I-1 and R occupancies shall be provided with single-station smoke alarms in accordance with Section 907.2.11.

Interconnection and power sources shall be in accordance with Sections 1103.8.2 and 1103.8.3, respectively.

**Exceptions:**

1. Where the code that was in effect at the time of construction required smoke alarms and smoke alarms complying with those requirements are already provided.

   a. *This building was constructed in 1954. No codes required installation of smoke alarms at the time the building was constructed.*

2. Where smoke alarms have been installed in occupancies and dwellings that were not required to have them at the time of construction, additional smoke alarms shall not be required provided that the existing smoke alarms comply with requirements that were in effect at the time of installation.

   a. *There are no documents that indicate if or when smoke alarms were installed in the building.*

   b. *No smoke alarms were identified in the building at the time of our inspection.*

3. Where smoke detectors connected to a fire alarm system have been installed as a substitute for smoke alarms.

   a. *No fire alarm systems were identified within the building.*

**1103.8.2 Interconnection.** Where more than one smoke alarm is required to be installed within an individual *dwelling* or *sleeping unit,* the smoke alarms shall be interconnected in such a manner that the activation of one alarm will activate all of the alarms in the individual unit. Physical interconnection of smoke alarms shall not be required where listed wireless alarms are installed and all alarms sound upon activation of one alarm. The alarm shall be clearly audible in all bedrooms over background noise levels with all intervening doors closed.

**Exceptions:**

1. Interconnection is not required in buildings that are not undergoing *alterations*, repairs, or construction of any kind.

2. Smoke alarms in existing areas are not required to be interconnected where *alterations* or repairs do not result in the removal of the interior wall or ceiling finishes exposing the structure unless there is an attic, crawl space, or *basement* available that could provide access for interconnection without the removal of interior finishes.

  a. The building was constructed over a crawl space and the hip style roof had ample attic space above the second floor.

**1103.8.3 Power source.** Single-station smoke alarms shall receive their primary power from the building wiring provided that such wiring is served from a commercial source and shall be equipped with a battery backup. Smoke alarms with integral strobes that are not equipped with battery backup shall be connected to an emergency electrical system. Smoke alarms shall emit a signal when the batteries are low. Wiring shall be permanent and without a disconnecting switch other than as required for overcurrent protection.

**Exceptions:**

1. Smoke alarms are permitted to be solely battery operated in existing buildings where construction is not taking place.

2. Smoke alarms are permitted to be solely battery operated in buildings that are not served from a commercial power source.

3. Smoke alarms are permitted to be solely battery operated in existing areas of buildings undergoing *alterations* or repairs that do not result in the removal of interior walls or ceiling finishes exposing the structure unless there is an attic, crawl space, or *basement* available that could provide access for building wiring without the removal of interior finishes.

  a. The building was built over a crawl space and the hip style roof provided adequate attic space above the second floor.

Photographs were taken during our inspection, including photographs that were not included in this report, were retained in our files and are available to you upon request.

This report was prepared for the exclusive use of Capstone ISG and was not intended for any other purpose.  Our report was based on the information available to us at this time.  Should additional information become available, we reserve the right to determine the impact, if any, the new information may have on our opinions and conclusions and to revise our opinions and conclusions if necessary and warranted.

September 10, 2020
Rimkus File No. 100031266                                                                        Page 8

Thank you for allowing us to provide this service.  If you have any questions or need additional assistance, please call.


Sincerely,
RIMKUS CONSULTING GROUP, INC.

# Philip
# Noah

Digitally signed by: Philip Noah
DN: CN = Philip Noah C = US O
= Unaffiliated OU =
A01410D0000016F902A4C57000
0F85A
Date: 2020.09.16 08:19:28 -06'00'

Philip M. Noah, IAAI-CFI
Fire Division Manager


Attachments:  Photographs,  Ponca  City  Fire  Department  Incident  Report,  Curriculum Vitae

September 10, 2020
Rimkus File No. 100031266

**Photograph 1**
View of the North front elevation



**Photograph 2**
View of center stairway from ground level to the second level



September 10, 2020
Rimkus File No. 100031266

**Photograph 3**
View below the center stairway on the ground floor



**Photograph 4**
View of ground level dwelling unit



September 10, 2020
Rimkus File No. 100031266

**Photograph 5**
View of second level dwelling unit



**Photograph 6**
Remains of kerosene space heater recovered under the stairway to the second level



September 10, 2020
Rimkus File No. 100031266

# Ponca City Fire Department Incident Report

GL-000752

## A

| FDID | State | Incident Date | Station | Incident Number | Exposure | NFIRS-1 Basic |
|------|-------|---------------|---------|-----------------|----------|---------------|
| 36007 | OK | MM 03 DD 24 YYYY 2020 | 001 | 0001323 | 000 | |

☐ Delete
☐ Change
☐ No Activity

## B Location Type ☆

☐ Check this box to indicate that the address for this incident is provided on the Wildland Fire Module in Section B, "Alternative Location Specification." Use only for wildland fires.

Census Tract [____]-[__]

☑ Street address
☐ Intersection
☐ In front of
☐ Rear of
☐ Adjacent to
☐ Directions
☐ U.S. National Grid

| 410 | W | Cleveland | | AVE | |
|-----|---|-----------|---|-----|---|
| Number/Milepost | Prefix | Street or Highway | | Street Type | Suffix |

Apt./Suite/Room | Ponca City | | OK | 74601 |-[___]
City | | State | ZIP Code

Cross Street, Directions or National Grid, as applicable

## C Incident Type ☆

| 111 | Building fire |
|-----|---------------|

Incident Type

## D Aid Given or Received ☆    ☑ None

1 ☐ Mutual aid received
2 ☐ Auto. aid received
3 ☐ Mutual aid given
4 ☐ Auto. aid given
5 ☐ Other aid given

Their FDID | Their State
Their Incident Number

## E1 Dates and Times    Midnight is 0000

Check boxes if dates are the same as Alarm Date.

| | Month | Day | Year | Hour | Min |
|-|-------|-----|------|------|-----|
| ALARM always required Alarm ☆ | 03 | 24 | 2020 | 2305 | |
| ARRIVAL required, unless canceled or did not arrive ☑ Arrival ☆ | | | | 2309 | |
| CONTROLLED optional, except for wildland fires ☐ Controlled | 03 | 25 | 2020 | 0235 | |
| LAST UNIT CLEARED, required except for wildland fires ☐ Last Unit Cleared | 03 | 25 | 2020 | 0235 | |

## E2 Shifts and Alarms    Local Option

| Shift or Platoon | Alarms | District 001 |
|------------------|--------|---------|

## E3 Special Studies    Local Option

| Special Study ID# | Special Study Value |
|-------------------|---------------------|

## F Actions Taken ☆

| 86 | Investigate |
|----|-------------|
Primary Action Taken (1)

| | | |
Additional Action Taken (2)

| | | |
Additional Action Taken (3)

## G1 Resources ☆

☑ Check this box and skip this block if Apparatus or Personnel Module is used.

| | Apparatus | Personnel |
|-|-----------|-----------|
| Suppression | | |
| EMS | | |
| Other | | |

☐ Check box if resource counts include aid received resources.

## G2 Estimated Dollar Losses and Values

LOSSES: Required for all fires if known. Optional for non-fires.    None

| | | | | |
|-|-|-|-|-|
| Property | $ 000 , 100 , 000 | ☐ |
| Contents | $ 000 , 010 , 000 | ☐ |

PRE-INCIDENT VALUE: Optional

| Property | $ , , | ☐ |
| Contents | $ , , | ☐ |

## Completed Modules

☑ Fire–2
☑ Structure Fire–3
☐ Civilian Fire Cas.–4
☐ Fire Service Cas.–5
☐ EMS–6
☐ HazMat–7
☐ Wildland Fire–8
☑ Apparatus–9
☑ Personnel–10
☐ Arson–11

## H1 ☆ Casualties    ☑ None

| | Deaths | Injuries |
|-|--------|----------|
| Fire Service | | |
| Civilian | | |

## H2 Detector

Required for confined fires.

1 ☐ Detector alerted occupants
2 ☐ Detector did not alert them
U ☐ Unknown

## H3 Hazardous Materials Release    ☐ None

1 ☐ Natural gas: slow leak, no evacuation or HazMat actions
2 ☐ Propane gas: <21-lb tank (as in home BBQ grill)
3 ☐ Gasoline: vehicle fuel tank or portable container
4 ☐ Kerosene: fuel burning equipment or portable storage
5 ☐ Diesel fuel/fuel oil: vehicle fuel tank or portable storage
6 ☐ Household solvents: home/office spill, cleanup only
7 ☐ Motor oil: from engine or portable container
8 ☐ Paint: from paint cans totaling <55 gallons
0 ☐ Other: special HazMat actions required or spill > 55 gal (Please complete the HazMat form.)

## I Mixed Use

Property    ☐ Not mixed

10 ☐ Assembly use
20 ☐ Education use
33 ☐ Medical use
40 ☐ Residential use
51 ☐ Row of stores
53 ☐ Enclosed mall
58 ☐ Business & residential
59 ☐ Office use
60 ☐ Industrial use
63 ☐ Military use
65 ☐ Farm use
00 ☐ Other mixed use

## J Property Use ☆    ☐ None

**Structures**

131 ☐ Church, place of worship
161 ☐ Restaurant or cafeteria
162 ☐ Bar/Tavern or nightclub
213 ☐ Elementary school, kindergarten
215 ☐ High school, junior high
241 ☐ College, adult education
311 ☐ Nursing home
331 ☐ Hospital

341 ☐ Clinic, clinic-type infirmary
342 ☐ Doctor/Dentist office
361 ☐ Prison or jail, not juvenile
419 ☐ 1- or 2-family dwelling
429 ☑ Multifamily dwelling
439 ☐ Rooming/Boarding house
449 ☐ Commercial hotel or motel
459 ☐ Residential, board and care
464 ☐ Dormitory/Barracks
519 ☐ Food and beverage sales

539 ☐ Household goods, sales, repairs
571 ☐ Gas or service station
579 ☐ Motor vehicle/boat sales/repairs
599 ☐ Business office
615 ☐ Electric-generating plant
629 ☐ Laboratory/Science laboratory
700 ☐ Manufacturing plant
819 ☐ Livestock/Poultry storage (barn)
882 ☐ Non-residential parking garage
891 ☐ Warehouse

**Outside**

124 ☐ Playground or park
655 ☐ Crops or orchard
669 ☐ Forest (timberland)
807 ☐ Outdoor storage area
919 ☐ Dump or sanitary landfill
931 ☐ Open land or field

936 ☐ Vacant lot
938 ☐ Graded/Cared for plot of land
946 ☐ Lake, river, stream
951 ☐ Railroad right-of-way
960 ☐ Other street
961 ☐ Highway/Divided highway
962 ☐ Residential street/driveway

981 ☐ Construction site
984 ☐ Industrial plant yard

Look up and enter a Property Use code and description only if you have NOT checked a Property Use box.

→ Property Use [____] Code

Property Use Description

NFIRS-1 Revision 01/01/05



**K₁ Person/Entity Involved**

Local Option

Business Name (if applicable)    — —

Area Code  Phone Number

☐ Check this box if same address as incident location (Section B). Then skip the three duplicate address lines.

Mr., Ms., Mrs.  First Name    MI  Last Name    Suffix

Number  Prefix  Street or Highway    Street Type  Suffix

Post Office Box    Apt./Suite/Room  City

State  ZIP Code  —

☐ More people involved? Check this box and attach Supplemental Forms (NFIRS–1S) as necessary.

**K₂ Owner**    ☐ Same as person involved? Then check this box and skip the rest of this block.

Local Option

Business Name (if applcable)    **580** — **761** — **2725**

Area Code  Phone Number

☐ Check this box if same address as incident location (Section B). Then skip the three duplicate address lines.

**MR**  **Josh**    **Fields**
Mr., Ms., Mrs.  First Name    MI  Last Name    Suffix

Number  Prefix  Street or Highway    **AVE**
Street Type  Suffix

Post Office Box    Apt./Suite/Room  City

State  ZIP Code  —

**L Remarks:**

RON CREMERS
March 25,2020 02:54:53

Dispatched to a smoke investigation at Elm & Grand

RON CREMERS - Ambulance 115
March 25,2020 02:59:24

Assisted in fire control

RON CREMERS - Ambulance 118
March 25,2020 03:01:56

Assigned and assisted in fire control

RON CREMERS - Engine 1
March 25,2020 03:03:43

Assigned fire attack

☑ More remarks? Check this box and attach Supplemental Forms (NFIRS–1S) as necessary.

**M Authorization**

Check box if same as Officer in charge. ➡ ☑

**1950**
Officer in charge ID  Signature    **Captain**
Position or rank  Assignment  Month  Day  Year

**1950**
Member making report ID  Signature    **Captain**
Position or rank  Assignment  Month  Day  Year



GL-000756

| E3 | **Supplemental Special Studies** | NFIRS–1S |
|----|----------------------------------|----------|
|    | Local Option | Supplemental |

1  Special Study ID#  Special Study Value
2  Special Study ID#  Special Study Value
3  Special Study ID#  Special Study Value
4  Special Study ID#  Special Study Value

5  Special Study ID#  Special Study Value
6  Special Study ID#  Special Study Value
7  Special Study ID#  Special Study Value
8  Special Study ID#  Special Study Value

**L**   Remarks:
        Local Option

**RON CREMERS - Engine 2**
**March 25,2020 03:07:34**

Assigned water supply then assist with fire attack

**RON CREMERS - Engine 4**
**March 25,2020 03:09:07**

Assigned fire attack

**RON CREMERS - Rescue 3**
**March 25,2020 03:11:28**

Assigned to assist fire control

**RON CREMERS - Tower 1**
**March 25,2020 03:13:38**

Assigned to spray water from the tower

**RON CREMERS - Command 1**
**March 25,2020 03:22:33**

Was dispatched to a smoke in the area of Elm and Grand. As we were about a block
away you could see smoke in the area. Upon arrival we found a two story brick
building with a little fire in the front door. The second story had a lot of smoke
coming out of all sides. The building had boards on all the windows. PD on scene
stated that there was a board on the door but that it had burned through prior to
our arrival. E-1 Amb 118 assigned fire attack. They entered the A side and proceeded
to knock down fire in the front door and front entrance area of structure. They
eventually made it two the second floor where most of the fire was. They stated
their was a large amount of fire on the second floor. They attempted to get the fire
under control. It became obvious that the condition had changed and it was no longer
safe for an interior attack. All personal was ordered to exit the structure. At this
time we began an exterior attack using master streams from 3 fire apparatus.
Eventually this got most of the fire under control. The areas that were still
burning was areas under the roof that had collapsed.

It was noted that the back door had a pad lock that looked as though it had been bus



| E3 | **Supplemental Special Studies** Local Option | | **NFIRS–1S** **Supplemental** |

**1** Special Study ID#  Special Study Value
**2** Special Study ID#  Special Study Value
**3** Special Study ID#  Special Study Value
**4** Special Study ID#  Special Study Value

**5** Special Study ID#  Special Study Value
**6** Special Study ID#  Special Study Value
**7** Special Study ID#  Special Study Value
**8** Special Study ID#  Special Study Value

| L | **Remarks:** Local Option |

ted open. This was noted to the police on scene.

After fire had appeared top be mostly under control I placed all units except Tower-1 back in service.

NFIRS-1S   Revision 01/01/04

**A** | FDID ☆ 36007 | State ☆ OK | MM 03 DD 24 YYYY 2020 Incident Date ☆ | Station 001 | Incident Number ☆ 0001323 | Exposure ☆ 000 | ☐ Delete ☐ Change | **NFIRS–2 Fire**

## B — Property Details

**B₁** 8
Estimated number of residential living units in building of origin *whether or not all units became involved.*
☐ Not Residential

**B₂** 1
Number of buildings involved
☐ Buildings not involved

**B₃** ⌷ , ⌷ Acres burned (outside fires)
☑ None
☐ Less than one acre

## C — On-Site Materials or Products  ☐ None

Complete if there were any significant amounts of commercial, industrial, energy, or agricultural products or materials on the property, *whether or not they became involved.*

Enter up to three codes. Check one box for each code entered.

On-site material (1)

On-Site Materials Storage Use
1 ☐ Bulk storage or warehousing
2 ☐ Processing or manufacturing
3 ☐ Packaged goods for sale
4 ☐ Repair or service
U ☐ Undetermined

On-site material (2)
1 ☐ Bulk storage or warehousing
2 ☐ Processing or manufacturing
3 ☐ Packaged goods for sale
4 ☐ Repair or service
U ☐ Undetermined

On-site material (3)
1 ☐ Bulk storage or warehousing
2 ☐ Processing or manufacturing
3 ☐ Packaged goods for sale
4 ☐ Repair or service
U ☐ Undetermined

## D — Ignition

**D₁** UU Undetermined
Area of fire origin ☆

**D₂** UU Undetermined
Heat source ☆

**D₃** UU Undetermined
Item first ignited ☆
1 ☐ Check box if fire spread was confined to object of origin.

**D₄** Type of material first ignited | Required only if item first ignited code is 00 or <70.

## E₁ — Cause of Ignition ☆
☐ Check box if this is an exposure report.  → Skip to Section G

1 ☐ Intentional
2 ☐ Unintentional
3 ☐ Failure of equipment or heat source
4 ☑ Act of nature
5 ☑ Cause under investigation
U ☐ Cause undetermined after investigation

## E₂ — Factors Contributing to Ignition ☆  ☐ None
UU Undetermined
Factor contributing to ignition (1)

Factor contributing to ignition (2)

## E₃ — Human Factors ☆ Contributing to Ignition
Check all applicable boxes  ☑ None

1 ☐ Asleep
2 ☐ Possibly impaired by alcohol or drugs
3 ☐ Unattended person
4 ☐ Possibly mentally disabled
5 ☐ Physically disabled
6 ☐ Multiple persons involved

7 ☐ Age was a factor
Estimated age of person involved
1 ☐ Male   2 ☐ Female

## F₁ — Equipment Involved in Ignition

☐ None  ⇒ If equipment was not involved, skip to Section G.

Equipment Involved
Brand
Model
Serial #
Year

## F₂ — Equipment Power Source
Equipment Power Source

## F₃ — Equipment Portability
1 ☐ Portable
2 ☐ Stationary
Portable equipment normally can be moved by one or two persons, is designed to be used in multiple locations, and requires no tools to install.

## G — Fire Suppression Factors  ☐ None
Enter up to three codes.
Fire suppression factor (1)
Fire suppression factor (2)
Fire suppression factor (3)

## H₁ — Mobile Property Involved  ☐ None

1 ☐ Not involved in ignition, but burned
2 ☐ Involved in ignition, but did not burn
3 ☐ Involved in ignition and burned

Mobile property model
License Plate Number | State | VIN

## H₂ — Mobile Property Type and Make
Mobile property type
Mobile property make
Year

## Local Use
☐ Pre-Fire Plan Available
Some of the information presented in this report may be based upon reports from other agencies:

☐ Arson report attached
☐ Police report attached
☐ Coroner report attached
☐ Other reports attached

NFIRS-2 Revision 01/01/05

Structure fire? Please be sure to complete the Structure Fire form (NFIRS-3).

GL-000759

**NFIRS–3 Structure Fire**

**I₁ Structure Type** ☆

If fire was in an enclosed building or a portable/mobile structure, complete the rest of this form.

1 ☑ Enclosed building
2 ☐ Portable/Mobile structure
3 ☐ Open structure
4 ☐ Air-supported structure
5 ☐ Tent
6 ☐ Open platform (e.g., piers)
7 ☐ Underground structure (work areas)
8 ☐ Connective structure (e.g., fences)
0 ☐ Other type of structure

**I₂ Building Status** ☆

1 ☐ Under construction
2 ☐ In normal use
3 ☐ Idle, not routinely used
4 ☐ Under major renovation
5 ☑ Vacant and secured
6 ☐ Vacant and unsecured
7 ☐ Being demolished
0 ☐ Other
U ☐ Undetermined

**I₃ Building Height** ☆

Count the roof as part of the highest story.

001
Total number of stories at or above grade.

00
Total number of stories below grade.

**I₄ Main Floor Size** ☆

00 , 003 , 000
Total square feet

OR

0 , 100 BY 0 , 030
Length in feet        Width in feet

**J₁ Fire Origin** ☆

002     ☐ Below grade
Story of fire origin

**J₂ Fire Spread** ☆

If fire spread was confined to area of origin, do not check a box (Ref. Block D3, Fire Module).

2 ☐ Confined to room of origin
3 ☐ Confined to floor of origin
4 ☑ Confined to building of origin
5 ☐ Beyond building of origin

**J₃ Number of Stories Damaged by Flame**

Count the roof as part of the highest story.

___ Number of stories w/minor damage (1 to 24% flame damage)

___ Number of stories w/significant damage (25 to 49% flame damage)

___ Number of stories w/heavy damage (50 to 74% flame damage)

___ Number of stories w/extreme damage (75 to 100% flame damage)

**K Type of Material Contributing Most to Flame Spread**

☐ Check if no flame spread OR if same as Material First Ignited (Block D4, Fire Module) OR if unable to determine.    → Skip to Section L

**K₁** |___|___| Item contributing most to flame spread

**K₂** |___|___| Type of material contributing most to flame spread    Required only if item contributing code is 00 or <70.

**L₁ Presence of Detectors** ☆
(In area of the fire)

N ☑ None Present   → Skip to Section M
1 ☐ Present
U ☐ Undetermined

**L₂ Detector Type**

1 ☐ Smoke
2 ☐ Heat
3 ☐ Combination smoke and heat
4 ☐ Sprinkler, water flow detection
5 ☐ More than one type present
0 ☐ Other
U ☐ Undetermined

**L₃ Detector Power Supply**

1 ☐ Battery only
2 ☐ Hardwire only
3 ☐ Plug-in
4 ☐ Hardwire with battery
5 ☐ Plug-in with battery
6 ☐ Mechanical
7 ☐ Multiple detectors & power supplies
0 ☐ Other
U ☐ Undetermined

**L₄ Detector Operation**

1 ☐ Fire too small to activate
2 ☐ Operated   → Complete Block L5
3 ☐ Failed to operate   → Complete Block L6
U ☐ Undetermined

**L₅ Detector Effectiveness**
Required if detector operated.

1 ☐ Alerted occupants, occupants responded
2 ☐ Alerted occupants, occupants failed to respond
3 ☐ There were no occupants
4 ☐ Failed to alert occupants
U ☐ Undetermined

**L₆ Detector Failure Reason**
Required if detector failed to operate.

1 ☐ Power failure, shutoff, or disconnect
2 ☐ Improper installation or placement
3 ☐ Defective
4 ☐ Lack of maintenance, includes not cleaning
5 ☐ Battery missing or disconnected
6 ☐ Battery discharged or dead
0 ☐ Other
U ☐ Undetermined

**M₁ Presence of Automatic Extinguishing System** ☆

N ☑ None Present
1 ☐ Present
2 ☐ Partial System Present   → Complete rest of Section M
U ☐ Undetermined

**M₂ Type of Automatic Extinguishing System**
Required if fire was within designed range of AES.

1 ☐ Wet-pipe sprinkler
2 ☐ Dry-pipe sprinkler
3 ☐ Other sprinkler system
4 ☐ Dry chemical system
5 ☐ Foam system
6 ☐ Halogen-type system
7 ☐ Carbon dioxide (CO₂) system
0 ☐ Other special hazard system
U ☐ Undetermined

**M₃ Operation of Automatic Extinguishing System**
Required if fire was within designed range.

1 ☐ Operated/effective (go to M4)
2 ☐ Operated/Not effective (go to M4)
3 ☐ Fire too small to activate
4 ☐ Failed to operate (go to M5)
0 ☐ Other
U ☐ Undetermined

**M₄ Number of Sprinkler Heads Operating**
Required if system operated.

___ Number of sprinkler heads operating

**M₅ Reason for Automatic Extinguishing System Failure**
Required if system failed or not effective.

1 ☐ System shut off
2 ☐ Not enough agent discharged
3 ☐ Agent discharged but did not reach fire
4 ☐ Wrong type of system
5 ☐ Fire not in area protected
6 ☐ System components damaged
7 ☐ Lack of maintenance
8 ☐ Manual intervention
0 ☐ Other
U ☐ Undetermined

NFIRS–3   Revision 01/01/06

GL-000760

| A | 36007 | OK | MM 03 | DD 24 | YYYY 2020 | 001 | | 0001323 | 000 | ☐ Delete ☐ Change | NFIRS–10 Personnel |
|---|---|---|---|---|---|---|---|---|---|---|---|
| | FDID ☆ | State ☆ | Incident Date ☆ | | | Station | Incident Number ☆ | | Exposure ☆ | | |

| B | Apparatus or Resources | Dates and Times (Check if same date as Alarm date on the Basic Module (Block E1). Midnight is 0000) Month Day Year Hour/Min | Sent [X] | Number of ☆ People | Apparatus Use ☆ Check ONE box for each apparatus to indicate its main use at the incident. | Actions Taken List up to 4 actions for each apparatus and each personnel. |

| 1 | ID 115 ☆Type 75 | Dispatch ☑ | 2314 | Sent ☑ | 2 | ☐ Suppression ☑ EMS ☐ Other | 10 |
| | | Arrival ☑ | 2326 | | | | |
| | | Clear ☐ 03 25 2020 | 0235 | | | | |

| Personnel ☆ ID | Name | Rank or Grade | Attend [x] | Action Taken | Action Taken | Action Taken | Action Taken |
|---|---|---|---|---|---|---|---|
| 1-0098 | CARSON COMBEST | | ☑ | | | | |
| 1-0127 | CHRISTOPHER JONES | | ☑ | | | | |
| | | | ☐ | | | | |
| | | | ☐ | | | | |
| | | | ☐ | | | | |
| | | | ☐ | | | | |

| 2 | ID 118 ☆Type 75 | Dispatch ☑ | 2307 | Sent ☑ | 3 | ☐ Suppression ☑ EMS ☐ Other | 10 |
| | | Arrival ☑ | 2309 | | | | |
| | | Clear ☐ 03 25 2020 | 0235 | | | | |

| Personnel ☆ ID | Name | Rank or Grade | Attend [x] | Action Taken | Action Taken | Action Taken | Action Taken |
|---|---|---|---|---|---|---|---|
| 10498 | TANNER TONEY | | ☑ | | | | |
| 1-0031 | BENJAMIN WEBB | | ☑ | | | | |
| 10550 | NICHOLAS FULTON | | ☑ | | | | |
| | | | ☐ | | | | |
| | | | ☐ | | | | |
| | | | ☐ | | | | |

| 3 | ID 105 ☆Type 92 | Dispatch ☑ | 2307 | Sent ☑ | 1 | ☐ Suppression ☐ EMS ☑ Other | 10 |
| | | Arrival ☑ | 2309 | | | | |
| | | Clear ☐ 03 25 2020 | 0235 | | | | |

| Personnel ☆ ID | Name | Rank or Grade | Attend [x] | Action Taken | Action Taken | Action Taken | Action Taken |
|---|---|---|---|---|---|---|---|
| 1950 | RON CREMERS | | ☑ | | | | |
| | | | ☐ | | | | |
| | | | ☐ | | | | |
| | | | ☐ | | | | |
| | | | ☐ | | | | |
| | | | ☐ | | | | |

NFIRS–10   Revision 01/01/04

**A** | 36007 | OK | MM 03 | DD 24 | YYYY 2020 | 001 | 0001323 | 000 | ☐ Delete ☐ Change | NFIRS-10 Personnel

FDID ☆    State ☆    Incident Date ☆    Station    Incident Number ☆    Exposure ☆

**B** Apparatus or Resources | Dates and Times — Midnight is 0000 — Check if same date as Alarm date on the Basic Module (Block E1). ✓ Month Day Year Hour/Min | Sent X | Number of ☆ People | Apparatus Use ☆ Check ONE box for each apparatus to indicate its main use at the incident. | Actions Taken List up to 4 actions for each apparatus and each personnel.

**1** ID 108   ☆Type 11 | Dispatch ☑ | | | 2307 | Arrival ☑ | | | 2309 | Clear ☐ 03 25 2020 0235 | Sent ☑ | 2 | ☑ Suppression ☐ EMS ☐ Other | 10 | |

| Personnel ☆ ID | Name | Rank or Grade | Attend x | Action Taken | Action Taken | Action Taken | Action Taken |
|---|---|---|---|---|---|---|---|
| 9744 | SCOTT GARRETT | | ☑ | | | | |
| 9009 | GARY WHITEHEAD | | ☑ | | | | |
| | | | ☐ | | | | |
| | | | ☐ | | | | |
| | | | ☐ | | | | |
| | | | ☐ | | | | |

**2** ID 105   ☆Type 11 | Dispatch ☑ | | | 2307 | Arrival ☑ | | | 2309 | Clear ☐ 03 25 2020 0235 | Sent ☑ | 2 | ☑ Suppression ☐ EMS ☐ Other | 10 | |

| Personnel ☆ ID | Name | Rank or Grade | Attend x | Action Taken | Action Taken | Action Taken | Action Taken |
|---|---|---|---|---|---|---|---|
| 9347 | BENJAMIN CREECH | | ☑ | | | | |
| 9739 | ANDRE STOLL | | ☑ | | | | |
| | | | ☐ | | | | |
| | | | ☐ | | | | |
| | | | ☐ | | | | |
| | | | ☐ | | | | |

**3** ID 102   ☆Type 11 | Dispatch ☑ | | | 2307 | Arrival ☑ | | | 2326 | Clear ☐ 03 25 2020 0235 | Sent ☑ | 2 | ☑ Suppression ☐ EMS ☐ Other | 10 | |

| Personnel ☆ ID | Name | Rank or Grade | Attend x | Action Taken | Action Taken | Action Taken | Action Taken |
|---|---|---|---|---|---|---|---|
| 8802 | ALLAN FOGLE | | ☑ | | | | |
| 1-0008 | LANE LATHERS | | ☑ | | | | |
| | | | ☐ | | | | |
| | | | ☐ | | | | |
| | | | ☐ | | | | |
| | | | ☐ | | | | |

NFIRS-10   Revision 01/01/04

**A** | 36007 | OK | MM 03 | DD 24 | YYYY 2020 | 001 | 0001323 | 000 | ☐ Delete ☐ Change | NFIRS–10 Personnel

FDID ☆   State ☆   Incident Date ☆   Station   Incident Number ☆   Exposure ☆

**B** Apparatus or Resources | Dates and Times — Midnight is 0000 (Check if same date as Alarm date on the Basic Module (Block E1). Month Day Year Hour/Min) | Sent ☒ | Number of People ☆ | Apparatus Use ☆ Check ONE box for each apparatus to indicate its main use at the incident. | Actions Taken List up to 4 actions for each apparatus and each personnel.

**1** ID 116   ☆Type 71

| Dispatch ☑ | 2307 |
| Arrival ☑ | 2309 |
| Clear ☐ 03 25 2020 | 0235 |

Sent ☑ | 2 | ☑ Suppression ☐ EMS ☐ Other | 10

| Personnel ID ☆ | Name | Rank or Grade | Attend [x] | Action Taken | Action Taken | Action Taken | Action Taken |
|---|---|---|---|---|---|---|---|
| 8801 | CHAD CUNNINGHAM | | ☑ | | | | |
| 9994 | CODY REGIER | | ☑ | | | | |
| | | | ☐ | | | | |
| | | | ☐ | | | | |
| | | | ☐ | | | | |
| | | | ☐ | | | | |

**2** ID 103   ☆Type 12

| Dispatch ☑ | 2307 |
| Arrival ☑ | 2309 |
| Clear ☐ 03 25 2020 | 0235 |

Sent ☑ | 2 | ☑ Suppression ☐ EMS ☐ Other | 10

| Personnel ID ☆ | Name | Rank or Grade | Attend [x] | Action Taken | Action Taken | Action Taken | Action Taken |
|---|---|---|---|---|---|---|---|
| 8801 | CHAD CUNNINGHAM | | ☑ | | | | |
| 9994 | CODY REGIER | | ☑ | | | | |
| | | | ☐ | | | | |
| | | | ☐ | | | | |
| | | | ☐ | | | | |
| | | | ☐ | | | | |

**3** ID   ☆Type

| Dispatch ☐ | |
| Arrival ☐ | |
| Clear ☐ | |

Sent ☐ | | ☐ Suppression ☐ EMS ☐ Other |

| Personnel ID ☆ | Name | Rank or Grade | Attend [x] | Action Taken | Action Taken | Action Taken | Action Taken |
|---|---|---|---|---|---|---|---|
| | | | ☐ | | | | |
| | | | ☐ | | | | |
| | | | ☐ | | | | |
| | | | ☐ | | | | |
| | | | ☐ | | | | |
| | | | ☐ | | | | |

NFIRS–10   Revision 01/01/04

**A**

| 36007 | OK | MM 03 | DD 24 | YYYY 2020 | 001 | 0001323 | 000 | ☐ Delete ☐ Change ☐ No Activity | ESO-1 Non-NFIRS Fields |
|---|---|---|---|---|---|---|---|---|---|
| FDID ★ | State ★ | Incident Date ★ | | | Station | Incident Number ★ | Exposure ★ | | |

**E₁ Additional Incident Times**

| | Month | Day | Year | Hour Min | | Month | Day | Year | Hour Min |
|---|---|---|---|---|---|---|---|---|---|
| PSAP Recieved | 03 | 25 | 2020 | | Dispatch Notified | 03 | 25 | 2020 | |

**B** Apparatus or Resources

Dates and Times — Midnight is 0000 — Month Day Year Hour/Min

| 1 | ID 115 | En Route 03 24 2020 2314 |
|---|---|---|
| | Type | District 03 25 2020 |

| 2 | ID 118 | En Route 03 24 2020 2307 |
|---|---|---|
| | Type | District 03 25 2020 |

| 3 | ID 105 | En Route 03 24 2020 2307 |
|---|---|---|
| | Type | District 03 25 2020 |

| 4 | ID 108 | En Route 03 24 2020 2307 |
|---|---|---|
| | Type | District 03 25 2020 |

| 5 | ID 105 | En Route 03 24 2020 2307 |
|---|---|---|
| | Type | District 03 25 2020 |

| 6 | ID 102 | En Route 03 24 2020 2314 |
|---|---|---|
| | Type | District 03 25 2020 |

| 7 | ID 116 | En Route 03 24 2020 2307 |
|---|---|---|
| | Type | District 03 25 2020 |

| 8 | ID 103 | En Route 03 24 2020 2307 |
|---|---|---|
| | Type | District 03 25 2020 |

| 9 | ID | En Route |
|---|---|---|
| | Type | District |

GL-000764

September 10, 2020
Rimkus File No. 100031266

# Curriculum Vitae

GL-000765





# Philip M. Noah, C.F.I., C.V.F.I

Manager
Fire Division

## Background

Mr. Noah is a Certified Fire Investigator, a Certified Vehicle Fire Investigator, and a licensed private fire investigator in Missouri. He is also a licensed private investigator in Arkansas, Oklahoma, Kansas, and Illinois.

He has over 28 years of experience in fire suppression operations, fire/explosion investigations, technical rescue, hazardous material incidents, fire code enforcement, and building construction plans review. Over his career, he has led or assisted in the origin and cause of more than 500 fire and explosion investigations. As a fire investigator, he conducted origin and cause investigations on fatal structure fires, residential fires, commercial fires, and vehicle fires.

As the Springfield Fire Dept. Fire Marshal, Mr. Noah served as a public safety bomb technician on the Springfield Missouri Bomb Squad, and was a founding member of the Greene County, MO Arson Task Force, during which time he worked closely with the FBI and the Bureau of Alcohol, Tobacco, Firearms and Explosives (ATF). While in this position, he also performed hundreds of building plans reviews evaluating structures for International Fire Code compliance. Mr. Noah has instructed courses in fire scene evidence preservation, explosives awareness, and fire investigation awareness for the insurance industry.

Mr. Noah has testified and been qualified as an expert in court proceedings pertaining to fire origin and causation. Mr. Noah is also a court-certified expert in the field of fire origin and cause determination.

## Contact Information

(314) 432-9255
pnoah@rimkus.com

10 Kimler Drive,
Suite G
Maryland Heights, MO 63043

GL-000766



## Professional Engagements

- **Fire, Arson and Explosion Investigations**
  - Greene County Arson Task Force – Greene County, MO (2011), Founding member of organization established to investigate growing number of suspicious fires in Greene County.
  - Fire Marshall – Springfield, MO (2009-2015), Investigated and determined the origin and cause of more than 300 fires and explosions to include commercial structures, residential structures, passenger vehicles and fatalities.
  - Bomb Technician – Springfield, MO (2011), Certified through the Federal Bureau of Investigation. responded to situations dealing with explosives, improvised explosives, commercial explosives and post blast investigations.
  - Fire Plans Reviewer – Springfield, MO (2010), Certified through the National Fire Academy as a Fire Plans reviewer and through the International Code Council as a Fire Inspector I & II. As a plans reviewer he conducted commercial building plans review for the City of Springfield Fire Dept., this included evaluating building plans for fire code compliance.

- **Code Compliance**
  - Commercial Structure – Springfield, MO (2009-2015), Evaluated hundreds of buildings for code compliance and conducted plans reviews manufacturer-required installation procedures on fireplaces.
  - Overcrowded Nightclubs – Springfield, MO (2009-2015), Part of citywide effort to evaluate growing problem of overcrowded nightclubs and bars and enforce maximum occupancy limits.

## Forensic Engagements

- **Fire Investigations – Residential & Commercial**
  - Manufacturing plant
  - Warehouse
  - Storage Facility
  - Residential Structures Fire Loss

- **Fire Investigations – Heavy Equipment**
  - Investigations of fire losses involving vehicles and large transport trucks

- **Post-Blast Explosion Investigations**
  - Church explosion – St. Louis, MO (2018), Investigated cause and origin to support insurance claim
  - Residential Explosion – Bois D'Arc, MO (2017), Investigated cause and origin to support insurance claim

- **Educator / Lecturer / Trainer – Live Burn**
  - CEU Courses – Maryland Heights, MO (2015-Present), Teaches fire origin and cause best practices

GL-000767



including fireplace fire evaluations, fire scene evidence preservation, explosives awareness, and fire investigation awareness to insurance adjusters.
- Live Burn Seminars – Maryland Heights, MO (2015-Present), Organizes and teaches live burn seminars including vehicle and large structure simulations for insurance adjusters.

# Professional Experience

- **Rimkus Consulting Group, Inc.**                                                     2015 – Present
  - Fire Division Manager  – Central Region (May 2018)
    Along with conducting cause and origin fire and explosion evaluations, responsible for managing team of fire investigators including technical reviews of field work and documentation.

  - Fire Consultant  – Central Region (2015-2018)
    Responsible for fire and explosion evaluations in commercial and residential structures, vehicles, agricultural and heavy equipment, and conveyances as well as fires involving appliances and electrical devices. Evaluations include interviews with witnesses, public agency personnel, and other pertinent third-party individuals, the collection, documentation, and preservation of evidence and the preparation of detailed written investigative reports pertaining to origin and causation as well as potential liability for subrogation and litigation.

- **Springfield Fire Dept. (Missouri)**                                                     1990 – 2015
  - Fire Marshal (2009 – 2015)
    Conducted fire and explosion origin and cause investigations, collected and preserved evidence, interviewed and obtained statements from witnesses and suspects, and composed detailed investigative reports related to fire and explosion incidents. Worked directly with the Greene County prosecutor's office to compile and present arson cases within the city limits of Springfield. Responded to and investigated incidents involving explosives or possible explosives including improvised, homemade and commercial explosives and then render safe hazardous devices. Worked directly with the FBI and ATF to investigate and prosecute incidents involving illegal explosives. Conducted on site business and facility inspections to identify potential fire hazards and fire code violations in an effort to prevent fires from occurring. Conducted plan reviews for commercial building projects, the plans were evaluated for compliance with the Fire Code currently adopted by the City of Springfield.

  - Fire Captain (1997 – 2009)
    Responsible for fire personnel activities across the department. Specifically responsible for assigning, directing, and supervising firefighting, medical emergencies, and related life and property protection; directing the route to be taken to emergency calls; implementing and/or integrating into an incident management system; making decisions regarding firefighting methods to be used; deploying and managing personnel; ensuring the safe operation of fire equipment and apparatus; and assisting Fire Community Services with, and participating in, public education, community

GL-000768



relations, and fire prevention programs and activities.

- Firefighter (1990 – 1997)
Responsible for protecting the community from disaster situations, including house and building fires, and promote an environment of public safety within the city limits of Springfield. Also participated in fire prevention and inspection activities, equipment and quarter's maintenance, and training, which included all phases of fire suppression, prevention, inspection, rescue and emergency operation.

- Cox Health Systems                                                                      1984 – 1990
  - Emergency Medical Technician
  Responded to emergency and non-emergency calls within Greene County. Responsible for medical care of sick or injured patients during transportation to appropriate medical facilities.

## Education and Certifications

- **Chemistry, B.S. (in work 100 hours):** Missouri State University
- **Law Enforcement Academy:** Drury University (2010)
- **Certified Vehicle Fire Investigator CVFI:** NAFI
- **Certified Fire Investigator (CFI):** State of Missouri (2008)
- **Certified Fire Investigator (CFI):** International Association of Arson Investigators (2015)
- **Certified Fire Inspector II:** International Code Council (#5098551)
- **Licensed Private Fire Investigator:** Missouri
- **Licensed Class "A" Peace Officer:** Missouri
- **Certified Firefighter 1&2:** Missouri (1990)
- **Certified Fire Officer 1&2:** Missouri
- **Certified Fire Inspector:** Missouri (2010)
- **Certified Fire Inspector 1&2:** International Code Council
- **Certified Hazardous Devices Technician (Bomb Technician):** Federal Bureau of Investigation (2011-2017)
- **Certified Fire Service Instructor:** Missouri (1998)
- **Certified Major Crimes Investigator:** Springfield Missouri Police Dept.

GL-000769



FORENSIC ENGINEERS AND CONSULTANTS

## Continuing Education

- **Fire/Rescue:** PATC Vehicle fire investigation course (2017); Springfield Missouri PD Major Crime Investigator School (2013); IAAI Vehicle fire investigation (2012); National Fire Academy, Interviewing and Courtroom testimony (R208) (2012); National Fire Academy Construction Plans Review (2011); National Fire Academy Arson Investigation Course (R206) (2011); The Reid technique of Interview & Interrogation (2011);

- **CFITrainer.net:** Critical Thinking Solves Cases; Digital Photography and the Fire Investigator; Documenting the Event; Effective Investigation and Testimony; Ethics and the Fire Investigator; Explosion Dynamics; Fire and Explosion Investigations: Utilizing NFPA 1033 and 921; Fire Investigator Scene Safety; Fire Protection Systems; Fundamentals of Interviewing; Insurance and the Fire Investigation; Introduction to Evidence; Introduction to Fire Dynamics and Modeling; Investigating Motor Vehicle Fires; MagneTek: A Case Study in the Daubert Challenge; Physical Evidence at the Fire Scene; The Scientific Method for Fire and Explosion Investigation; Understanding Fire through the Candle Experiments; Writing the Initial Origin and Cause Report

- **University of Missouri:** FEMA National Response Framework Introduction (2008); Legal Considerations for Company Officers (2008); FEMA Basic Incident Command (2005); FEMA National Incident Management (2005); Incident management for the fire service (2006); Strategy & Tactics for initial company operations (2006); CBRNE emergency responder Train the trainer (2001); Incident Management Systems (2001); Incident Safety Officer (2001); Intro to Clandestine drug Labs – 1998); Chemistry of Hazardous Materials (2000); Haz-mat field screening & Identification (2000); Advanced Haz-mat Chemistry (2000); Truck Co Fire ground operations (1994);

GL-000770