

April 28, 2020

Joshua Fields
812 W Oklahoma
Ponca City, OK 74601

| RE: | Policy: | BC003908 |
|---|---|---|
| | Claim Number: | 123391 |
| | Insured: | Joshua Fields |
| | Loss Location: | 410 W Cleveland Ave |
| | | Ponca City, OK 74601 |
| | Date of Loss: | March 25, 2020 |
| | Our File Number: | 2-17136 |

Dear Mr. Fields,

We are the local claims representative hired to assist your insurance carrier, Great Lakes Insurance SE, herein after referred to as "Great Lakes", to investigate property damages as referenced above.

Upon our inspection of April 1, 2020 certain evidence and information became known to us that our principals, Great Lakes, have requested that we advise you that the current information related to this claim indicates that there may be a question regarding coverage concerning some or all of the damages.

During our inspection of the property we did not find any fire extinguishers or smoke detectors present in the building. The property appeared as if it was vacant.

Please refer to the pertinent parts of Section E. Loss Conditions - Building and Personal Property Coverage Form (CP 00 10 10/12) outlined as follows:

> *E. Loss Conditions*
> *The following conditions apply in addition to the Common Policy Conditions and the Commercial Property Conditions.*
> *…*
> *3. Duties In The Event Of Loss Or Damage*
>   *a. You must see that the following are done in the event of loss or damage to Covered Property:*
>   *…*
>   *(6) As often as may be reasonably required, permit us to inspect the property proving the loss or damage and examine your books and records.*
>   *Also permit us to take samples of damaged and undamaged property for inspection, testing and analysis, and permit us to make copies from your books and records.*

Page 2
April 28, 2020

    *(7) Send us a signed, sworn proof of loss containing the information we Request to investigate the claim. You must do this within 60 days after our request. We will supply you with the necessary forms.*
    *(8) Cooperate with us in the investigation or settlement of the claim.*

**b.** *We may examine any insured under oath, while not in the presence of any other insured and at such times as may be reasonably required, about any matter relating to this insurance or the claim, including an insured's books and records. In the event of an examination, an insured's answers must be signed.*
...

**6. Vacancy**

  **a. Description Of Terms**
    *(1) As used in this Vacancy Condition, the term building and the term vacant have the meanings set forth in **(1)(a)** and **(1)(b)** below*
      *(a) When this policy is issued to a tenant, and with respect to that tenant's interest in Covered Property, building means the unit or suite rented or leased to the tenant. Such building is vacant when it does not contain enough business personal property to conduct customary operations.*
      *(b) When this policy is issued to the owner or general lessee of a building, building means the entire building. Such building is vacant unless at least 31 % of its total square footage is:*
        *(i) Rented to a lessee or sublessee and used by the lessee or sublessee to conduct its customary operations; and/or*
        *(ii) Used by the building owner to conduct customary operations.*
    *(2) Buildings under construction or renovation are not considered vacant.*

  **b. Vacancy Provisions**
  *If the building where loss or damage occurs has been vacant for more than 60 consecutive days before that loss or damage occurs:*
  *(1) We will not pay for any loss or damage caused by any of the following, even if they are Covered Causes of Loss:*
    *(a) Vandalism;*
    *(b) Sprinkler leakage, unless you have protected the system against freezing;*
    *(c) Building glass breakage;*
    *(d) Water damage;*
    *(e) Theft; or*
    *(f) Attempted theft.*
  *(2) With respect to Covered Causes of Loss other than those listed in **b.(1)(a)** through **b.(1)(f)** above, we will reduce the amount we would otherwise pay for the loss or damage by 15%.*

Page 3
April 28, 2020

We also refer to the pertinent parts of Commercial Property Conditions (CP 00 90 07/88) outlined as follows:

### A. CONCEALMENT, MISREPRESENTATION OR FRAUD

*This Coverage Part is void in any case of fraud by you as it relates to this Coverage Part at any time. It is also void if you or any other insured, at any time, intentionally conceal or misrepresent a mate- rial fact concerning:*
*1. This Coverage Part;*
*2. The Covered Property;*
*3. Your interest in the Covered Property; or*
*4. A claim under this Coverage Part.*

We further direct your attention to the Protective Safeguards Endorsement (CP 04 11 10 12) which states in part:

### PROTECTIVE SAFEGUARDS SCHEDULE

| Prem. Number | Bldg. Number | Protective Safeguards Symbols |
|---|---|---|
| … | | |
| All | All | P-9 |
| … | | |

**Describe any "P-9":** *Fully Functioning Smoke Detectors and Fire Extinguishers as required by local code*

…

**A. The following is added to the Commercial Property Conditions:**
**Protective Safeguards**

a. *As a condition of this insurance, you are required to maintain the protective devices or services listed in the Schedule above.*

b. *The protective safeguards to which this endorsement applies are identified by the following symbols:*

…
**"P-9",** *the protective system described in the Schedule.*

**B. The following is added to the Exclusions section of:**
*Causes Of Loss - Basic Form*
*Causes Of Loss - Broad Form*
*Causes Of Loss - Special Form*
*Mortgageholders Errors And Omissions Coverage Form*
*Standard Property Policy*

*We will not pay for loss or damage caused by or resulting from fire if, prior to the fire, you:*

13506 East Boundary Road, Suite A   Midlothian, VA 23112   Ph: (804)744-9600   Fax: (757)420-4191
www.capstoneisg.com

GL-000678

Page 4
April 28, 2020

> *1. Knew of any suspension or impairment in any protective safeguard listed in the Schedule above and failed to notify us of that fact; or*
> *2. Failed to maintain any protective safeguard listed in the Schedule above, and over which you had control in complete working order.*

As noted above, this policy requires you to maintain fully functioning smoke detectors and fire extinguishers as required by local code. We are currently in the process of verifying the conditions of this endorsement have been met.

If you have any documentation that we should review concerning the same please forward to our attention as soon as possible.

Great Lakes believe that it would be in the best interests of both its insured and the company to conduct an investigation of the claim being presented under the terms of its coverage. Great Lakes wish to advise that they seek to reserve any rights which they may have under the terms of the policy contract related to the cited provisions, or any other policy provision, to later deny coverage or settlement of the captioned claim.

Therefore, Great Lakes hereby place you on notice that regardless of any actions heretofore or hereafter taken, including investigation, defense, or settlement of the involved claim, they specifically preserve and do not waive any of the rights which they may have under the terms of the policy.

Please note that Great Lakes do not wish to seek to have you waive any rights which you, or others, making a claim under the policy may have. If you have any questions, please do not hesitate to contact us.


Sincerely,
**CAPSTONE ISG**


Kevin Wilson, CPCU, AIC
Property General Adjuster
804-250-9618 direct
804-744-9600 office
757-420-4191 fax
kwilson@capstoneisg.com

CC:   Kevin Randall Insurance
      P O Box 424
      Tonkawa, OK  74653