

June 10, 2021

Bell & Clements Limited  
Attention: Georgia Costin  
Via email: Georgia.Costin@bellandclements.co.uk

### Sixteenth Report

**RE:**  
| | |
|---|---|
| Claim No: | 123391 |
| Policy Number: | BC003908 |
| Policy Period: | 05/03/2019 to 05/03/2020 |
| Cover: | Rental Dwellings & Apartments |
| Deductible: | $1,000.00 |
| Name of Assured: | Joshua Fields |
| Address of Assured: | 812 W. Oklahoma  Ponca City, OK  74601 |
| Location of Loss: | 410 W Cleveland Ave  Ponca City, OK  74601 |
| Date of Loss: | 03/25/2020 |
| Cause of Loss: | Fire |
| Third Party/Recovery: | Unknown |
| Reserve: | $367,250 |
| Our File Number: | 2-17136 |

Dear Ms. Costin:

This follows our email update of May 27, 2021 and will serve as a current status of the claim.

**ESTIMATED LOSS:**

| Item | Sum Insured | Reserve | Paid to Date | Balance |
|---|---|---|---|---|
| Building: (Prem. 4 Bldg. 1) | $325,450 | $325,450 | $0 | $0 |
| Debris Removal | $ 25,000 | $ 25,000 | $0 | $0 |
| BII w/extra exp (Prem. 4 Bldg. 1) | $ 16,800 | $ 16,800 | $0 | $0 |
| | | Totals:$367,250 | $0 | $0 |

*The figures given above are provided to assist in assessing the ultimate exposure for this loss and are not meant as an admission of liability under the applicable contract of insurance.*

Page 2
June 10, 2021

**COVERAGE:**



The EUO was taken on March 18, 2021. A copy of the same is attached for your file.

We also reached out to the agent, Kevin Randall. Mr. Randall advised that they had taken this policy over from another agent and they did not have a complete file for this policy. We questioned him as to any known remodeling of the building. He advised that he was not aware the property was empty and under renovation until after the fire occurred. Further, Mr. Randall advised that the insured had not advised the agency that the smoke detectors were removed prior to the fire.



**ADJUSTMENT AND GENERAL REMARKS:**
Building:

As previously advised our preliminary figures indicate the damage to the building exceeds the policy limit. With no coverage we will not be recommending payment under this coverage.

Page 3
June 10, 2021

Debris Removal:

We have no further comments at this time. The policy would likely provide an additional $25,000 for debris removal, if coverage is afforded. With no coverage we will not be recommending payment under this coverage.

Business Income with Extra Expense:

As you are aware, the property was vacant when the fire occurred. With no coverage we will not be recommending payment under this coverage.

**RECOMMENDATIONS:**



**FUTURE ACTIVITY:**
1. Await a response to our recommendations.
2. ███
3. ███
4. Report on or before July 10, 2021.

Please contact our office if you have any questions. We have enclosed our interim fee bill for your consideration. Thank you for using Capstone ISG.

Sincerely,
**Capstone ISG**

Ashley Eadie, AIC PCLS
Property Adjuster
(804)250-9610 - Direct
(804) 744-9600 - Office
(757) 420-4191- Fax
aeadie@capstoneisg.com

Page 4
June 10, 2021

Enclosures:
1. EUO of Joshua Fields
2. Interview with Keith Crawford
3. █████████████████████████
4. ████████████████████████████████████
5. Interim Fee Bill


CC:   bhodkin@mjkelly.com
      ██████████████