Date: 5/5/2020 5:27:00 PM
From: KWilson@capstoneisg.com
To: Josh Fields
Subject: RE: Claim #123391; Insured: Joshua Fields our file 2-17136

Thanks!

Kindest Regards,

D. Kevin Wilson, CPCU, AIC
Property General Adjuster
13506 East Boundary Rd. Ste A
Midlothian, VA 23112
(804)250-9618-Direct
(804)744-9600-Office
(757)420-4191Fax

[www.capstoneisg.com](www.capstoneisg.com)



NOTICE: This e-mail message and all attachments may contain confidential information intended solely for the use of the addressee.  If the reader of this message is not the intended recipient, you are hereby notified that any reading, dissemination, copying, or other use of this message or attachments is strictly prohibited.  If you have received this message in error, please notify the sender immediately and delete this message with all copies, backups, and attachments.  Thank you.

**From:** Josh Fields <josh@stolhand.com>
**Sent:** Tuesday, May 5, 2020 5:19 PM
**To:** Kevin Wilson <KWilson@capstoneisg.com>
**Subject:** Re: Claim #123391; Insured: Joshua Fields our file 2-17136

Yes Sir it is attached here. I have spoken to them and they are asking that I stay in touch and keep them informed.

On Tue, May 5, 2020 at 4:03 PM Kevin Wilson <KWilson@capstoneisg.com> wrote:

> Mr. Fields
>
> In your Original email…
>
> "the city has sent me a letter about the building being a hazard."
>
> Kindest Regards,
>
> D. Kevin Wilson, CPCU, AIC
> Property General Adjuster
> 13506 East Boundary Rd. Ste A
> Midlothian, VA 23112

EXHIBIT 22

GL-000475

(804)250-9618-Direct
(804)744-9600-Office
(757)420-4191Fax

www.capstoneisg.com



NOTICE: This e-mail message and all attachments may contain confidential information intended solely for the use of the addressee.  If the reader of this message is not the intended recipient, you are hereby notified that any reading, dissemination, copying, or other use of this message or attachments is strictly prohibited.  If you have received this message in error, please notify the sender immediately and delete this message with all copies, backups, and attachments.  Thank you.

**From:** Josh Fields <josh@stolhand.com>
**Sent:** Tuesday, May 5, 2020 4:50 PM
**To:** Kevin Wilson <KWilson@capstoneisg.com>
**Cc:** Paula Marie Sink <psink@capstoneisg.com>
**Subject:** Re: Claim #123391; Insured: Joshua Fields our file 2-17136

The letter from the city?

Thank you,
Josh Fields
General Manager
Stolhand Heat & Air/ Wells Plumbing
www.stolhand.com

> On May 5, 2020, at 3:26 PM, Kevin Wilson <KWilson@capstoneisg.com> wrote:
>
> Good afternoon Mr. Fields
>
> We reported this claim to the carrier and are looking for a response from them, I expect late this week or the first of next week. I will certainly get with you at that point. I know that the origin and cause investigator was still looking for some additional info from the fire department.
>
> Our estimate of damage exceeded the coverage amount.
>
> If you could please forward along that letter I would appreciate it.
>
> Kindest Regards,
>
> D. Kevin Wilson, CPCU, AIC
> Property General Adjuster
> 13506 East Boundary Rd. Ste A
> Midlothian, VA 23112

GL-000476

(804)250-9618-Direct
(804)744-9600-Office
(757)420-4191Fax
www.capstoneisg.com
<image001.jpg>
NOTICE: This e-mail message and all attachments may contain confidential information intended solely for the use of the addressee.  If the reader of this message is not the intended recipient, you are hereby notified that any reading, dissemination, copying, or other use of this message or attachments is strictly prohibited.  If you have received this message in error, please notify the sender immediately and delete this message with all copies, backups, and attachments.  Thank you.

**From:** Josh Fields <josh@stolhand.com>
**Sent:** Tuesday, May 5, 2020 10:10 AM
**To:** Kevin Wilson <KWilson@capstoneisg.com>
**Subject:** Re: Claim #123391; Insured: Joshua Fields our file 2-17136

Kevin, can you tell me where we are at on this? I haven't heard anything since the first of april and the city has sent me a letter about the building being a hazard. Please respond at your earliest convenience.

On Wed, Apr 1, 2020 at 7:12 AM <kwilson@capstoneisg.com> wrote:

> Good morning gentlemen
>
> Note that I have assigned Rimkus Consulting to conclude an Origin and Fire investigation. Either or both of you will likely be contacted by them.
>
> Kindest Regards,
>
> D. Kevin Wilson, CPCU, AIC
> Property General Adjuster
> Capstone ISG
> 13506 East Boundary Rd. Ste A
> Midlothian, VA 23112
> 804-250-9618 (direct)
> 804-744-9600 (office)
> 757-420-4191 (fax)
> KWilson@CapstoneISG.com
>
> NOTICE: This e-mail message and all attachments may contain confidential information intended solely for the use of the addressee. If the reader of this message is not the intended recipient, you are hereby notified that any reading, dissemination, copying, or other use of this message or attachments is strictly prohibited. If you have received this message in error, please notify the sender immediately and delete this message with all copies, backups, and attachments. Thank you.

--

Thank You,

Josh Fields

General Manager

Stolhand Wells Plumbing, Heating & Air

www.stolhand-wells.com

--

Thank You,

Josh Fields

General Manager

Stolhand Wells Plumbing, Heating & Air

www.stolhand-wells.com



**City of**
**PONCA CITY**
DEVELOPMENT SERVICES

516 E. Grand
P.O. Box 1450
Ponca City, Oklahoma 74601
580-767-0383   Fax 580-767-0325

April 21, 2020

Josh Fields
413 S 3rd
Ponca City OK 74601

This letter is being sent to you regarding your property located at **410 W Cleveland.**

On **April 21, 2020** I inspected your property and the following public nuisance(s) was found:

**Unsafe Structure**: Please demolish and remove all debris from the apartment complex. The apartments are unsafe and are so dilapidated that it is beyond repair. In the International Property Maintenance Code 108-1-1 an unsafe structure is one that is found to be dangerous to the life, health, property or safety of the public by being so damaged, decayed, dilapidated, and structurally unsafe or of such faulty construction or unstable foundation, that partial or complete collapse is possible.

Please help us keep your neighborhood safe and your property up to code by taking care of the violation(s). I will re-inspect the property on **June 22, 2020** and it is my hope you have taken steps to correct the reported violation. If no progress is made to the areas of concern described above and you have not made contact with me by the re-inspection date then further action may have to be taken.

If you have any questions or would like to speak to me about this matter feel free to give me a call. Under certain circumstances extensions can be made if there is a valid and fair reason to grant the extension. I can be reached at (580)767-0359 (office) or (580)763-3788 (cell).

Thank You,

Korey D Pruitt
Property Inspector/Neighborhood Services
City of Ponca City

GL-000479