UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF OKLAHOMA

| | |
|---|---|
| JOSHUA FIELDS, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) Case No. CIV-21-986-G |
| | ) |
| GREAT LAKES INSURANCE SE, | ) |
| | ) |
| Defendant. | ) |

# ORDER

Now before the Court is Plaintiff's Unopposed Motion to File Responses Out of Time (Doc. No. 42), requesting an extension of the time to file his briefs in response to Defendant's Motion to Exclude Expert Testimony and Motion for Summary Judgment to October 7, 2022. The Motion states that Defendant does not oppose the requested extension.

For good cause shown and upon a showing of excusable neglect, Plaintiff's Unopposed Motion to File Responses Out of Time (Doc. No. 42) is GRANTED.[1] Plaintiff shall file his response briefs on or before October 7, 2022.

IT IS SO ORDERED this 4th day of October, 2022.

_____
CHARLES B. GOODWIN
United States District Judge

---

[1] Plaintiff's Motion for Extension of Time (Doc. No. 41) is DENIED AS MOOT.