THIS POLICY IS SUBJECT TO THE
GREATER OF 25% OR $250 MINIMUM
EARNED PREMIUM.

NO FLAT CANCEL

# COMMERCIAL LINES POLICY
## COMMON POLICY DECLARATIONS

### Great Lakes Insurance SE

POLICY NUMBER: BC003908          RENEWAL OF: BC002578

Insured Name and Mailing Address:
Joshua Fields

812 W Oklahoma

Ponca City                OK    74601

Kevin Randall Insurance

P.O. Box 424
Tonkawa                   OK 74653

☐ (If Checked) See GLK 1017 for Contract Allocation

| This Certificate of Insurance is issued in accordance with the authorization granted under Contract No. 3938 | Contract Yr 19 |
| undersigned by GREAT LAKES INSURANCE SE, (hereinafter called "The Company")  Hereon %: 100 % | |

Policy Period: From 05/03/2019 To 05/03/2020 at 12:01 A.M. Standard Time at your mailing address shown above.

Form of Business: ☒ Individual  ☐ Partnership  ☐ Joint Venture  ☐ Trust  ☐ Limited Liability Company
☐ Organization, including a Corporation (but not including a Partnership, Joint Venture or Limited Liability Company)

Business Description Rental Dwellings & Aparments

**IN RETURN FOR THE PAYMENT OF THE PREMIUM, AND SUBJECT TO ALL THE TERMS OF THIS POLICY,
WE AGREE WITH YOU TO PROVIDE THE INSURANCE AND LIMITS AS STATED IN THIS POLICY.**

THIS POLICY CONSISTS OF THE FOLLOWING COVERAGE PARTS FOR WHICH A PREMIUM IS

**EXHIBIT 1**

POLICY NUMBER: PC003908

# COMMERCIAL PROPERTY COVERAGE PART DECLARATIONS

**BUSINESS DESCRIPTION** Rental Dwellings & Apartments

## DESCRIPTION OF PREMISES

| PREM NO. | BLDG NO. | STREET ADDRESS | CITY | ST ZIP CODE | YEAR BUILT | PROT CLASS |
|---|---|---|---|---|---|---|
| 001 | 1 | 812 W Oklahoma Ave | Ponca City | OK 74601 | 1946 | 03 |
| 002 | 1 | 305 S Ash St. | Ponca City | OK 74604 | 1951 | 03 |

## DESCRIPTION OF PREMISES CONTINUED...

| PREM NO. | BLDG NO. | CONSTRUCTION | OCCUPANCY | CLASS CODE | NO. OF STORIES |
|---|---|---|---|---|---|
| 001 | 1 | 01 Frame | Tenant Occupied Dwelling | 0196 | 1 |
| 002 | 1 | 01 Frame | Tenant Occupied Dwelling | 0196 | 1 |

## COVERAGES PROVIDED (Insurance at the described premises applies only for coverages for which a limit of insurance or a premium is shown)

| PREM NO. | BLDG NO. | COVERAGE | LIMIT OF INSURANCE | COVERED CAUSE OF LOSS | CO-INSURANCE¹ | RATE | PREMIUM |
|---|---|---|---|---|---|---|---|
| 001 | 1 | BUILDING | $ 49,500 | BROAD | 80% | .760 | $ 377 |
| 001 | 1 | BUS. INC. W/OUT EXTRA EXP. INCL. | $ 2,400 | BROAD | 80% | .760 | $ 19 |
| 002 | 1 | BUILDING | $ 69,000 | BROAD | 80% | .760 | $ 525 |
| 002 | 1 | BUS. INC. W/ EXTRA EXP. INCL. REN | $ 2,400 | BROAD | 80% | .760 | $ 19 |

ᴺ Equipment Breakdown Coverage (if 'Y')    Equip.Breakdown. Premium: EXCLUDED    **TOTAL PROPERTY PREMIUM:** $ 940

¹If Extra Expenses Coverage, show limits on loss payments

Valuation is Actual Cash Value (ACV) unless otherwise indicated below.

## OPTIONAL COVERAGES (Applicable only when entries are made in the schedule below)

| AGREED VALUE | | | | | REPLACEMENT COST (Applies Only if "X" is shown below) | | | |
|---|---|---|---|---|---|---|---|---|
| PREM NO. | BLDG NO. | EXP. DATE | COVERAGE | AMOUNT | PREM NO. | BLDG NO. | BUILDING | PERSONAL PROPERTY | INCLUDING STOCK |
| | | | | $ | | | | |
| | | | | $ | | | | |
| | | | | $ | | | | |

| INFLATION GUARD (Percentage) | | | | BUSINESS INCOME | | | |
|---|---|---|---|---|---|---|---|
| PREM NO. | BLDG NO. | BUILDING | PERSONAL PROPERTY | PREM NO. | BLDG NO. | MONTHLY LIMIT OF INDEMNITY (fraction) | MAX. PERIOD OF INDEMNITY * | EXTENDED PERIOD OF INDEMNITY (days) |

* Applies only if "X" is shown below

## MORTGAGE HOLDER(S)

| PREM NO. | BLDG NO. | MORTGAGE HOLDER NAME | MAILING ADDREESS |
|---|---|---|---|
| 1 | 1 | Community National & Trust | 901 E Prospect, Suite C<br>Ponca City, OK 74601 |

## DEDUCTIBLE

Deductible: $ 1,000    Exceptions: Wind/Hail

The following Deductible Forms (if any) are attached to this policy:  GLK 4042 PR 04 11

Forms and endorsement(s) made a part of this policy at time of issue: SEE SCHEDULE OF FORMS AND ENDORSEMENTS

GLK 1003 PR 06 14                            ORIGINAL                            Page 1 of 1

GL-000060

POLICY NUMBER : RC003908

# COMMERCIAL PROPERTY COVERAGE PART DECLARATIONS
## SUPPLEMENTAL DECLARATION - 1

### DESCRIPTION OF PREMISES

| PREM NO. | BLDG NO. | STREET ADDRESS | CITY | ST ZIP CODE | YEAR BUILT | PROT CLASS |
|---|---|---|---|---|---|---|
| 003 | 1 | 301 S Ash St. | Ponca City | OK 74604 | 1935 | 03 |
| 003 | 2 | 301 S Ash St. | Ponca City | OK 74604 | 19?? | 03 |
| 004 | 1 | 410 W Cleveland Ave | Ponca City | OK 74601 | 1954 | 03 |
| 005 | 1 | 717 W Grand Ave | Ponca City | OK 74601 | 1925 | 03 |

### DESCRIPTION OF PREMISES CONTINUED...

| PREM NO. | BLDG NO. | CONSTRUCTION | OCCUPANCY | CLASS CODE | NO. OF STORIES |
|---|---|---|---|---|---|
| 003 | 1 | 01 Frame | Tenant Occupied Dwelling | 0196 | 1 |
| 003 | 2 | 01 Frame | Garage | 0196 | 1 |
| 004 | 1 | 01 Frame | Apartment | 0311 | 2 |
| 005 | 1 | 01 Frame | Tenant Occupied Dwelling | 0196 | 1 |

### COVERAGES PROVIDED (Insurance at the described premises applies only for coverages for which a limit of insurance or a premium is shown)

| PREM NO. | BLDG NO. | COVERAGE | LIMIT OF INSURANCE | COVERED CAUSE OF LOSS | CO-INSURANCE* | RATE | PREMIUM |
|---|---|---|---|---|---|---|---|
| 003 | 1 | BUILDING | $ 50,215 | BROAD | 80% | .760 | $ 382 |
| 003 | 2 | BUILDING | $ 15,000 | BROAD | 80% | .760 | $ 114 |
| 003 | 2 | BUS. INC. W/ EXTRA EXP. INCL. REN | $ 2,400 | BROAD | 80% | .760 | $ 19 |
| 004 | 1 | BUILDING | $ 325,450 | BROAD | 80% | .760 | $ 2,474 |
| 004 | 1 | BUS. INC. W/ EXTRA EXP. INCL. REN | $ 16,800 | BROAD | 80% | .760 | $ 128 |
| 005 | 1 | BUILDING | $ 104,000 | BROAD | 80% | .760 | $ 791 |
| 005 | 1 | BUS. INC. W/ EXTRA EXP. INCL. REN | $ 3,600 | BROAD | 80% | .760 | $ 28 |
| | | | $ | | | | $ |

TOTAL PROPERTY PREMIUM: $ 3,936
ACCUMULATED PROPERTY PREMIUM: $ 4,876

Valuation is Actual Cash Value (ACV) unless otherwise indicated below

*If Extra Expenses Coverage, show limits on loss payments

### OPTIONAL COVERAGES (Applicable only when entries are made in the schedule below)

**AGREED VALUE**

| PREM NO. | BLDG NO. | EXP. DATE | COVERAGE | AMOUNT |
|---|---|---|---|---|
| | | | | $ |
| | | | | $ |
| | | | | $ |
| | | | | $ |
| | | | | $ |

**REPLACEMENT COST** (Applies Only if "X" is shown below)

| PREM NO. | BLDG NO. | BUILDING | PERSONAL PROPERTY | INCLUDING STOCK |
|---|---|---|---|---|

**INFLATION GUARD (Percentage)**

| PREM NO. | BLDG NO. | BUILDING | PERSONAL PROPERTY |
|---|---|---|---|

**BUSINESS INCOME**

| PREM NO. | BLDG NO. | MONTHLY LIMIT OF INDEMNITY (fraction) | MAX. PERIOD OF INDEMNITY * | EXTENDED PERIOD OF INDEMNITY (days) |
|---|---|---|---|---|

* Applies only if "X" is shown below