POLICY NUMBER: BC003908

COMMERCIAL PROPERTY
CP 04 11 10 12

**THIS ENDORSEMENT CHANGES THE POLICY. PLEASE READ IT CAREFULLY.**

# PROTECTIVE SAFEGUARDS

This endorsement modifies insurance provided under the following:

COMMERCIAL PROPERTY COVERAGE PART
STANDARD PROPERTY POLICY

**SCHEDULE**

| Prem. No. | Bldg. No. | Protective Safeguards Symbols Applicable |
|---|---|---|
| All | All | P-9 |

**Describe any "P-9":** Fully-functioning Smoke Detectors and Fire Extinguishers as required by local code.

\* Information required to complete this Schedule, if not shown on this endorsement, will be shown in the Declarations.

A. The following is added to the Commercial Property **Conditions:**

**Protective Safeguards**

1. As a condition of this insurance, you are required to maintain the protective devices or services listed in the Schedule above.
2. The protective safeguards to which this endorsement applies are identified by the following symbols:

   **"P-1" Automatic Sprinkler System,** including related supervisory services.

   Automatic Sprinkler System means:

   a. Any automatic fire protective or extinguishing system, including connected:
      (1) Sprinklers and discharge nozzles;
      (2) Ducts, pipes, valves and fittings;
      (3) Tanks, their component parts and supports; and
      (4) Pumps and private fire protection mains.
   b. When supplied from an automatic fire protective system:
      (1) Non-automatic fire protective systems; and
      (2) Hydrants, standpipes and outlets.

   **"P-2" Automatic Fire Alarm,** protecting the entire building, that is:
   a. Connected to a central station; or
   b. Reporting to a public or private fire alarm station.

   **"P-3" Security Service,** with a recording system or watch clock, making hourly rounds covering the entire building, when the premises are not in actual operation.

   **"P-4" Service Contract** with a privately owned fire department providing fire protection service to the described premises.

   **"P-5" Automatic Commercial Cooking Exhaust And Extinguishing System** installed on cooking appliances and having the following components:
   a. Hood;
   b. Grease removal device;
   c. Duct system; and
   d. Wet chemical fire extinguishing equipment.

   **"P-9"**, the protective system described in the Schedule.

CP 04 11 10 12

© Insurance Services Office, Inc., 2011

ORIGINAL

Page 1 of 2

EXHIBIT 2

GL-000099

**B.** The following is added to the **Exclusions** section of:

Causes Of Loss – Basic Form
Causes Of Loss – Broad Form
Causes Of Loss – Special Form
Mortgageholders Errors And Omissions Coverage Form
Standard Property Policy

We will not pay for loss or damage caused by or resulting from fire if, prior to the fire, you:

**1.** Knew of any suspension or impairment in any protective safeguard listed in the Schedule above and failed to notify us of that fact; or

**2.** Failed to maintain any protective safeguard listed in the Schedule above, and over which you had control, in complete working order.

If part of an Automatic Sprinkler System or Automatic Commercial Cooking Exhaust And Extinguishing System is shut off due to breakage, leakage, freezing conditions or opening of sprinkler heads, notification to us will not be necessary if you can restore full protection within 48 hours.

© Insurance Services Office, Inc., 2011
ORIGINAL

GL-000100