# CHAPTER 2
# DEFINITIONS



EXHIBIT 4

Copyright © 2022 International Code Council, Inc., or its licensors (ALL RIGHTS RESERVED).
Accessed by Scott Jackson on 10/06/2022 pursuant to License Agreement with ICC. No further reproduction or distribution

CHAPTER 2 DEFINITIONS

## SECTION 202
## GENERAL DEFINITIONS

**[BG] 24-HOUR BASIS.** The actual time that a person is an occupant within a facility for the purpose of receiving care. It shall not include a facility that is open for 24 hours and is capable of providing care to someone visiting the facility during any segment of the 24 hours.

**[BE] ACCESSIBLE MEANS OF EGRESS.** A continuous and unobstructed way of egress travel from any *accessible* point in a building or facility to a *public way*.

**[BE] ACCESSIBLE ROUTE.** A continuous, unobstructed path that complies with Chapter 11 of the *International Building Code*.

**AEROSOL.** A product that is dispensed from an aerosol container by a propellant.

Aerosol products shall be classified by means of the calculation of their chemical heats of combustion and shall be designated Level 1, Level 2 or Level 3.

> **Level 1 aerosol products.** Those with a total chemical heat of combustion that is less than or equal to 8,600 British thermal units per pound (Btu/lb) (20 kJ/g).
>
> **Level 2 aerosol products.** Those with a total chemical heat of combustion that is greater than 8,600 Btu/lb (20 kJ/g), but less than or equal to 13,000 Btu/lb (30 kJ/g).
>
> **Level 3 aerosol products.** Those with a total chemical heat of combustion that is greater than 13,000 Btu/lb (30 kJ/g).

**AEROSOL CONTAINER.** A metal can, or a glass or plastic bottle designed to dispense an aerosol.

**AEROSOL WAREHOUSE.** A building used for warehousing aerosol products.

**AGENCY.** Any emergency responder department within the jurisdiction that utilizes radio frequencies for communication. This could include, but not be limited to, various public safety agencies such as fire departments, emergency medical services and law enforcement.

**AGENT.** A person who shall have charge, care or control of any structure as *owner*, or agent of the *owner*, or as executor, executrix, administrator, administratrix, trustee or guardian of the estate of the *owner*. Any such person representing the actual *owner* shall be bound to comply with the provisions of this code to the same extent as if that person was the *owner*.

**[BG] AGRICULTURAL BUILDING.** A structure designed and constructed to house farm implements, hay, grain, poultry, livestock or other horticultural products. This structure shall not be a place of human habitation or a place of employment where agricultural products are processed, treated or packaged, nor shall it be a place used by the public.

**AGRO-INDUSTRIAL.** A facility, or portion thereof, housing operations involving the transforming of raw agricultural products into intermediate or consumable products.

**[BG] AIR-INFLATED STRUCTURE.** A structure that uses air-pressurized membrane beams, arches or other elements to enclose space. Occupants of such a structure do not occupy the pressurized areas used to support the structure.

**[BG] AIR-SUPPORTED STRUCTURE.** A structure wherein the shape of the structure is attained by air pressure, and occupants of the structure are within the elevated pressure area. Air supported structures are of two basic types:

> **Double skin.** Similar to a single skin, but with an attached liner that is separated from the outer skin and provides an airspace which serves for insulation, acoustic, aesthetic or similar purposes.
>
> **Single skin.** Where there is only the single outer skin and the air pressure is directly against that skin.

**AIRCRAFT MOTOR-VEHICLE FUEL-DISPENSING FACILITY.** That portion of property where flammable or *combustible liquids* or gases used as motor fuels are stored and dispensed from fixed automotive-type equipment into the fuel tanks of aircraft.

**AIRCRAFT OPERATION AREA (AOA).** Any area used or intended for use for the parking, taxiing, takeoff, landing or other ground-based aircraft activity.

**AIRPORT.** An area of land or structural surface that is used, or intended for use, for the landing and taking off of aircraft with an overall length greater than 39 feet (11 887 mm) and an overall exterior fuselage width greater than 6.6 feet (2012 mm), and any appurtenant areas that are used or intended for use for airport buildings and other airport facilities.

**[BE] AISLE.** An unenclosed *exit access* component that defines and provides a path of egress travel.

**[BE] AISLE ACCESSWAY.** That portion of an *exit access* that leads to an *aisle*.

Copyright © 2022 International Code Council, Inc., or its licensors (ALL RIGHTS RESERVED).
*Accessed by Scott Jackson on 10/06/2022 pursuant to License Agreement with ICC. No further reproduction or distribution*

**FALLOUT AREA.** The area over which aerial shells are fired. The shells burst over the area, and unsafe debris and malfunctioning aerial shells fall into this area. The fallout area is the location where a typical aerial shell dud falls to the ground depending on the wind and the angle of mortar placement.

**FALSE ALARM.** The willful and knowing initiation or transmission of a signal, message or other notification of an event of fire when no such danger exists.

**FINES.** Small pieces or splinters of wood byproducts that will pass through a 0.25-inch (6.4 mm) screen.

**FIRE ALARM.** The giving, signaling or transmission to any public fire station, or company or to any officer or employee thereof, whether by telephone, spoken word or otherwise, of information to the effect that there is a fire at or near the place indicated by the person giving, signaling or transmitting such information.

**FIRE ALARM BOX, MANUAL.** See "Manual fire alarm box."

**FIRE ALARM CONTROL UNIT.** A system component that receives inputs from automatic and manual fire alarm devices and may be capable of supplying power to detection devices and transponder(s) or off-premises transmitter(s). The control unit may be capable of providing a transfer of power to the notification appliances and transfer of condition to relays or devices.

**FIRE ALARM SIGNAL.** A signal initiated by a fire alarm-initiating device such as a manual fire alarm box, automatic fire detector, waterflow switch or other device whose activation is indicative of the presence of a fire or fire signature.

**FIRE ALARM SYSTEM.** A system or portion of a combination system consisting of components and circuits arranged to monitor and annunciate the status of fire alarm or supervisory signal-initiating devices and to initiate the appropriate response to those signals.

**FIRE APPARATUS ACCESS ROAD.** A road that provides fire apparatus access from a fire station to a facility, building or portion thereof. This is a general term inclusive of all other terms such as *fire lane*, public street, private street, parking lot lane and access roadway.

**[BF] FIRE AREA.** The aggregate floor area enclosed and bounded by *fire walls, fire barriers, exterior walls* or *horizontal assemblies* of a building. Areas of the building not provided with surrounding walls shall be included in the fire area if such areas are included within the horizontal projection of the roof or floor next above.

**[BF] FIRE BARRIER.** A fire-resistance-rated wall assembly of materials designed to restrict the spread of fire in which continuity is maintained.

**FIRE CHIEF.** The chief officer of the fire department serving the jurisdiction, or a duly authorized representative.

**FIRE CODE OFFICIAL.** The fire chief or other designated authority charged with the administration and enforcement of the code, or a duly authorized representative.

**FIRE COMMAND CENTER.** The principal attended or unattended location where the status of detection, alarm communications and control systems is displayed, and from which the system(s) can be manually controlled.

**[BF] FIRE DAMPER.** A *listed* device installed in ducts and air transfer openings designed to close automatically upon detection of heat and resist the passage of flame. Fire dampers are classified for use in either static systems that will automatically shut down in the event of a fire, or in dynamic systems that continue to operate during a fire. A dynamic fire damper is tested and rated for closure under elevated temperature airflow.

**FIRE DEPARTMENT MASTER KEY.** A limited issue key of special or controlled design to be carried by fire department officials in command which will open key boxes on specified properties.

**FIRE DETECTOR, AUTOMATIC.** A device designed to detect the presence of a fire signature and to initiate action.

**[BF] FIRE DOOR.** The door component of a fire door assembly.

**[BF] FIRE DOOR ASSEMBLY.** Any combination of a fire door, frame, hardware and other accessories that together provide a specific degree of fire protection to the opening.

**[BF] FIRE EXIT HARDWARE.** Panic hardware that is *listed* for use on *fire door assemblies*.

**FIRE LANE.** A road or other passageway developed to allow the passage of fire apparatus. A fire lane is not necessarily intended for vehicular traffic other than fire apparatus.

**[BF] FIRE PARTITION.** A vertical assembly of materials designed to restrict the spread of fire in which openings are protected.

**FIRE POINT.** The lowest temperature at which a liquid will ignite and achieve sustained burning when exposed to a test flame in accordance with ASTM D 92.

**[BF] FIRE PROTECTION RATING.** The period of time that an opening protective assembly will maintain the ability to confine a fire as determined by tests prescribed in Section 716 of the *International Building Code*. Ratings are stated in

Copyright © 2022 International Code Council, Inc., or its licensors (ALL RIGHTS RESERVED).
*Accessed by Scott Jackson on 10/06/2022 pursuant to License Agreement with ICC. No further reproduction or distribution*