IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF OKLAHOMA

| | | |
|---|---|---|
| (1) JOSHUA FIELDS | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Case No. 21-cv-00986-G |
| | ) | |
| (1) GREAT LAKES INSURANCE SE, | ) | *Removed from the District Court of* |
| | ) | *Kay County, State of* |
| (2) MJ KELLY COMPANY, and | ) | *Oklahoma, Case No. CJ-2021-00037* |
| | ) | |
| (3) CAPSTONE ISG, | ) | |
| | ) | |
| Defendants. | ) | |

**PLAINTIFF'S RESPONSE IN OPPOSITION TO DEFENDANT GREAT LAKES INSURANCE SE'S MOTION IN LIMINE NO. 4 TO EXCLUDE EVIDENCE REGARDING PLAINTIFF'S "BAD FAITH" CLAIM**

COMES NOW Plaintiff, Joshua Fields, and opposes Defendant Great Lakes Insurance SE's Motion in Limine No. 4. In support of this response, Plaintiff incorporates his response to Defendant's Motion for Summary Judgment [Dkt. No. 46] because Defendant sought summary judgment on Plaintiff's "bad faith" claim and this motion is simply another argument to exclude the cause of action. Plaintiff's motion for summary judgment response presents his objection and opposition to excluding the claim in his case and excluding evidence that supports his claim or "bad faith".

For these reasons, Plaintiff respectfully asks this Court overrule Defendant's Motion in Limine No. 4.

Respectfully submitted,

MARTIN JEAN & JACKSON

2

              By:    s/ Scott R. Jackson
                        Scott R. Jackson, OBA#17502
                        P.O. Drawer 2403
                        Ponca City, Oklahoma  74602
                        Attorneys for Plaintiff
                        (580) 765-9967 Telephone
                        sjackson@mjjlawfirm.com

## **CERTIFICATE OF SERVICE**

     I hereby certify that on the 14th   day of November 2022, I electronically transmitted the attached document to the Clerk of the Court using the ECF System for filing. Based on the records currently on file, the Clerk of the Court will transmit a Notice of Electronic Filing to the following ECF registrants, via email:

Doerner, Saunders, Daniel & Anderson, LLP
Sara E. Potts, OBA #32104
Emily E. Allen, OBA #33456
Michael Linscott, OBA #17266
spotts@dsda.com
eallan@dsda.com
mlinscott@dsda.com
*Attorneys for Defendants*
*Great Lakes Insurance SE*

                        s/ Scott R. Jackson
                        Scott R. Jackson