IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF OKLAHOMA

| | |
|---|---|
| (1) JOSHUA FIELDS )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>(1) GREAT LAKES INSURANCE SE, )<br>)<br>(2) MJ KELLY COMPANY, and )<br>)<br>(3) CAPSTONE ISG, )<br>)<br>Defendants. ) | Case No. 21-cv-00986-G<br><br>*Removed from the District Court of Kay County, State of Oklahoma, Case No. CJ-2021-00037* |

**PLAINTIFF'S OBJECTIONS TO DEFENDANT'S PROPOSED JURY INSTRCUTIONS**

COMES NOW Plaintiff, Joshua Fields, and objects to Defendant's Proposed Jury Instruction Nos. 11, 15, 21, 23, 27, 28, 29, 30, 31, 32, 33, 35, 36, 37, 38, 39, 42, 44 and the proposed verdict form on the claims for breach of contract and bad faith. Plaintiff objects to these proposed instructions because the instructions either, or collectively, misstate the law applicable to the case, misstate facts in the case, and instruct the jury on matters of law or facts not at issue in this case.

Respectfully submitted,

MARTIN JEAN & JACKSON

By:  s/ Scott R. Jackson
Scott R. Jackson, OBA#17502
P.O. Drawer 2403
Ponca City, Oklahoma  74602
Attorneys for Plaintiff
(580) 765-9967 Telephone
sjackson@mjjlawfirm.com

## CERTIFICATE OF SERVICE

I hereby certify that on the 14th day of November 2022, I electronically transmitted the attached document to the Clerk of the Court using the ECF System for filing. Based on the records currently on file, the Clerk of the Court will transmit a Notice of Electronic Filing to the following ECF registrants, via email:

Doerner, Saunders, Daniel & Anderson, LLP
Sara E. Potts, OBA #32104
Emily E. Allen, OBA #33456
Michael Linscott, OBA #17266
spotts@dsda.com
eallan@dsda.com
mlinscott@dsda.com
*Attorneys for Defendants*
*Great Lakes Insurance SE*

                                                  s/ Scott R. Jackson
                                                  Scott R. Jackson