UNITED STATED DISTRICT COURT FOR THE
WESTERN DISTRICT OF OKLAHOMA

| | | |
|---|---|---|
| (1) JOSHUA FIELDS | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Case No. CIV-21-986-G |
| | ) | |
| (1) GREAT LAKES INSURANCE SE, | ) | *Removed from the District Court of* |
| (2) MJ KELLY COMPANY, and | ) | *Kay County, State of Oklahoma* |
| (3) CAPSTONE ISG, | ) | *Case no. CJ—2021—00037* |
| | ) | |
| Defendants. | ) | |
| | ) | |

## REQUEST TO EXCUSE COUNSEL FROM NOVEMBER 29 DOCKET CALL APPEARANCE

Counsel for Defendant Great Lakes Insurance SE respectfully requests the Court excuse Attorney Sara E. Potts ("Attorney Potts") from attending the trial docket call in this matter, currently scheduled for November 29, 2022, at 10:00 A.M., and submits as follows:

1. Attorney Potts is one of Defendant's lead trial counsel (with co-counsel Attorney Michael Linscott) in the above-styled case, which is currently set for the Court's December 2022 Civil Jury Trial Docket (Dkt. # 44). Pursuant to the Court's Civil Jury Trial Docket instructions, a Docket Call is scheduled before the Court set for November 29, 2022, at 10:00 A.M., and "[u]nless excused in advance, lead trial counsel should attend." *Id.*

2. However, on November 29, 2022, Attorney Potts is already scheduled to participate as lead counsel in ongoing and continued state trial proceedings for *Skurkey v. Daniel*, Case No. CJ-2017-2694, before the Honorable Judge Catherine Burton in

Oklahoma County District Court. November 29 is anticipated to be the last day of this trial proceeding for the *Skurkey v. Daniel* case. Due to this scheduling conflict, Attorney Potts respectfully requests the Court excuse her absence from the November 29, 2022 Docket Call.

3. Should the Court excuse Attorney Potts from attending, other counsel of record for Defendant Great Lakes Insurance SE, Attorneys Michael Linscott and Emily Allan, will still attend the November 29, 2022 Docket Call and fully participate in the proceedings.

Wherefore, Attorney Sara E. Potts respectfully requests the Court excuse her from attending the Court's December 2022 Docket Call set for November 29, 2022.

Respectfully submitted,

/s/ *Sara E. Potts*, OBA No. 32104
**DOERNER, SAUNDERS, DANIEL & ANDERSON, L.L.P.**
Sara E. Potts, OBA No. 32104
Emily Allan, OBA No. 33456
210 Park Avenue, Suite 1200
Oklahoma City, OK  73102
Telephone 405.319.3507
Facsimile 405.319.3537
spotts@dsda.com
eallan@dsda.com
-and-
Michael Linscott, OBA No. 17266
Two West Second Street, Suite 700
Tulsa, OK 74103
Telephone 918.582.1211
Facsimile 918.591.5361
mlinscott@dsda.com

## CERTIFICATE OF SERVICE

      This certifies that on November 15, 2022, a true and correct copy of the foregoing document was served via the Court's electronic notification system to the following counsel of record:

Scott R. Jackson
Martin Jean & Jackson
P.O. Box 2403
Ponca City, Oklahoma 74602
sjackson@mjjlawfirm.com
***Attorney for Plaintiff***

                                                  */s/ Sara E. Potts*

6223302.1