

**Capstone ISG, Inc.**
13506 E. Boundary Rd
Suite A
Midlothian, VA 23112
Phone: 804-744-9600
Fax: 757-420-4191

**Tax ID #: 86-1062196**

**Bell & Clements Limited**
55 King William St
London, EN EC4R9AD

**ATTENTION:** Georgia Costin

## ACKNOWLEDGEMENT OF ASSIGNMENT

### CLAIM INFORMATION

| | |
|---|---|
| **INSURED:** Fields, Joshua | **ADJUSTER:** Kevin Wilson |
| **INSURED POLICY #:** BC003908 | **LOSS DATE:** 3/25/2020 |
| **OUR FILE #:** 2-17136 | **LOSS TYPE:** Fire |
| **CLAIM #:** 123391 | |

This assignment was received from your office on March 30, 2020.

Thank you for sending this assignment. I am the adjuster that will be handling this claim. Please contact me if you have any questions or need assistance. I look forward to working with you on this file.

Sincerely,

Kevin Wilson
Property General Adjuster
(804) 250-9618 - Direct
kwilson@capstoneisg.com

 **Capstone ISG, Inc.**

## Valuation Report

### Owner Information
| | | | |
|---|---|---|---|
| *Name:* | Joshua Fields | *Date Entered:* | 4/2/2020 |
| *Street:* | 410 W. Cleveland Ave. | *Date Calculated:* | 4/7/2020 |
| *City, State ZIP Code:* | Ponca City, OK 74601 | *Pricing Area:* | OKEN8X_APR20 |
| *Phone:* | (580) 761-2725 | *Seismic Zone:* | 0 |
| *Policy #:* | BC003908 | | |

### Property Information
| | | | |
|---|---|---|---|
| *Name:* | Joshua Fields | *Bldg #:* | |
| *Street:* | 410 W. Cleveland Ave. | *Contact:* | |
| *City, State ZIP Code:* | Ponca City, OK 74601 | *E-mail:* | |
| *Phone:* | | | |

### Structure Information
**Primary Building:** Apartment / Condominium

| | | | |
|---|---|---|---|
| *Square Feet:* | 3,645 | *Quality:* | Economy |
| *Year Built:* | 1954 | *Supporting Wall:* | 100% Conventional Wood |
| *Number of Stories:* | 2 | *Foundation Shape:* | Simple Rectangle |
| *Average Story Height:* | 8 | *Foundation Type:* | 100% Shallow Basement |
| *Below Grade Use:* | 100% | *Basement Quality:* | Minimal |
| | | *Property Slope:* | None (0 - 15 degrees) |
| | | *Subtotal:* | $358,190.00 |

*Total square footage of all buildings:* 3,645.00
*Cost per Sq. Ft.:* $111.44

### Structural Options
**Primary Building:** Apartment / Condominium

| | | | |
|---|---|---|---|
| *Roof Type:* | Hip | *Exterior Wall Finish:* | 100% Brick Veneer |
| *Roof Material:* | 100% Composition - 3 Tab | *Roof Structure:* | 100% Wood Frame |
| *Interior Partition Walls:* | 100% Drywall over Steel Studs | *Floor System:* | 100% Wood Framing |

### Features
**Primary Building:** Apartment / Condominium

| | |
|---|---|
| *Fire Suppression System* | 100% Fire Sprinkler System |
| *Combination Heating and Air Conditioning* | 100% Individual Residential Type Furnaces w/AC Units |

### Cost Breakdown
| | | | | | |
|---|---|---|---|---|---|
| *Site Preparation:* | $3,103.77 | *Foundation:* | $23,027.04 | *Interior Footings:* | $2,151.24 |
| *Structure:* | $34,863.03 | *Exterior Finish:* | $69,462.66 | *Windows:* | $6,073.84 |
| *Roofing:* | $4,829.12 | *Electrical:* | $2,401.36 | *Plumbing:* | $42,179.08 |
| *Heating/AC:* | $49,594.64 | *Floor Covering:* | $5,508.94 | *Interior Finish:* | $76,574.06 |
| *Appliances:* | $15,667.28 | *General Conditions:* | $13,562.27 | *Lighting:* | $960.82 |

### Cost Breakdown for Additional Features
**Fire Sprinkler System:** $8,230.42

---

## Estimated Replacement Cost (Calculated Value):      $406,216.87

## Actual Cash Value (Calculated Value):      $241,434.65

Policy Number: BC003908                                                         **Commercial Valuation - Page 1**

 **Capstone ISG, Inc.**

## Valuation Report

(Replacement cost includes all applicable permits, fees, overhead, profit, and sales tax)

(Actual Cash Value equals replacement cost less depreciation)

The Replacement Cost figure represents the average estimated cost to rebuild this building after a total loss and includes such things as labor and materials to meet current building codes and general contractor profit and overhead for your location. The actual reconstruction costs for this building may differ from this figure due to changes in economic conditions, building contractor availability, and specific building contractor attributes. The estimate does not include costs for such items as excavation, land value or detached structures. This information is to be used for insurance purposes only and is provided on the condition and understanding that it represents only an estimate and that the provider is not responsible for good faith errors.

# LOSS RECAP

| | | | | |
|---|---|---|---|---|
| Insured: | Joshua Fields | | Policy No. : | BC003908 |
| Property Address : | 410 W. Cleveland Ave., Ponca City, OK 74601 | | Date of Loss : | 3/25/2020 |
| Mailing Address : | | | Catastrophe No. : | |
| Insured Tel. No. : | (580) 761-2725 | | Adj. File No. : | |
| Adjusting Company : | Capstone ISG | | Adj. No. : | |
| Adj. Address : | | | Adj. Phone No. : | (804) 744-9600 |

Date Loss Assigned: 3/31/2020    Date Insured Contacted: 3/31/2020 10:00    Date Loss Inspected: 4/1/2020 11:30

| | Replacement Cost Loss | Recov. Depr. | Non-recov. Deprec. | ACV Loss | Deductible Applied | Insur. Carried Req. % | ACV Claim | Potential Suppl. Claim | RC Claim | Valuation RCV | ACV |
|---|---|---|---|---|---|---|---|---|---|---|---|
| Loc 4, Bldg 1 | 466,664.67 | 0.00 | 73,633.66 | 393,031.01 | 1,000.00 | 100 | 325,450.00 | 0.00 | 325,450.00 | 0.00 | 0.00 |
| Other Structures | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 100 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| Contents | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 100 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| **TOTALS** | **$466,664.67** | **$0.00** | **$73,633.66** | **$393,031.01** | **$1,000.00** | | **$325,450.00** | **$0.00** | **$325,450.00** | | |

GL-000164

 **Capstone ISG**

13506  E Boundary Road
Ste A
Midlothian, VA 23112
(804) 744-9600

| | | | |
|---|---|---|---|
| Insured: | Joshua Fields | Home: | (580) 761-2725 |
| Property: | 410 W. Cleveland Ave. | | |
| | Ponca City, OK 74601 | | |
| Claim Rep.: | Kevin Wilson | Business: | (804) 744-9600 |
| Company: | Capstone ISG | E-mail: | kwilson@capstoneisg.com |
| Estimator: | Terry W. Nichols | | |
| Company: | Capstone ISG | | |
| Reference: | | | |
| Company: | None | | |

**Claim Number:** 123391    **Policy Number:** BC003908    **Type of Loss:** Fire

| | | | |
|---|---|---|---|
| Date Contacted: | 3/31/2020 10:00 AM | | |
| Date of Loss: | 3/25/2020 10:00 AM | Date Received: | 3/31/2020 |
| Date Inspected: | 4/1/2020 11:30 AM | Date Entered: | 4/2/2020 10:37 AM |
| Price List: | OKEN8X_MAR20 | | |
| | Restoration/Service/Remodel | | |
| Estimate: | 2020-04-02-1036 | | |

Notice: This is a repair estimate only. The Insurance policy may contain provisions that will reduce any payments that might be made. This is not an authorization to repair. Authorization to repair or guarantee of payment must come from the owner of the property. No Adjuster or Appraiser has the authority to authorize repair or guarantee payment. The Insurer assumes no responsibility for the quality of repairs that might be made.
A copy of this document does not constitute a settlement of this claim. The figures enclosed herein are subject to the Insurance Company approval.
It is a crime to knowingly provide false, incomplete, or misleading information to an Insurance company for the purpose of defrauding the company. Penalties include imprisonment, fines and denial of insurance benefits.



**Capstone ISG**

13506  E Boundary Road
Ste A
Midlothian, VA 23112
(804) 744-9600

**2020-04-02-1036**

Roof

Roof



**Roof1**

| | | | | |
|---|---|---|---|---|
| 4369.04 | Surface Area | | 43.69 | Number of Squares |
| 264.02 | Total Perimeter Length | | 35.99 | Total Ridge Length |
| 141.57 | Total Hip Length | | | |

| DESCRIPTION | QUANTITY | UNIT PRICE | TAX | O&P | RCV | DEPREC. | ACV |
|---|---|---|---|---|---|---|---|
| **Shingles & Felt:** | | | | | | | |
| 1.  Roofing felt - 15 lb. | 43.69 SQ | 22.09 | 21.74 | 197.36 | 1,184.21 | <121.90> | 1,062.31 |
| 2.  Laminated - comp. shingle rfg. - w/out felt | 50.33 SQ | 163.62 | 356.25 | 1,718.26 | 10,309.50 | <1,331.73> | 8,977.77 |
| Includes: Laminated composition shingles, roofing nails, and installation labor. Excludes: Roofing felt underlayment. Quality: Average grade laminated (double layer shingle, 3 dimensional), with limited lifetime warranty, and a class A fire rating.  Weight range between 235 and 280 Lbs/SQ. 15% waste included for hip roof for starter and ridge. | | | | | | | |
| 3.  Additional charge for high roof (2 stories or greater) | 43.69 SQ | 12.84 | 0.00 | 112.20 | 673.18 | <0.00> | 673.18 |
| **Flashing:** | | | | | | | |
| 4.  Drip edge | 264.02 LF | 1.70 | 14.36 | 92.64 | 555.83 | <46.01> | 509.82 |
| 5.  Flashing - pipe jack | 8.00 EA | 28.57 | 5.56 | 46.84 | 280.96 | <17.83> | 263.13 |
| **Attic Ventilation:** | | | | | | | |
| 6.  Roof vent - turtle type - Metal | 8.00 EA | 43.02 | 10.93 | 71.02 | 426.11 | <35.02> | 391.09 |
| **Roof Protrusions:** | | | | | | | |
| 7.  Furnace vent - rain cap and storm collar, 5" | 8.00 EA | 55.07 | 14.26 | 90.98 | 545.80 | <79.96> | 465.84 |
| 8.  Exhaust cap - through roof - up to 4" | 8.00 EA | 57.80 | 17.51 | 95.98 | 575.89 | <98.20> | 477.69 |
| **Roof Framing & Trim:** | | | | | | | |
| 9.  Rafters - 2x6 stick frame roof | 4,369.04 BF | 2.43 | 475.30 | 2,218.42 | 13,310.49 | <2,345.30> | 10,965.19 |
| 10.  Sheathing - plywood - 1/2" CDX | 4,369.04 SF | 1.80 | 280.50 | 1,628.96 | 9,773.73 | <1,384.11> | 8,389.62 |
| 11.  Soffit - box framing - 2' overhang | 264.02 LF | 6.50 | 32.49 | 349.72 | 2,098.34 | <160.31> | 1,938.03 |
| 12.  Soffit & fascia - wood - 2' overhang | 264.02 LF | 12.60 | 108.06 | 686.96 | 4,121.67 | <533.21> | 3,588.46 |
| 13.  Prime & paint exterior soffit - wood | 528.05 SF | 1.63 | 16.95 | 175.54 | 1,053.21 | <95.05> | 958.16 |
| 14.  Prime & paint exterior fascia - wood, 4"- 6" wide | 264.02 LF | 1.22 | 3.53 | 65.12 | 390.75 | <19.80> | 370.95 |
| **Totals:  Roof1** | | | 1,357.44 | 7,550.00 | 45,299.67 | 6,268.43 | 39,031.24 |
| **Total:  Roof** | | | 1,357.44 | 7,550.00 | 45,299.67 | 6,268.43 | 39,031.24 |
| **Total:  Roof** | | | 1,357.44 | 7,550.00 | 45,299.67 | 6,268.43 | 39,031.24 |

 **Capstone ISG**

13506 E Boundary Road
Ste A
Midlothian, VA 23112
(804) 744-9600

## Recap by Category with Depreciation

| O&P Items | RCV | Deprec. | ACV |
|---|---:|---:|---:|
| CABINETRY | 31,436.24 | 13,047.92 | 18,388.32 |
| GENERAL DEMOLITION | 29,262.60 | | 29,262.60 |
| DOORS | 7,758.12 | 2,567.48 | 5,190.64 |
| DRYWALL | 47,686.51 | 5,460.54 | 42,225.97 |
| ELECTRICAL | 31,201.20 | 4,155.30 | 27,045.90 |
| FLOOR COVERING - VINYL | 2,743.76 | 542.64 | 2,201.12 |
| FLOOR COVERING - WOOD | 56,746.21 | 10,546.47 | 46,199.74 |
| FINISH CARPENTRY / TRIMWORK | 9,781.23 | 2,247.40 | 7,533.83 |
| FINISH HARDWARE | 1,867.32 | 602.38 | 1,264.94 |
| FRAMING & ROUGH CARPENTRY | 17,121.94 | 3,869.45 | 13,252.49 |
| HEAT, VENT & AIR CONDITIONING | 14,087.52 | 4,831.84 | 9,255.68 |
| INSULATION | 6,721.58 | | 6,721.58 |
| LIGHT FIXTURES | 4,178.52 | 1,097.04 | 3,081.48 |
| PLUMBING | 29,175.68 | 8,429.20 | 20,746.48 |
| PAINTING | 26,324.78 | 2,666.53 | 23,658.25 |
| ROOFING | 19,109.30 | 3,034.80 | 16,074.50 |
| SOFFIT, FASCIA, & GUTTER | 5,042.78 | 693.52 | 4,349.26 |
| STAIRS | 1,556.39 | 503.07 | 1,053.32 |
| WINDOWS - ALUMINUM | 32,618.16 | 9,338.08 | 23,280.08 |
| **O&P Items Subtotal** | 374,419.84 | 73,633.66 | 300,786.18 |
| Material Sales Tax | 14,465.93 | | 14,465.93 |
| Overhead | 38,889.45 | | 38,889.45 |
| Profit | 38,889.45 | | 38,889.45 |
| **Total** | **466,664.67** | **73,633.66** | **393,031.01** |