# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF OKLAHOMA

| | |
|---|---|
| (1) JOSHUA FIELDS )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>(1) GREAT LAKES INSURANCE SE, )<br>)<br>(2) MJ KELLY COMPANY, and )<br>)<br>(3) CAPSTONE ISG, )<br>)<br>Defendants. ) | Case No. 21-cv-00986-G<br><br>*Removed from the District Court of Kay County, State of Oklahoma, Case No. CJ-2021-00037* |

## PLAINTIFF JOSHUA FIELDS' NOTICE OF TRIAL SUBPOENA

Take Notice that on November 17, 2022, Joshua Fields, issued a Subpoena To Appear and Testify at a Hearing or Trial in a Civil Action. A copy of the Subpoena is attached as Exhibit 1 and will be mailed Certified Return Receipt Requested via the United State Postal Service.

                                                    Respectfully submitted,
                                                    MARTIN JEAN & JACKSON

                        By:    s/ Scott R. Jackson
                                  Scott R. Jackson, OBA#17502
                                  P.O. Drawer 2403
                                  Ponca City, Oklahoma 74602
                                  Telephone: (580) 765-9967
                                  Facsimile: (580) 763-0750
                                  sjackson@mjjlawfirm.com
                                  **Attorney for Plaintiff**

**CERTIFICATE OF SERVICE**

This is to certify that on the 18th of November 2022, I electronically transmitted the attached document to the Clerk of Court using the ECF System for filing and transmittal of a Notice of Electronic Filing was sent to the following ECF registrants:

Doerner, Saunders, Daniel & Anderson, LLP
Sara E. Potts, OBA #32104
Emily E. Allen, OBA #33456
Michael Linscott, OBA #17266
spotts@dsda.com
eallan@dsda.com
mlinscott@dsda.com
*Attorneys for Defendants*
*Great Lakes Insurance SE*

                                                           s/ Scott R. Jackson
                                                           Scott R. Jackson